SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
Parker G. Embry (24126826)
Chelsea McManus (24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       tom.califano@sidley.com
             jeri.miller@sidley.com
             parker.embry@sidley.com
             cmcmanus@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       shessler@sidley.com
             pventer@sidley.com
             weiru.fang@sidley.com

*Proposed Attorneys for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**OMNIBUS NOTICE OF HEARING FOR JULY 29, 2025 SETTING**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **July 29, 2025 at 9:30 a.m. (prevailing Central Time)** before the Honorable Scott Everett to consider the following:

1. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Satisfy Prepetition Employee Compensation and Benefit Obligations and (B) Continue its Employee Programs, Policies, and Procedures; and (II) Granting Related Relief* [Docket No. 9];

2. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Continue to Operate its Cash Management System and Maintain Existing Bank Accounts and (II) Granting Related Relief* [Docket No. 10];

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

3. *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing, and (B) the Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 11];

4. *Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and (II) Granting Related Relief* [Docket No. 26]; and

5. *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of a Stalking Horse Bidder, (C) Establishing Bid Deadlines and Scheduling Auction and Sale Hearing, and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof; (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief* [Docket No. 44].[2]

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** 650.479.3207

- **Access Code:** 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic

---

[2] Matters 1-3 were approved by the Court on an interim basis at the hearing held on July 3, 2025. The Debtor is seeking final approval of these matters at the July 29, 2025 hearing.

Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' proposed noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/msm/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: July 7, 2025
Dallas, Texas

/s/ *Jeri Leigh Miller*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
Parker G. Embry (24126826)
Chelsea McManus (24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:         tom.califano@sidley.com
                    jeri.miller@sidley.com
                    parker.embry@sidley.com
                    cmcmanus@sidley.com

Stephen E. Hessler (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599
Email:         shessler@sidley.com
                    pventer@sidley.com
                    weiru.fang@sidley.com

*Proposed Attorneys for the Debtor
and Debtor in Possession*

4

## Certificate of Service

I certify that on July 7, 2025, I caused a copy of the foregoing document to be served by the Electronic Case *Filing System for the United States Bankruptcy Court for the Northern District of Texas.*

                                           */s/ Jeri Leigh Miller*
                                           *Jeri Leigh Miller*