## Exhibit A

**First Day Presentation**

# Merit
## Street Media

*In re Merit Street Media, Inc.,*
**Case No. 25-80156**

*The Honorable Judge Stacey G.C. Jernigan*
*United States Bankruptcy Court*
*Northern District of Texas*

*July 3, 2025*

# Roadmap

**I.  Merit Street Media**

    *a.  Business Operations*

    *b.  Key Players*

    *c.  Prepetition Capital Structure*

    *d.  Circumstances Leading to Chapter 11*

**II.  Chapter 11 Goals**

**III.  Adversary Proceeding Overview**

**IV.  First Day Relief**



2



# I. MERIT STREET MEDIA

# Business Operations

- Launched in April 2024, Merit Street Media, Inc. ("**Merit**") is a Texas-based multicast television network and streaming service.

  – Merit seeks to provide programming to embrace the core principles of America and to offer a platform for a renewed emphasis on family and common sense values of hard work, respect, and talent.

- Merit is owned by Peteski Productions, Inc. ("**Peteski**"), a Dr. Phil McGraw production company, and Trinity Broadcasting Network of Texas, Inc. ("**TBN**"), a Christian media outlet, pursuant to a joint venture agreement entered into by the parties in January 2023 (the **"Joint Venture"**).

  – Peteski would provide content creation, and TBN would provide the network's infrastructure and operational support.





4

# Business Operations – Programming

- Anchored by the nighttime show, *Dr. Phil Primetime,* Merit streams a variety of original and third-party programming, including news, talk shows, and live sports.

   

   



# Key Players

   

| Gary Broadbent | Kenneth Solomon | Joel Cheatwood | Phil Gilligan |
|---|---|---|---|
| **Independent Director; Chief Restructuring Officer** | **Chief Executive Officer** | **Chief Operating Officer** | **Acting Chief Financial Officer** |

| Debtor's Advisors | |
|---|---|
| Counsel | Sidley Austin LLP |
| Financial Advisor / Investment Banker | Portage Point Partners LLC |
| Claims & Noticing Agent | Epiq Corporate Restructuring, LLC |

| Bridge Lender / DIP Lender (Peteski Productions, Inc.) | |
|---|---|
| Counsel | Jackson Walker LLP |



# Prepetition Capital Structure

| Debtor Obligations | | | |
|---|---|---|---|
| **Instrument** | **Principal Amount Outstanding** | **Maturity** | **Lender / Counterparty** |
| *I. Secured Obligations* | | | |
| Peteski Bridge Loan | $7,966,636 | Mar 2026 | Peteski Productions, Inc. |
| *II. Unsecured Obligations* | | | |
| $25MM Convertible Promissory Note* | $25,000,000 | Sep 2026 | TCT Ministries, Inc. (an affiliate of TBN) |
| Peteski Convertible Note | $11,407,166 | Jan 2026 | Peteski Productions, Inc. |
| Peteski Convertible Note | $14,000,000 | Jan 2026 | Peteski Productions, Inc. |
| Ribman Trust Note | $5,000,000 | Jan 2026 | Darcy Lynn Ribman 1997 Trust |
| **Total** | **$63,373,802** | | |

*Subject to avoidance action regarding the security interest contained in such note.



# Circumstances Preceding Ch. 11 Filing

- Almost immediately after Merit's formation in 2023, TBN began neglecting its contractual obligations, including:

  – Failure to provide carriage and subsequently ceasing to make payments to third parties on distribution contracts;

  – Failure to provide commercial production facilities and advertising infrastructure; and

  – Failure to make millions of dollars of payments contemplated under the Joint Venture.

- In addition, on November 2, 2024, Professional Bull Riders ("**PBR**"), a former broadcasting partner, commenced arbitration proceedings against Merit for Merit's alleged failure to pay required installment fees under the parties' media rights agreement.

  – Upcoming discovery production deadlines are expected to exacerbate Merit's liquidity issues.



8

# Timeline of Merit–TBN Relationship



# Circumstances Preceding Ch. 1 Filing (cont.)

- As a result of these challenges, from February 2025 through May 2025, Merit canvassed the market for potential equity funding.

  - During this period, Peteski provided several rounds of financing to Merit totaling approximately $25 million in order for Merit to meet payroll obligations and pay operating expenses.

  - Ultimately, due to the severe challenges caused by TBN, Merit was unable to obtain additional third-party equity financing and began evaluating strategic alternatives.

- Without a clear solution for its liquidity issues, in June 2025, Merit engaged advisors to assist it in capital management, including through a strategic alternative process.

