Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No.   25-80156-swe11 |
| | § | |
| **MERIT STREET MEDIA, INC.,**[1] | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

### APPOINTMENT OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE

TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

1. **Sean Gleason**
   **Chief Executive Officer**
   **Professional Bull Riders, LLC**
   200 5th Avenue
   New York, NY 100010
   (719) 242-2741
   sean@pbr.com

2. **Darcy Lynn Ribman**
   **Trustee**
   **Darcy Lynn Ribman 1997 Trust**
   Dallas, Texas 75201
   (214) 356-2270
   dribman@gmail.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

**APPOINTMENT OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE**          Page 1

    3. **Steven Borden**
    **President**
    **Borden Media Consulting, LLC**
    P. O. Box 492165
    Los Angeles, CA 90049
    (310) 268-1100
    Steven.borden@bordenmedia.com

Dated: July 17, 2025

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Asher M. Bublick*
Asher M. Bublick
Texas State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
asher.bublick@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 17, 2025, that I sent a copy of the forgoing document via ECF.