**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**UNOPPOSED MOTION TO EXPEDITE HEARING ON PETESKI PRODUCTIONS, INC.'S EMERGENCY MOTION TO COMPEL DESIGNATION AND PRODUCTION OF CORPORATE REPRESENTATIVE FOR PROFESSIONAL BULL RIDERS, LLC FOR RULE 30(B)(6) DEPOSITION**

[Related to Dkt. 276]

Peteski Productions, Inc. ("Peteski"), a majority equity owner, creditor, and the DIP Lender in the above-referenced case (the "Bankruptcy Case") files this Unopposed Motion to Expedite Hearing ("Motion to Expedite") on its Emergency Motion to Compel Designation and Production of Corporate Representative for Creditor Professional Bull Riders, LLC ("PBR") ("Emergency Motion to Compel"), seeking to compel designation and presentation of a Rule 30(b)(6) representative pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(ii).

On August 20, Peteski filed its Emergency Motion to Compel related to the designation (or lack thereof) of a corporate representative by PBR.

Peteski respectfully requests that the Court consider its Emergency Motion to Compel as soon as the Court's schedule permits.

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

Expedited consideration is necessary as the subject discovery and corporate representative deposition must be completed prior to the September 2, 2025 hearing.

Peteski estimates that the hearing on its Emergency Motion to Compel will last approximately one hour or less.

Undersigned counsel certifies that there is a true necessity for an expedited hearing and that Peteski did not create the need for an emergency hearing by a lack of diligence.

PBR is unopposed to the Court considering the Emergency Motion to Compel on an expedited basis.

If the Motion to Expedite is granted, Peteski will promptly file a notice of hearing, which will be served via-email where possible.

WHEREFORE, Peteski respectfully requests that the Court enter an order substantially in the form attached hereto, granting the relief herein and such other relief as the Court deems appropriate under the circumstances.

Dated: August 20, 2025
Dallas, Texas

*/s/ Christopher Bankler*

**JACKSON WALKER LLP**
Charles L. Babcock (TX Bar No. 01479500)
Bruce J. Ruzinsky (TX Bar No. 17439425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: cbabcock@jw.com
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: emeraia@jw.com

Carl C. Butzer (TX Bar No. 03545900)
Christopher Bankler (TX Bar No. 24066754)
Vienna F. Anaya (TX Bar No. 24091225)
William T. Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6047
Email: cbutzer@jw.com
Email: cbankler@jw.com
Email: vanaya@jw.com
Email: wfarmer@jw.com

*Counsel for Peteski Productions, Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on August 20, 2025, I personally conferred with counsel for Professional Bull Riders, LLC regarding the requested relief in this Motion to Expedite. Professional Bull Riders, LLC is unopposed to the relief requested.

*/s/ Christopher Bankler*
Christopher Bankler

## **Certificate of Service**

I certify that on August 20, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Christopher Bankler*
Christopher Bankler