SIDLEY AUSTIN LLP
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: jeri.miller@sidley.com

SIDLEY AUSTIN LLP
James W. Ducayet (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: jducayet@sidley.com

SIDLEY AUSTIN LLP
Stephen Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**DEBTOR'S DISCOVERY STATUS REPORT**

For the benefit of the Court and parties in interest, and for clarity of the record, Merit Street Media, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, submits this Status Report regarding the completion of its document discovery and upcoming depositions of the Debtor's representatives.

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

1

1. The Professional Bull Riders LLC ("PBR"), Trinity Broadcasting of Texas, Inc. dba Trinity Broadcasting Network ("TBN"), and TCT Ministries, Inc. ("TCT" and with TBN, "Trinity") have collectively issued 132 individual document requests to the Debtor.

2. In response to those requests, the Debtor collected documents from nine company custodians, including its Chief Executive Officer (Ken Solomon) and Chief Operating Officer (Joel Cheatwood), its Chief Restructuring Officer (Gary Broadbent), and its relevant restructuring professionals (Sidley Austin and Portage Point Partners).

3. In total, the Debtor has reviewed over 69,000 business emails, personal emails, and text messages of its custodians. The Debtor has produced over 6,800 documents, consisting of over 23,000 pages. The majority of the Debtor's production occurred after August 4 when Trinity and PBR meaningfully expanded the scope of their requests.

4. Specifically, the Debtor produced documents on the following dates:

| Date | Number of Documents |
|---|---|
| July 18, 2025 | 251 |
| August 4, 2025 | 5 |
| August 5, 2025 | 4 |
| August 6, 2025 | 20 |
| August 11, 2025 | 310 |
| August 13, 2025 | 700 |
| August 20, 2025 | 1088 |
| August 22, 2025 | 3993 |
| August 24, 2025[2] | 431 |

5. To contextualize this timeline:

- The Debtor filed this chapter 11 case on July 2, and had a first day hearing on July 3.

---

[2] The Debtor made one supplemental production on Sunday, August 24, 2025, following the Friday, August 22, 2025 deadline, consisting primarily of text messages that were delayed due to processing issues.

2

- Trinity issued its first document requests on July 10. The Debtor responded to Trinity's first set of document requests on July 11, met and conferred on July 17 and 18, and—as it told Trinity it would at the meet and confers—produced documents on the dates specified above primarily related to the negotiation of the DIP facility and the Bridge Loan. On August 8, Trinity first informed the Debtor that Trinity took issue with the Debtor's document production.

- PBR issued its first document requests on July 18—over two weeks after Debtor filed this chapter 11 case. The Debtor began responding to those requests one business day later, including by producing documents primarily related to the negotiation of the DIP facility and the Bridge Loan. Two weeks later, on August 4, PBR first informed the Debtor that PBR took issue with the Debtor's document production. The Debtor told PBR the following day it would expand the scope of its review and make supplemental productions, and it did so.

6. After the Court granted Trinity's and PBR's motion to compel on August 14, the Debtor collected additional emails and text messages from the court-ordered custodians (including five new custodians first requested by Trinity and PBR on August 10), ran the 67 court-ordered search strings (including terms that were first proposed by Trinity and PBR on August 10), reviewed nearly 47,000 additional emails and text messages, and produced over 5,500 additional documents.

7. During the approximately seven weeks since the petition date, PBR, Trinity, and Peteski have each filed one or more motions to compel discovery and/or requests for emergency status conferences to discuss the status of discovery. To date, the Debtor has not initiated any of those proceedings.

8. As requested by Trinity, the Debtor made corporate representatives available for approximately five hours of deposition testimony each on August 6 and August 8. Additional corporate representative testimony is scheduled for Saturday, August 30 from three corporate representatives, including Mr. Broadbent. The Debtor is making its Chief Operating Officer, Joel Cheatwood, available for a deposition on August 29.

Dated: August 25, 2025
Dallas, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   jeri.miller@sidley.com

*and*

James W. Ducayet (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:   jducayet@sidley.com

*and*

Stephen Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   shessler@sidley.com
          pventer@sidley.com

*Attorneys for the Debtor*
*and Debtor in Possession*

## Certificate of Service

I certify that on August 25, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Jeri Leigh Miller*
Jeri Leigh Miller

5