SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       tom.califano@sidley.com
             jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       shessler@sidley.com
             pventer@sidley.com

*Attorneys for the Debtor*
*and Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MERIT STREET MEDIA, INC.,[1] | Case No. 25-80156 (SWE) |
| Debtor. | |

## AMENDED NOTICE OF HEARING FOR SEPTEMBER 2, 2025 SETTING

PLEASE TAKE NOTICE the a status conference has been scheduled for **September 2, 2025 at 9 a.m. (prevailing Central Time)** (the "Status Conference") before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX 75242 to consider the following matters:

---

[1] The last four digits of the Debtor's federal tax identification number is 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

1.  *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Emergency Motion for an Order: (I) Dismissing Debtor's Chapter 11 Case, (II) Converting the Case to Chapter 7, or (III) Appointing a Chapter 11 Trustee* [Docket No. 100]

2.  *Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Heading and (V) Granting Related Relief* [Docket No. 11]

3.  *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of a Stalking Horse Bidder, (C) Establishing Bid Deadlines and Scheduling Auction and Sale Hearing, and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof; (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief* [Docket No. 44]

4.  *Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and (II) Granting Related Relief* [Docket No. 26]

5.  *Debtor's Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts, (B) Rejection of a Certain Unexpired Lease of Non-Residential Real Property, and (C) Abandonment of Certain Personal Property; and (II) Granting Related Relief* [Docket No. 106]

**PLEASE TAKE FURTHER NOTICE** that additional matters in the related adversary proceeding No. 25-08006 are scheduled for the Status Conference pursuant to a Notice of Hearing filed in that proceeding.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the Status Conference either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Status Conference by videoconference may do so via WebEx at the following link:

**LINK:**            **https://us-courts.webex.com/meet/everett**

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-**

**info/hearing-dates/chief-judge-everetts-hearing-dates.**    Parties should review the Webex instructions prior to the Status Conference.

- **Dial-In:**              **650 479 3207**

- **Access Code:**        **2304 017 9738**

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.**  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtor's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/meritstreetmedia/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

*[Remainder of the page intentionally left blank.]*

Dated: August 30, 2025
Dallas, Texas

*/s/ Jeri Leigh Miller*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        tom.califano@sidley.com
              jeri.miller@sidley.com

*and*

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:        shessler@sidley.com
              pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

## Certificate of Service

I certify that on August 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jeri Leigh Miller*
Jeri Leigh Miller