SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    shessler@sidley.com
    pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**NOTICE OF HEARING FOR SEPTEMBER 30, 2025 SETTING**

**PLEASE TAKE NOTICE** the a hearing has been scheduled for **September 30, 2025 at 9:30 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX 75242 to consider the following matters:

1. *Debtor's Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Forms of Ballots and Notices in Connection with Confirmation of the Plan and Final Approval of the Disclosure Statement, (III) Scheduling*

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

*Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 426] (the "Motion")

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed no later than September 27, 2025.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the Hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the Hearing.

- **Dial-In:** 650 479 3207
- **Access Code:** 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleading may be obtained (i) at the website established by the Debtor's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/meritstreetmedia/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: September 16, 2025  
Dallas, Texas

/s/ Jeri Leigh Miller
---

**SIDLEY AUSTIN LLP**  
Thomas R. Califano (24122825)  
Jeri Leigh Miller (24102176)  
2021 McKinney Avenue, Suite 2000  
Dallas, Texas 75201  
Telephone:    (214) 981-3300  
Facsimile:    (214) 981-3400  
Email:    tom.califano@sidley.com  
              jeri.miller@sidley.com  

*and*

Stephen E. Hessler (admitted *pro hac vice*)  
Patrick Venter (admitted *pro hac vice*)  
787 Seventh Avenue  
New York, New York 10019  
Telephone:    (212) 839-5300  
Facsimile:    (212) 839-5599  
Email:    shessler@sidley.com  
              pventer@sidley.com  

*Attorneys for the Debtor*  
*and Debtor in Possession*

**Certificate of Service**

    I certify that on September 16, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                            */s/ Jeri Leigh Miller*
                                            Jeri Leigh Miller