

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2025**

**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT FOR
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-80156-swe11 |
| MERIT STREET MEDIA, INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING EMERGENCY MOTION OF TCL TEAM COMBAT LEAGUE LLLP TO FILE ITS OBJECTION TO THE POTENTIAL ASSUMPTION AND ASSIGNMENT OF ITS AGREEMENT AND RESERVATION OF RIGHTS UNDER SEAL (RE: DOCKET NO. 454)**

On this day came on for consideration the *Emergency Motion of TCL Team Combat League LLLP to File Its Objection to the Potential Assumption and Assignment of Its Agreement and Reservation of Rights Under Seal* (Docket No. 454) (the "Motion") filed herein on September 18, 2025 by TCL Team Combat League LLLP ("TCL"). Upon review of the record of this case and with respect to the Motion, cause exists to grant the relief requested therein.

ORDER GRANTING EMERGENCY MOTION OF TCL TEAM COMBAT LEAGUE LLLP TO FILE ITS
OBJECTION TO THE POTENTIAL ASSUMPTION AND ASSIGNMENT OF ITS AGREEMENT AND
RESERVATION OF RIGHTS UNDER SEAL — Page 1

30414356v1 101590.002.00

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. TCL is permitted to file the Objection under seal, *and then concurrently TCL shall file a duplicate of the Objection with the confidential matters redacted.*

4. Except as otherwise authorized by the Court, any pleadings filed by a third party in this chapter 11 case that references or discloses any of the confidential information contained in the Objection shall be filed under seal and served only on those parties authorized by this Order to receive the unredacted Objection.

5. Any party who receives the unredacted Objection in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity without the prior written consent of TCL.

6. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. TCL is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. **THE OBJECTION SHALL REMAIN UNDER SEAL FOLLOWING, AND THIS ORDER EXPRESSLY SURVIVES, THE CONVERSION, CLOSURE, AND/OR DISMISSAL OF THIS CASE.**

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER ###

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**CONDON TOBIN SLADEK
SPARKS NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3834
Fax: (214) 691-6311
E-mail:   jcarruth@condontobin.com

ATTORNEYS FOR
TCL TEAM COMBAT LEAGUE LLLP

**ORDER GRANTING EMERGENCY MOTION OF TCL TEAM COMBAT LEAGUE LLLP TO FILE ITS OBJECTION TO THE POTENTIAL ASSUMPTION AND ASSIGNMENT OF ITS AGREEMENT AND RESERVATION OF RIGHTS UNDER SEAL — Page 2**

30414356v1 101590.002.00