SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:         tom.califano@sidley.com
                    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599
Email:         shessler@sidley.com
                    pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**NOTICE OF HEARING FOR SEPTEMBER 25, 2025 SETTING**

**PLEASE TAKE NOTICE** the a hearing has been scheduled for **September 25, 2025 at 9:00 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX 75242 to consider the following matters:

1. *Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II) Granting Liens and*

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

*Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Heading and (V) Granting Related Relief* [Docket No. 11]

2. *Debtor's Emergency Motion for Entry of Second Interim Order (I) Authorizing Postpetition Financing on an Unsecured Administrative Basis; and (II) Granting Related Relief* [Docket No. 335]

3. *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of a Stalking Horse Bidder, (C) Establishing Bid Deadlines and Scheduling Auction and Sale Hearing, and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof; (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief* [Docket No. 44]

4. *Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and (II) Granting Related Relief* [Docket No. 26]

5. *Debtor's Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts, (B) Rejection of a Certain Unexpired Lease of Non-Residential Real Property, and (C) Abandonment of Certain Personal Property; and (II) Granting Related Relief* [Docket No. 106]

**PLEASE TAKE FURTHER NOTICE** that additional matters in the related adversary proceeding No. 25-08006 are scheduled for the Hearing pursuant to a Notice of Hearing filed in that proceeding.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the Hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:**     https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the Hearing.

2

- **Dial-In:** 650 479 3207

- **Access Code:** 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtor's noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/meritstreetmedia/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: September 24, 2025
Dallas, Texas

/s/ Jeri Leigh Miller

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
jeri.miller@sidley.com

*and*

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**Certificate of Service**

    I certify that on September 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                             */s/ Jeri Leigh Miller*
                                             Jeri Leigh Miller