Holland N. O'Neil (TX 14864700)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Mark C. Moore (TX 24074751)
Stephanie L. McPhail (TX 24104104)
Davis G. Mosmeyer III (TX 24106346)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
rslovak@foley.com
slockhart@foley.com
mmoore@foley.com
smcphail@foley.com
dmosmeyer@foley.com

Rajiv Dharnidharka
(admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
rajiv.dharnidharka@foley.com

Nora J. McGuffey (TX 24121000)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4366
Facsimile: (312) 832-4700
nora.mcguffey@foley.com

*Attorneys for Trinity Broadcasting of Texas, Inc.*
*dba Trinity Broadcasting Network and TCT Ministries, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| MERIT STREET MEDIA, INC.,[1] | § § § | Case No.: 25-80156-11 (SWE) |
| Debtor. | § § | |

### TRINITY BROADCASTING OF TEXAS, INC. AND TCT MINISTRIES, INC.'S
### ADMITTED EXHIBIT LIST

Trinity Broadcasting of Texas, Inc. d/b/a Trinity Broadcasting Network and TCT

Ministries, Inc. (collectively, "**Trinity**"), by and through their undersigned counsel, hereby file

their *Admitted Exhibit List* for the hearing on the following matters (the "**Hearing**"):

1.  *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Emergency Motion for an Order: (I) Dismissing Debtor's Chapter 11 Case, (II) Converting the Case to Chapter 7, or (III) Appointing a Chapter 11 Trustee* [Docket No. 100];

2.  *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the*

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy., Fort Worth, Texas 76177.

*Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief*
[Docket No. 11];

3. *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of a Stalking Horse Bidder, (C) Establishing Bid Deadlines and Scheduling Auction and Sale Hearing, and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof; (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief* [Docket No. 44];

4. *Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and (II) Granting Related Relief* [Docket No. 26];

5. *Debtor's Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts, (B) Rejection of a Certain Unexpired Lease of Non-Residential Real Property, and (C) Abandonment of Certain Personal Property; and (II) Granting Related Relief* [Docket No. 106] and

6. *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Emergency Motion for Contempt and Sanctions Against Peteski Productions, Inc.* [Docket No. 303], *including any and all supplements thereto* [Docket Nos. 388, 374].

## **EXHIBITS**

The exhibits listed in the attached **Exhibit A** were admitted at the Hearing. Trinity reserves

the right to supplement or amend this list at any time prior to the closing of the evidence and/or

conclusion of the Hearing.

*[Remainder of Page Intentionally Left Blank]*

4926-3861-7196.1

DATED: September 26, 2025

Respectfully submitted by:

*/s/ Mark C. Moore*
Holland N. O'Neil (TX 14864700)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Mark C. Moore (TX 24074751)
Stephanie L. McPhail (TX 24104104)
Davis G. Mosmeyer III (TX 24106346)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
rslovak@foley.com
slockhart@foley.com
mmoore@foley.com
smcphail@foley.com
dmosmeyer@foley.com

Rajiv Dharnidharka
(admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
555 California Steet, Suite 1700
San Francisco, CA 94104
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
rajiv.dharnidharka@foley.com

Nora J. McGuffey (TX 24121000)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4366
Facsimile: (312) 832-4700
nora.mcguffey@foley.com

***Attorneys for Trinity Broadcasting of Texas, Inc.
dba Trinity Broadcasting Network and TCT
Ministries, Inc.***

4926-3861-7196.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2025, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

<u>*/s/ Mark C. Moore*                        </u>
Mark C. Moore

4926-3861-7196.1

## Exhibit A

*Trinity's Admitted Exhibit List for the Hearing on Docket Nos. 100, 11, 26, 106, 303, and any supplements thereto*

