## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 4 | Date Range: 6/29/2024 - 6/30/2024 |

### Outline of Conversations

💬 CHAT - CB0000001 - 06969 - 2024/06/30 - 4 messages between 6/29/2024 - 6/30/2024 · Dr. Phil McGraw <Redacted>; Jamie Ribman <■■■■■■■■■>



EXHIBIT 178
WIT: McGraw
DATE: 9-11-25
S. Klinger, RMR-CRR

25-bk-80156
**TBN EXHIBIT**
**16**

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0007916

16-0001

**Messages in chronological order** (times are shown in GMT -05:00)

> **CHAT - CB0000001 - 06969 - 2024/06/30**

JR **Jamie Ribman** <+​[redacted]>　　　　　　　　　　　　　　　　　　　　6/29/2024, 7:42 PM
D and I heading to Maplewood for a quick bite if you are hungry. Going to try to make it back downtown for the fireworks show at Klyde Warren.

DM **Dr. Phil McGraw** <​Redacted​>　　　　　　　　　　　　　　　　　　　　6/30/2024, 3:16 PM
As suspected they ran analysis on Hawker and it was fine. They tweaked the fuel SENSORS. But it is ready to fly if needed. SO Sorry about that!🙏🙏🙏

JR **Jamie Ribman** <​[redacted]​>　　　　　　　　　　　　　　　　　　　　6/30/2024, 6:14 PM
I figured as much. Damn sensors are SO sensitive these days! Thank you for the generous gesture. What's your schedule this week?

DM **Dr. Phil McGraw** <​Redacted​>　　　　　　　　　　　　　　　　　　　　6/30/2024, 6:16 PM
I'm here working on the project of getting rid of TBN!

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0007917

16-0002