## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 3 | Date Range: 7/28/2024 |

## Outline of Conversations

💬 CHAT - CB0000001 - 06969 - 2024/07/28 · 3 messages on 7/28/2024 · Dr. Phil McGraw <Redacted> · Jamie Ribman <Redacted>

25-bk-80156
**TBN EXHIBIT**
**23**



EXHIBIT 179
WIT: McGraw
DATE: 9-1-25
S. Klinger, RMR-CRR

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0003294

23-0001

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - CB0000001 - 06969 - 2024/07/28

**JR**  Jamie Ribman <​▮▮▮▮▮​>  7/28/2024, 3:21 PM
Proposed messaging…

This has been a good partnership. Your summer hiatus and their ongoing discussions with TCT have caused you to reflect on the partnership. It's important that the two of you focus on what you are individually great at doing. His parents founded TBN 50 years and he has grown it into the largest religious network in the world. He needs to continue to focus on acquisitions such as TCT. The new, proposed structure, will allow TBN to focus on what it does well (both from a time and money perspective) and will enable you to focus on what you are great at. His 30% will be far more valuable with you leading the network than his 70% under the current arrangement. You are proud of what you have created with him as a co-founder and look forward to a new structure that best leverages your unique talents.

**JR**  Jamie Ribman <+​▮▮▮▮▮​>  7/28/2024, 4:19 PM
Good luck and let me know how it goes! I may be out by the studio, if you want to meet out there afterwards.

**DM**  Dr. Phil McGraw Redacted  7/28/2024, 5:03 PM
Perfect lead in. I'll call you standby!

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0003295

23-0002