**Message**

**From:** DPM [Redacted]
**on behalf of** DPM [Redacted]
**Sent:** 8/2/2024 10:42:23 PM
**To:** Phil McIntyre [Redacted]
**Subject:** Fwd: EBLAST

FYI
Sent from my iPad so unchecked for errors

Begin forwarded message:

> **From:** DPM [Redacted]
> **Date:** August 2, 2024 at 10:41:39 PM CDT
> **To:** Jerry Sharell [Redacted]
> **Subject: Re: EBLAST**
>
> Thanks for the input. Maddie is invisible to me. I need to figure out what it is she is doing/contributing because I just can't see any impact whatsoever. By that I mean I don't see it in the real world. She seems to hold endless meetings to plan but I see no measurable impact. I may not have the right "outcome criteria" and am open-minded to being enlightened but if people aren't adding measurable value they will not survive. This is an eat what you kill world and we are going to go hard 24/7 on every front. Anyone who is not 100% onboard and making a measurable impact in terms of growth and revenue is going to have to be gone.
> That is the deal GROWTH AND REVENUE. Right now little else counts.
> I don't know Marc Rothman but I will do my homework.
> SO GLAD to get these changes underway! These TBN folks are in over their heads and so judgmental I just can't stand it. Be shaping a loud press release announcing in someway that I have made a gangster move and taken a majority ownership position in MSM diminishing TBN to a passive minority investor role. We will release it at the right time.
> Thanks 😊
> Sent from my iPad so unchecked for errors
>
>> On Aug 2, 2024, at 5:35 PM, Jerry Sharell <[Redacted]> wrote:
>>
>> Great! I wanna pick Ken's brain too. I know… scary! But he's pretty bright. Hahahaha.
>>
>> I wanna say, things are VERY exciting now. Great news today!!!! With pending changes, I also want to give my "A OK" to Marc Rothman (programming) and Maddie Z (marketing). I really enjoy working with them both. They are hustlers and fully believe in you and the mission and were NOT TBN hires. Maddie, if anything, may be stretched thin, but she is really good - bright - hard worker. And Marc is just ON IT and responsive and collaborative and patient (!).
>>
>> Just a couple names I think we should continue to invest in (if my thoughts matter).
>>
>> Talk soon!

25-bk-80156
**TBN EXHIBIT**
**33**



CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division

33-0001

PETESKI0003859

On Aug 2, 2024, at 3:10 PM, DPM <Redacted> wrote:

We can discuss. It isn't JUST to partners but they want to be reading about us making noise with all kinds of things including "inside the numbers" innovations in programming partnerships, big gets, volume studio tech. Noise noise noise.
Sent from my iPhone so unchecked for errors.

On Aug 2, 2024, at 4:29 PM, Jerry Sharell <redacted> wrote:

HI DP: To confirm, you wish a daily or bi weekly (TBD) "eblast" of programming and other "newsie" highlights to be emailed to the "partners" below?

| AFFILIATE | MARKET |
|---|---|
| WMBC | New York City |
| KVMD | Los Angeles, CA |
| KAGW* | Wichita, KS |
| KTXD | Dallas/Ft. Worth |
| WGBP | Atlanta |
| KOFY | San Francisco, CA |
| KYVV/KGMM | San Antonio, TX |
| WJAL (August 20) | Washington, D.C. |
| **CTV PARTNER** | **MARKET** |
| COMCAST/XFINITY | ALL |
| DIRECTV | ALL |
| UVERSE - Ch. 168 | ALL |
| SAMSUNGTV+ | ALL |
| DISH - Ch. 247 | ALL |
| VERIZON FIOS | NYC, Boston, DC |

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0003860

33-0002