| | |
|---|---|
| Message | |
| From: | Jay McGraw [Redacted] |
| on behalf of | Jay McGraw [Redacted] |
| Sent: | 5/20/2025 1:19:33 PM |
| To: | Dad [Redacted] |
| Subject: | Merger Thoughts |

Here is a rough outline that we can possibly work off of. Thoughts?

Merit becomes a subsidiary of MediaCo/

Merit brings its own funds for OpEx for the first year.

Merit runs its business based on the current model. This leads to a profitable run rate by Q4 2025/ Q1 2026

We find shared resources such as sales and distribution.

MediaCo provides facilities including set build out.

MediaCo provides Estrella affiliate in any market where there is no other affiliate.

Merit provides a $1 license of the 100 episodes per year of the DPS library on a non exclusive basis for 5 years.

All profits flow up to MediaCo

25% at signing. Up to 20% additional in Q1 of 2026 based on hitting the thresholds in the model.



EXHIBIT 164
WIT: McGraw
DATE: 9-16-25
S. Klinger, RMR-CRR

25-bk-80156
**TBN EXHIBIT**
**192**

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0003156

192-0001