## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 4 | Date Range: 6/30/2025 |

### Outline of Conversations

💬 **CHAT - CB0000001 - 00929 - 2025/06/30** · 4 messages on 6/30/2025 · +[Redacted] · Ken Solomon
<+[Redacted]1871> · Phil McIntyre · [Redacted]

25-bk-80156
**TBN EXHIBIT**
**294**



CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

294-0001

MCINTYRE-PETESKI0008621

**Messages in chronological order** (times are shown in GMT -05:00)

---

> 💬 **CHAT - CB0000001 - 00929 - 2025/06/30**

\# ▇▇▇▇1871          6/30/2025, 8:38 AM
DRAFT STAFF NOTES:

\# ▇▇▇▇1871          6/30/2025, 8:38 AM
Announcements:
—Impact everyone
—Short and Long Term
—Transparent as possible under circumstances
—AT 12:01am this morning MSM filed a serious Federal lawsuit against TBN for _____ ,____,_____,____and _____.
The most serious consequence of those ongoing breaches of duty:
—TBN HAS, AS OF TODAY AFFIRMATIVELY, CONSCIOUSLY, KNOWINGLY KILLED OUR SIGNAL.
OUR NAT'L DISTRIBUTION HAS BEEN CANCELED FOR NON PAYMENT.
—We have NO CHOICE THEY HAVE PUT US OUT OF BUSINESS.
We are compelled to shut THIS partnership down and hold TBN accountable for their malfeasance in Federal court.
—While we are compelled to suspend ops here today, end this dysfunctional connection to TBN to transition out of this highly toxic relationship w TBN
— Know that DP Spent almost a year of dealing with broken promises, failed commitments made both in person and via written contract and even at times even blatant sabotage.
—Know also every penny you have been paid for months, all of your salaries have been paid by DP. In fact everything around here shooting, editing and even distribution to the tune of tens of millions of dollars DP personally caused to be paid has caused to be paid to protect all of you as long as he could.
—And oh by the way HE has not been paid in over a year. ANOTHER TBN BREACH.
—Despite the obstacles constructed by TBN the content, the product generated by this entire team has been phenomenal! We launched to critical acclaim, have been ranked in the top 20, shot up the charts over 60 places.
—Think of some of the amazing content:
ADD MORE
\*\*\*Son of Hamas
\*\*\*Pres Trump AND RFK Jr in same day with 2 hours in 2 diff state—like him or not BELL RINGER
\*\*\*Election night when NEWS anchors AND staff blew everyone away!
\*\*\*Incredible Hurricane coverage in So. Carolina
\*\*\*Kris G at the Southern border
\*\*\*Loni C with the Angel Killer (right name????)
\*\*\*MJ Psychotic Killer stabbed BF 108x
\*\*\*Border Czar embedded in Chi on the news
\*\*\*Town Hall meetings setting records
\*\*\*Live Boxing
—NOW FOR SOME GOOD NEWS.
—BECAUSE the content the shows, the news, DPPT and others have been so successful we are moving on from this partner. Dissolving this company under court supervision BUT
—WE are launching an incredibly exciting
NEW JOINT VENTURE
with MEDIACO a publicly traded media company based right here in DFW.
—We are hard at work building out our new home, a 65,000 sq ft broadcast center only about 15 mins away.
—Sound stages, control rooms, our own master control, hit studios, edit bays, offices an AMAZING new app and more are being built out as we speak. One of our fav features: NO TBN! 100% separate. MASTERS OF OUR OWN FATE!
—Will be a pause, weeks not months, hope to offer most if not all of you positions at the new new network as built out. Not same $, not immediately.
START UP. BUT IT IS OURS. Not a lot else can say.
Go Home.
Talk to Media not productive
Other jobs? Understand.
Very excited!! Very grateful!


Sent from my iPad so unchecked for errors

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

MCINTYRE-PETESKI0008622

294-0002

\# ▮▮▮▮1871     6/30/2025, 11:03 AM

This is the latest from Irv re sales:
"Spoke with Brian. It's what I thought. We do not have the scale or audience for them to be able to help yet. Audience COULD be worked into their platforms for the scale is the issue. Nothing they would do FOR us. They can help Craig (MeritTV Digital sales) set l-up but that's it"

PM    Phil McIntyre [Redacted]     6/30/2025, 6:04 PM

Attached URL: https://p104-content.icloud.com/MY8765362CA7C3E56F7ED298775D32D9AE9A20CA86EDDB2D162101085627622B47.21F788CE698EE1A9.C01USN00Attachment Title: MOU MediaCo_MeritTV w: red.pages

*Attachment: MOU MediaCo_MeritTV w: red.pages (594 KB)*

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

MCINTYRE-PETESKI0008623

294-0003