## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 7/1/2025 |

## Outline of Conversations

**CHAT - CHJO000000001 - 00539 - 2025/07/01** · 3 messages on 7/1/2025 · Dr. Phil ▮▮▮▮▮ · Joel Cheatwood ▮▮▮▮▮

---

25-bk-80156
**TBN EXHIBIT**
**320**

EXHIBIT 193
WIT: McGraw
DATE: 9-11-25
S. Klinger, RMR-CRR

Confidential

320-0001

MSM0009871

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - CHJO000000001 - 00539 - 2025/07/01

**JC**  **Joel Cheatwood**  7/1/2025, 10:21 PM
You had mentioned wanting to talk to the talent tonight in advance of tomorrow's all hands. Something you still want to do? Want me to handle?

**DP**  **Dr. Phil**  7/1/2025, 10:28 PM
I still have to write our pleading! With chip bc the lawyers just can't get it right. You talk to talent please. I will handle Jamie and President. I've covered Steph Justin Sarah. Holman RFK mayor Adam's and Senator Parker. All 10+

**JC**  **Joel Cheatwood**  7/1/2025, 10:30 PM
I'll reach out to each of them tonight.