## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 9 | Date Range: 7/1/2025 - 7/2/2025 |

### Outline of Conversations

💬 **CHAT - CB0000001 - 00161 - 2025/07/02** • 9 messages between 7/1/2025 - 7/2/2025 • ▮
  Dr Phil McGraw ▮Redacted▮ • Phil McIntyre ▮

---

**25-bk-80156**
**TBN EXHIBIT**
**330**



CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0005841
330-0001

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - CB0000001 - 00161 - 2025/07/02**

\# ▇▇▇▇▇▇▇▇▇▇                                                                7/1/2025, 10:55 PM

What I sent to Jamie:

Ok. I have been trying to get with you so you are up to speed. I am filing suit against TBN at 12:01am as in 3 hours from now.
I am also filing Ch. 11 for MSM to wipe out all the shit Matt Crouch has burdened us with. It will wipe out PBR's claim against MSM but our claim against them will survive. It will free us from TBN's debt for distribution which Matt saddled us with. Distributors are cooperating with us.
Two biggest assets are OUR claims against TBN and PBR. The biggest creditor is me. Second is distributor group then you. (See below as to you.)
We are immediately relaunching in a joint venture with MediaCo in the new 65,000 sq. Ft broadcast center at 2410 Gateway in Irving just off Beltline. Soundstages are under construction as are all other elements we need.
We will not go off the air for even one second except where our distributors take us down when they can replace us. We are working to replace them as well. No adversarial blood there.
 Just want you to know we think we "Free At Last." Very happy. Wish we didn't have to do it—but it is time.
Important to me that you know: Your investment is 100% safe. Hope you will choose to go along and move it to new deal. (Clean balance sheet!) However, I am happy to reimburse you via wire transfer at a moments notice as I have previously indicated. I don't care about the agreement that protects with the library or what the court does.  Our deal is between us and I am very grateful for it. I made a choice and will not allow you to be in an uncomfortable position for even a second.
I just did NOT want you to be surprised in any fashion or think some court was going to impact your investment.  Not happening. Since this goes public technically at midnight I just had to get to you with the scoop.
And yes we can meet tomorrow! Hope this helps. Sorry to be a nag!🙏

\# ▇▇▇▇▇▇▇▇▇▇                                                                7/1/2025, 10:56 PM

His reply just now:

Sorry I've been so difficult to reach! I've been non-stop. While in paradise, I was getting up at 3am each day to be on calls back here in Dallas. But, from the sound of things, you've been busier than me!!! Thanks for the 411. Can't wait to hear about everything.

And, you couldn't nag me if you tried. Your challenges are mine! Couldn't be more proud of what you are building. Let me know when you are free tomorrow.

\# ▇▇▇▇▇▇▇▇▇▇                                                                7/1/2025, 11:00 PM

Appreciate the heads up, but I trust you 💯. Free after lunch. Let me know what's most convenient for you.

\# ▇▇▇▇▇▇▇▇▇▇                                                                7/1/2025, 11:22 PM

Announcements:
—Impact everyone
—Short and Long Term
—Transparent as possible under circumstances
—Earlier this morning MSM filed a serious Federal lawsuit against TBN for:
***Fraud
***Fraud in the inducement
***Breach of contract
***Breach of fiduciary duty
***Breach of the duty of good faith and fair dealing,.
The most serious and immediate consequence of this grievous malfeasance is
—TBN HAS AFFIRMATIVELY, CONSCIOUSLY AND KNOWINGLY BEEN SYSTEMATICALLY KILLING THE MERIT TV SIGNAL.
—CAUSING US TO BE TAKEN OFF THE AIR AND EFFECTIVELY SHUTTING DOWN MERIT TV.
—OUR NAT'L DISTRIBUTION HAS BEEN AND IS BEING CONSISTENTLY CANCELED FOR NON PAYMENT. PAYMENTS TBN HAS REPEATEDLY ACKNOWLEDGE THEY OWE.
—We have NO CHOICE AND THEY ARE LEAVING OUR OUTLETS NO CHOICE BUT TO PULL THE PLUG ON THE DISTRIBUTION OF OUR CONTENT
—MAKE NO MISTAKE, WE WILL hold TBN accountable for their malfeasance in Federal court.
—While we are compelled to suspend ops here today, WE WILL OF COURSE DO SO IN A PROFESSIONAL FASHION SO THAT OUR HARD WORK THUS FAR IS NEVER HELD IN A NEGATIVE LIGHT EVEN AS WE END THIS dysfunctional TOXIC Relationship w TBN.
— YOU SHOULD Know that DP Spent almost a year of dealing with broken promises, failed commitments made both