  - In connection therewith, Merit entered into discussions with Peteski regarding a potential chapter 11 process to maximize value for all creditors.

  - To bridge to a chapter 11 filing, Peteski agreed to provide bridge financing of approximately $7.9 million on a secured basis.





# II. CHAPTER 11 GOALS

# Chapter 11 Case Goals



Ensure Sufficient Operating Liquidity

Monetization of Company Assets through Value-Maximizing Process

Central Forum to Address Litigation Disputes



# DIP Overview

Peteski has agreed to provide DIP financing on the following terms:

- Secured delayed-draw term loan facility

    – Interim advance of $4.1 million to be funded upon entry of interim order

- Aggregate principal amount up to $21.4 million consisting of:

    – (a) New Money DIP Loans of up to $13.4 million (inclusive of interim advance); and

    – (b) DIP Rolled-Up Loans of approximately $7.9 million, upon entry of the final order

| Date | Milestone |
|---|---|
| **Petition Date ("PD")+1** | Filing of Adversary Proceeding against TCT |
| **PD+3** | Interim DIP Order Entered; "First Day" Orders Entered |
| **PD+5** | Filing of Bid Procedures Motion |
| **PD+35** | Final DIP Order Entered; Bid Procedures Order Entered |





III. OVERVIEW OF ADVERSARY PROCEEDING

# Preference Avoidance Action

Provision of DIP funding beyond the interim advance is contingent upon a ruling by the court adjudicating the Debtor's preference claim (*i.e.,* avoidance of the security interest granted in the Note.

- **Issuance:** On September 9, 2024, the Debtor issued a $25MM convertible promissory note (the "**Note**") to CrossSeed, Inc. ("**CrossSeed**"), an affiliate of TBN, including a granting of a security interest in all the Debtor's personal property.

  - <u>CrossSeed</u> never perfected the security interest granted in the Note.

- **Assignment:** On March 5, 2025, CrossSeed assigned the Note to TCT.

  - <u>UCC Financing Filing</u>: On May 27, 2025, TCT filed a UCC financing statement with the Texas Secretary of State.



*Preference Analysis Timeline*

**March 5, 2025**
Assignment of Note to TCT

**May 27, 2025**
TCT Files UCC Financing Statement

**July 2, 2025**
Merit Street Media files for chapter 11 protection

March | April | May | June | July

**April 3, 2025–July 2, 2025**
90-Day Preference Period

# Overview of Adversary Proceeding / Scheduling Motion

- Merit has filed an adversary complaint ("**Adversary Complaint**") against TBN and TCT asserting various claims against both parties:

  – <u>Claims against TBN</u>: (i) breach of contract related to the Joint Venture LOI, (ii) breach of covenant of good faith and fair dealing related to the Joint Venture LOI, (iii) breach of contract related to the December 2024 agreement between Merit and TBN superseding the Joint Venture, (iv) breach of fiduciary duty, and (v) declaratory judgment for equitable subordination of claims.

  – <u>Claims against TCT</u>: (i) declaratory judgment for preference avoidance regarding the transfer of a security interest in the Note, and (ii) declaratory judgment for equitable subordination of claims.

- **Preference Avoidance Claim Resolution:** Merit has filed a motion to (i) sever relief related to the question of whether the transfer of a security interest in the Note is an avoidable preference and (ii) set a schedule with certain deadlines related to the preference avoidance claims in the Adversary Complaint (see below timeline).

| *Proposed Motion Scheduling Timeline* | |
|---|---|
| **Date** | **Deadline** |
| **Entry of Scheduling Order +7 days** | Deadline for TCT to File Answer to Adversary Complaint |
| **Entry of Scheduling Order +10 days** | Deadline for Merit to file Motion for Summary Judgment on Preference Avoidance Claim |
| **Filing of Summary Judgment Motion +10 days** | Deadline for TCT to Respond to Merit Motion for Summary Judgment on Preference Avoidance Claim |
| **July 29, 2025** | Hearing on Motion for Summary Judgment on Preference Avoidance Claim |





IV. FIRST DAY RELIEF

# Agenda

| Pleading | Docket No. |
|---|---|
| Epiq Retention Application | 13 |
| DIP Financing / Cash Collateral Motion | 11 |
| Adversary Relief Severance and Scheduling Motion | Adv. Proc. Dkt. 2 |
| Cash Management Motion | 10 |
| Wages Motion | 9 |
| Notice of Complex Case Designation | 2 |
| Personal Identifiable Information Redaction Motion | 4 |
| Schedules/Statements Extension Motion | 5 |
| Insurance Motion | 6 |
| Taxes Motion | 8 |
| Utilities Motion | 7 |