Trial/To Admitted Exhibit List
9/26/2025

| TBN Hrg Exh. | Date | Description | Bates | Admitted Date |
|---|---|---|---|---|
| 2 | 2/3/2023 | Certificate of Incorporation of APG Ventures, Inc. | MSM0002537-38 | 9/17/2025 |
| 4 | 3/5/2024 | Common Stock Purchase Agreement - Peteski | MSM0001815 | 9/17/2025 |
| 5 | 3/5/2024 | Action of Sole Incorporator of APG Ventures, Inc. | TBN0010328 | 9/17/2025 |
| 6 | 3/5/2024 | Common Stock Purchase Agreement - TBN | TBN0010337 | 9/17/2025 |
| 7 | 3/5/2024 | Voting Agreement | TBN0010343 | 9/17/2025 |
| 8 | 3/5/2024 | Action by Written Consent of the Stockholders of APG Ventures, Inc. | TBN0026704 | 9/17/2025 |
| 9 | 3/5/2024 | Bylaws of APG Ventures, Inc. | TBN0026710 | 9/17/2025 |
| 10 | 3/5/2024 | APG Ventures, Inc. Unanimous Written Consent of the Board of Directors in Lieu of First Meeting | TBN0026724 | 9/17/2025 |
| 11 | 3/8/2024 | Restricted Stock Purchase Agreement - SHG | TBN0011922 | 9/17/2025 |
| 16 | 6/29/2024 | 6/29/2024 Texts between DPM and Jamie Ribman | PETESKI0007916 | 9/23/2025 |
| 20 | 7/8/2024 | Email from DPM to Crouch re: Summary of meeting 7/1/2024 | PETESKI0004492 | 9/23/2025 |
| 23 | 7/28/2024 | Texts between DPM and Ribman re: potential messaging around the stock swap | PETESKI0003294 | 9/23/2025 |
| 27 | 7/29/2024 | Email from Brian Lidji to John Casoria re: Merit Street Amendment (with attachment) | TBN0023598 (attachment is TBN0023599) | 9/25/2025 |
| 33 | 8/2/2024 | Email from Phil McGraw to Phil McIntyre re: Fwd: EBLAST | PETESKI0003859 | 9/23/2025 |
| 35 | 8/2/2024 | 8/2/2024 Email from Jay McGraw to DPM re MSM | PETESKI0005976 | 9/23/2025 |
| 36 | 8/2/2024 | Email from Matt Crouch to Frank Amedia re: MSM | TBN0015078 | 9/16/2025 |
| 37 | 8/3/2024 | 8/3/2024 Email from DPM to Frank Amedia re #1 Stock Confirmation Agreement | PETESKI0001267 (and attachment 1268) | 9/23/2025 |
| 45 | 8/4/2024 | Email from Frank to DPM re: Stock Agreement | TBN0024120 | 9/16/2025 |
| 51 | 8/6/2024 | 8/6/2024 Email from Frank Amedia to DPM re MSM structure | TBN0004482 | 9/16/2025 |
| 54 | 8/7/2024 | Email from DPM to McIntyre and Solomon re: Fwd: **ROUGH** | MSM0004264 | 9/23/2025 |