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0005842

330-0002

in person and via written contract and at times CAN ONLY BE CHARACTERIZED AS blatant sabotage.
—YOU SHOULD ALSO Know every penny you have been paid —for months, all of your salaries HAVE BEEN PAID BY ONE OF DP's companies Peteski Productions.
—BUT FOR THE TENS OF MILLIONS OF DOLLARS LOANED FROM PETESKI PRODUCTIONS TO COVER PAYROLL, YOU WOULD NOT HAVE BEEN PAID.
—In fact MOST everything around here, shooting, editing and even distribution ALL TBN's contractual responsibility adding up to more and more millions of dollars have been paid by DPs production as well.
—OH AND WHILE THAT WAS GOING ON AND HE HAS WORKED TIRELESSLY—HE HASN'T BEEN PAID IN OVER A YEAR—YET ANOTHER BREACH BY TBN.
—WE ALL, YOU ALL, WILL ALWAYS BE ABLE TO TAKE PRIDE IN THE WONDERFUL CONTENT WE PRODUCED, NOTHWITHSTANDING TBN'S FAILINGS AND BREACHES.

DESPITE the obstacles constructed by TBN the content, the product generated by this entire team has been phenomenal! We launched to critical acclaim, have been ranked in the top 20, shot up the charts over 60 places.
—JUST Think of some of the amazing content:

\*\*\*Son of Hamas
\*\*\*Pres Trump AND RFK Jr in same day within 2 hours in 2 diff state—like him or not he is NEWS
\*\*\*Election night when NEWS anchors AND staff blew everyone away! Critical acclaim!
\*\*\*Incredible Hurricane coverage in So. Carolina
\*\*\*Kris G at the Southern border
\*\*\*Loni C with the Angel Killer (right name????)
\*\*\*MJ Psychotic Killer stabbed BF 108x
\*\*\*Border Czar embedded in Chi on the news all day
\*\*\*Town Hall meetings setting records
\*\*\*Helping stop executions of THREE count 'em THREE death row inmates alive today bc of our work!
\*\*\*Prime Minister Netanyahu during AN ACTIVE WAR
\*\*\*SEXTORTION TRAGEDIES; THE UCLA CAMPUS TAKE DOWN, SQUATTERS,STUDENT LOANS, UNSCHOOLING, SCHOOL SHOOTERS! ON AND ON!!
\*\*\*Live Boxing
WOW!!

—NOW FOR SOME GOOD NEWS.
—BECAUSE the GREAT content the shows, the news, DPPT and others have been so successful
YES we are moving on from this partner. Dissolving this company under court supervision
BUT
—WE are GOING TO LAUNCH an incredibly exciting
NEW JOINT VENTURE
with AN AMAZING media company based right here in DFW.
—We are hard at work building out WHAT WILL BE a new home, a 65,000 sq ft broadcast center only about 15 mins away.
—Sound stages, control rooms, our own master control, hit studios, edit bays, offices an AMAZING NEW, INTERACTIVE, CITIZEN JOURNALISM NEW APP— and more are being built out as we speak.
—One of our fav features: NO TBN! 100% separate.
—IMPORTANT:
—Will be a pause, weeks not months, hope to offer most if not all of you positions at THE NEW network AS WE GET IT built out.
WON'T BE THE same $, AND WE CAN'T PUT EVERYBODY BACK TO WORK  immediately. BUT WE ARE TARGETING SOON.
START UP. WE HAVE SOME THINGS TO BUILD BACK BUT THAT'S OK!
Not a lot else can say.
CLEAN OUT DESK—Go Home. HOPE TO BE IN TOUCH SOON. SOME WHAT DEPENDENT ON COURT RULINGS.
—Talk to Media. FREE SPEECH. GENERALLY not productive.
—TAKE Other jobs? Understand. WILL GIVE GREAT RECS.
—ANYTHING WE LEARN YOU WILL LEARN.
Very excited!! Very grateful!

\*\*\*[AND, I DO HAVE ONE REQUEST.  NOT EVERYONE IS HERE.  I PUT OUT A SIGN IN SHEET TO MAKE SURE WE KNOW WHO IS MISSING SO THAT HR CAN GET THIS INFORMATION TO THEM.

THANKS.

PM   Phil McIntyre ▇▇▇▇▇▇▇▇▇▇▇   7/2/2025, 10:32 AM
Attached URL: https://p181-content.icloud.com/MY83CB3803D6A5F92F15D64E588504C89D87B0FBE14ACECCF3CFEE83ED0E0DE00E.21F788CE698EE1A9.C01USN00Attachment Title: Screenshot 2025-07-02 at 8.31.48 AM.jpeg

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0005843
330-0003



| | | |
|---|---|---|
| PM | **Phil McIntyre** ▮▮▮ | 7/2/2025, 10:55 AM |
| | A strong statement of him wanting to continue working with DP on the next chapter would be good | |
| # | ▮▮▮▮ | 7/2/2025, 11:00 AM |
| | Tell her to do that on the record. | |
| PM | **Phil McIntyre** ▮▮▮ | 7/2/2025, 11:15 AM |
| | Done | |
| # | ▮▮▮▮ | 7/2/2025, 11:28 AM |
| | Did you finish with her? | |

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

330-0004

PETESKI0005844