| 59 | 8/8/2024 | Merit Street Media Stock Confirmation (signed) | TBN0010358 | 9/16/2025 |
| 67 | 8/11/2024 | Email from Frank Amedia to Phil McGraw re Checking in | TBN0004453 | 9/16/2025 |
| 78 | 8/25/2024 | 8/25/2024 Email from Frank Amedia to DPM re Meeting | TBN0004440 | 9/23/2025 |
| 86 | 8/26/2024 | 8/26/2024 Email from DPM to Joel Cheatwood re $ model | MSM0004826 | 9/23/2025 |
| 111 | 10/24/2024 | Email from Casoria to Lidji, CC Amedia and Solomon re: TBN's Response to resolution outline | TBN0022915 | 9/17/2025 |
| 124 | 12/6/2024 | Email from Frank Amedia to Phil McGraw re Request to conclude | TBN0004317 | 9/25/2025 |
| 128 | 12/9/2024 | Outline of Proposed Term | PETESKI0003127 | 9/16/2025 |
| 143 | 2/20/2025 | Text messages between Phil McGraw and Frank Amedia | PETESKI0002004 | 9/23/2025 |
| 151 | 2/22/2025 | Email from Lidji to Casoria, CC Amedia, May, DPM and Crouch re: Casoria Request | TBN0002851 | 9/17/2025 |
| 163 | 4/23/2025 | Investment Summary of Dr. Phil's MeritTV presentation | MSM0002834 | 9/25/2025 |
| 167 | 5/5/2025 | Email from Joel Cheatwood to Michael Anderson, et al re Merit Street Investor Deck | MSM0002035 | 9/22/2025 |
| 192 | 5/20/2025 | Email from Jay McGraw to DPM re: Merger Thoughts | PETESKI0003156 | 9/23/2025 |
| 198 | 5/21/2025 | Email from DPM to Jay McGraw re: Soo | PETESKI0005119 | 9/23/2025 |
| 200 | 5/21/2025 | Text exchange between P. McGraw and K. Solomon | PETESKI0005423 | 9/23/2025 |
| 208 | 5/23/2025 | Text exchange between P. McGraw and P. McIntyre | PETESKI0009215 | 9/23/2025 |
| 252 | 6/19/2025 | Email from Phil McGraw to McIntyre re: Fwd: UPDATED | PETESKI0003210 | 9/23/2025 |
| 289 | 6/29/2025 | 06/29/2025 Email exchange between Sidley and Jackson Walker re: Merit Street Media - DIP Financing Term Sheet | MSM0000156 | 9/23/2025 |
| 290 | 6/29/2025 | 06/29/2025 Email exchange between Sidley and Jackson Walker re: Merit Street Media - DIP Financing Term Sheet | MSM0000171 | 9/23/2025 |
| 291 | 6/29/2025 | 06/29/2025 Email exchange between Portage Point and Jackson Walker re: Merit Street Media - DIP Financing Term Sheet | MSM0000176 | 9/23/2025 |
| 294 | 6/30/2025 | Texts between Solomon and McIntyre re: Staff meeting notes | MCINTYRE-PETESKI0008621 | 9/17/2025 |

Trustee's Admitted Exhibit List
9/26/2025

| TBN Hrg Exh. | Date | Description | Bates | Admitted Date |
|---|---|---|---|---|
| 295 | 6/30/2025 | 06/30/2025 Email exchange between Sidley and Jackson Walker re: Merit Street Media - DIP Financing Term Sheet | MSM0000265 | 9/23/2025 |
| 302 | 6/30/2025 | 06/30/2025 Resolution of the BOD of MSM appointing Broadbent as Independent Director | MSM0001384 | 9/17/2025 |
| 314 | 7/1/2025 | 07/01/2025 Resolutions of the BOD of MSM (appointment of CRO) | MSM0001402 | 9/17/2025 |
| 315 | 7/1/2025 | 07/01/2025 Resolutions of the BOD of MSM (filing bankruptcy) | MSM0001404 | 9/17/2025 |
| 316 | 7/1/2025 | 07/01/2025 Minutes of a meeting of the Special Committee of the BOD of MSM (approving bk filing) | MSM0001410 | 9/17/2025 |
| 317 | 7/1/2025 | Minutes of a Meeting of the BOD of MSM (with attachments) | MSM0001490 | 9/17/2025 |
| 320 | 7/1/2025 | 7/1/2025 Texts between DPM and Joel Cheatwood | MSM0009871 | 9/23/2025 |
| 324 | 7/1/2025 | 07/01/2025 Jackson Walker Invoice Summary for Retainer for Legal Fees | MSM0023288 | 9/23/2025 |
| 325 | 7/1/2025 | Certificate of Incorporation of Envoy Media Co, Inc. | PETESKI0001120 | 9/23/2025 |
| 330 | 7/1/2025 | Texts between Phil McGraw and Phil McIntyre | PETESKI0005841 | 9/17/2025 |
| 342 | 7/2/2025 | 07/02/2025 Texts between G. Broadbent, J. Cheatwood, and K. Solomon | MSM0010547 | 9/17/2025 |
| 345 | 7/2/2025 | 07/02/2025 Texts between G. Broadbent, J. Cheatwood, K. Solomon, and P. McGraw | MSM0022805 | 9/17/2025 |
| 349 | 7/3/2025 | Texts between Joel Cheatwood and Nancy Grace re: Envoy | MSM0009850 | 9/22/2025 |
| 353 | 7/3/2025 | 07/03/2025 Texts between G. Broadbent, J. Cheatwood, and K. Solomon | MSM0010550 | 9/17/2025 |
| 360 | 7/4/2025 | Email from Jeff Miller to Cheatwood, Broadbent, Gomez and Brown, CC Jeong and Gilligan re: Brittany | MSM0004712 | 9/22/2025 |
| 362 | 7/4/2025 | Zoom Recap of 07/04/2025 Meeting summary for Media Co | MSM0022087 | 9/17/2025 |
| 364 | 7/5/2025 | Email from Ken Solomon to Terry Ho re Merit TV Feed Swap | MSM0001845 | 9/17/2025 |
| 365 | 7/5/2025 | Email from Ken Solomon To Terry Crosby re Options for Stations re continued carriage | MSM0001847 | 9/17/2025 |
| 372 | 7/6/2025 | Email from Tony Beshara to DPM re: Merit's turn of events | PETESKI0004527 | 9/23/2025 |
| 373 | 7/6/2025 | Email from Rosemarie Aquilina to Phil McGraw re: Thank YOU!!!! | PETESKI0004529 | 9/23/2025 |
| 374 | 7/6/2025 | Email from Garry Pearson to DPM re: Happy 4th Pegasus | PETESKI0004532 | 9/25/2025 |
| 382 | 7/8/2025 | Email from Cheatwood to DPM, CC Solomon and Randy re: Envoy bank Accounts | MSM0002175 | 9/22/2025 |
| 394 | 7/9/2025 | Texts between Joel Cheatwood and Seth Feldman | MSM0009966 | 9/22/2025 |
| 397 | 7/9/2025 | Email from Phil McIntyre to David Jeong re Bally's App Call Summary (Interim Solution) | PETESKI0003868 | 9/22/2025 |
| 402 | 7/10/2025 | 07/10/2025 Email exchange between J. Cheatwood, K. Solomon, and J. Miller (does not include attachment) | MSM0013972 | 9/22/2025 |
| 403 | 7/10/2025 | Envoy Media Staffing Plan - Phase #1 (attachment to Depo Exh. 80) | MSM0013973 | 9/22/2025 |
| 409 | 7/13/2025 | 07/13/2025 Email exchange between J. Sharell, P. McGraw, K. Solomon, J. Cheatwood, P. McIntyre, and G. Broadbent re: DRAFT 5 (Steve added) | MSM0013999 | 9/17/2025 |
| 413 | 7/13/2025 | Email from Cheatwood to DPM and McIntyre, CC Solomon, Sharell and Broadbent re: DRAFT 5 (Steve added) | PETESKI0006642 | 9/22/2025 |
| 416 | 7/14/2025 | Email exchange between G. Broadbent, P. McIntyre, P. McGraw, J. Cheatwood, K. Solomon, and J. Sharell re: DRAFT 5 (Steve added) | MSM0014013 | 9/17/2025 |
| 419 | 7/14/2025 | 07/14/2025 Email exchange between J. Sharell, P. McIntyre, P. McGraw, K. Solomon, J. Cheatwood, and G. Broadbent re: Bloomberg in email body | MSM0014039 | 9/17/2025 |
| 424 | 7/14/2025 | Email from Phil McGraw to Jay McGraw re: REAL FINAL - as of 9:17PM PT | PETESKI0004541 | 9/25/2025 |
| 427 | 7/14/2025 | Texts between Phil McGraw and Steve Harvey | PETESKI0005504 | 9/23/2025 |
| 447 | 7/17/2025 | Email from Calderon to Nigel Booth re: IPV Check in | MSM0007477 | 9/23/2025 |

Trinity's Admitted Exhibit List
9/26/2025

| TBN Hrg Exh. | Date | Description | Bates | Admitted Date |
|---|---|---|---|---|
| 453 | 7/18/2025 | Email from Rothman to Calderon and Northrop re: DP Library Episodes | MSM0007482 | 9/23/2025 |
| 456 | 7/18/2025 | Email from Rothman to Wilson, Sarrazin, Morrison, Jeong and Dias, CC Ho, Makhijani, Neal, Schulmen, Barreto, Henson re: Dr. Phil's EnvoyTV Launch | MSM0007762 | 9/17/2025 |
| 470 | 7/21/2025 | Texts between Joel Cheatwood and David Jeong | MSM0010378 | 9/17/2025 |
| 493 | 7/25/2025 | Email from Wilson to Morrison and Long, CC Makhijani, Dias, Sarrazin, Rothman, Jeong, Ho, Neal, Schulman, Barreto, Henson, Na and Elish re: Dr. Phil's EnvoyTV Launch | MSM0007987 | 9/17/2025 |
| 497 | 7/28/2025 | Texts between Joel Cheatwood and Marc Rothman | MSM0010237 | 9/17/2025 |
| 498 | 7/28/2025 | Texts between Joel Cheatwood and David Jeong | MSM0010380 | 9/22/2025 |
| 500 | 7/28/2025 | Email from Amber Calderon to Gustavo Barreto, Marc Rothman re Envoy Media - a few questions after call with Samsung | MSM0017865 | 9/23/2025 |
| 503 | 7/29/2025 | Texts between Joel Cheatwood, Marc Rothman | MSM0010756 | 9/22/2025 |
| 513 | 8/1/2025 | Email from Joel Cheatwood to Randy Camp re Upcoming DP Wire | MSM0014422 | 9/22/2025 |
| 515 | 8/2/2025 | Consulting Agreement - Cheatwood | MSM0023430 | 9/22/2025 |
| 532 | 8/17/2025 | 8/17/2025 Minutes of Meeting of BOD of Merit Street Media, Inc. attaching Presentation to Board and Special Committee of Merit Street Media, Inc. | MSM0023412 | 9/17/2025 |
| 534 | 8/20/2025 | Email from Amber Calderon to John Perry re Local Now - Tech Specs & Test Feed | MSM0023081 | 9/23/2025 |
| 538 | 9/8/2025 | 9/8/2025 Email from J. Mitnick to S. Sexton, et al re MSM - deposition scheduling | No Bates | 9/23/2025 |
| 539 | 9/8/2025 | 9/8/2025 Portage Point Partners: Merit Street Media, Inc. DIP Budget Update | No Bates | 9/23/2025 |
| 541 | No Date | MSM bankruptcy budget (no bates, but was produced by MSM in native format) | N/A | 9/23/2025 |
| 542 | No Date | MSM bankruptcy budget (no bates, but was produced by MSM in native format) | N/A | 9/23/2025 |
| 547 | | DIP Terms and Bridge/DIP Negotiation Summary presentation | MSM0001425 | 9/17/2025 |
| 554 | Multiple | Frank Amedia/Phil McGraw text messages | TBN0004594-4596 | 9/16/2025 |
| 558 | 9/3/2024 | Email from DPM to Randy Camp, Phil Mcintyre, Ken Solomon and Brian Lidji re: Cash flow | MSM0023470 | 9/25/2025 |
| 559 | 8/5/2025 | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding The Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs [Dkt 162] | N/A | 9/17/2025 |
| 560 | 8/4/2025 | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding The Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs [Dkt 161] | N/A | 9/17/2025 |
| 561 | 8/10/2025 | Revised Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and State of Financial Affairs [Dkt 186] | N/A | 9/17/2025 |
| 562 | 8/8/2025 | Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Certain Executory Contracts and (II) Granting Related Relief [Dkt 181] | N/A | 9/17/2025 |
| 563 | 9/13/2025 | DIP Budget, Exhibit A to Declaration of Coley Brown in Support of the Debtor's DIP Motions [Dkt 392-1] | N/A | 9/23/2025 |
| 564 | 7/3/2025 | Interim Order (I) Authorizing Post-Petition Financing Secured by Senior Liens, (II) Authorizing The Debtor to Use Cash Collateral; (III) Granting Adequate Protection, and (IV) Granting Related Relief [Dkt 35] | N/A | 9/23/2025 |
| 565 | 7/18/2025 | Trinity's Emergency Motion for an Order: (I) Dismissing Debtor's Chapter 11 Case, (II) Converting the Case to Chapter 7, or (III) Appointing a Chapter 11 Trustee | N/A | 9/25/2025 |
| 566 | 6/24/2025 | Email from Randy Camp to Joel Cheatwood re Merit Street Cash Needs | MSM0002102 | 9/25/2025 |