# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 14 | Date Range: 7/2/2025 |

## Outline of Conversations

💬 **CHAT - CHJO000000001 - 01751 - 2025/07/02** • 14 messages on 7/2/2025 • Gary Broadbent ▓▓▓▓▓▓▓▓▓▓ • Joel Cheatwood ▓▓▓▓▓▓▓▓▓▓ • Ken Solomon ▓▓▓▓▓▓▓▓▓▓

25-bk-80156
**TBN EXHIBIT**
**342**

Exhibit#
**Broadbent 67**
09/08/2025

342-0001

Confidential

MSM0010547

> 💬 **CHAT - CHJO000000001 - 01751 - 2025/07/02**

**JC** — **Joel Cheatwood** — 7/2/2025, 6:04 PM
Hey guys…just off with Portage. They are suggesting that we keep Natalia attached to MSM in the majority through August at least. They will require significant reporting and feel like it will require near full-time attention. Won't preclude her from consulting newco. You ok with us making that change? Ken - helps with the DP argument that we need finance support.

**GB** — **Gary Broadbent** — 7/2/2025, 6:11 PM
Yes. On board with that

**GB** — **Gary Broadbent** — 7/2/2025, 6:11 PM
She'll be way cheaper than Portage

**GB** — **Gary Broadbent** — 7/2/2025, 6:11 PM
Good bridge too

**JC** — **Joel Cheatwood** — 7/2/2025, 6:12 PM
Thanks Gary

**JC** — **Joel Cheatwood** — DELETED — 7/2/2025, 7:56 PM
Hey guys…in order to remove TBN from the payroll system for final checks and ongoing payroll for the small few who remain. Cost is $4800 a month through ADP and we can cancel at any time. Ok? Also…payroll has to be entered through ADP tomorrow in order for people to get paid within the six days after termination. Which bank account do we use and what funding?

**JC** — **Joel Cheatwood** — 7/2/2025, 7:56 PM
Hey guys…in order to remove TBN from the payroll system for final checks and ongoing payroll for the small few who remain we'd like to go with ADP. Cost is $4800 a month through ADP and we can cancel at any time. Ok? Also…payroll has to be entered through ADP tomorrow in order for people to get paid within the six days after termination. Which bank account do we use and what funding?

**GB** — **Gary Broadbent** — 7/2/2025, 7:59 PM
Okay on ADP expense. Coley can help guide what account to use.

**GB** — **Gary Broadbent** — 7/2/2025, 7:59 PM
We usually use whatever account we did before

**GB** — **Gary Broadbent** — 7/2/2025, 8:00 PM
When is the deadline to fund?

**JC** — **Joel Cheatwood** — 7/2/2025, 10:39 PM
A bit of a conundrum: A few weeks ago we began downloading MSM programming from the TBN system onto drives in the event we executed a move to another facility. The drives used were purchased through MSM and contain all programming that had been on our schedule. We would like to recover the DPPT episodes from those drives but I'm assuming that can't happen until assets are auctioned since they are the property of MSM, correct?

**KS** — **Ken Solomon** — 7/2/2025, 11:48 PM
Can we not at least grab the IP and hold it until we clarify ownership or auction? Seems worth the candle

**KS** — **Ken Solomon** — 7/2/2025, 11:49 PM
Could be way off base, just figured more is more right now, even if we must hold for now.

Confidential                                                                                                                MSM0010548

JC  Joel Cheatwood   7/2/2025, 11:53 PM

Secondary issue – we'd need to purchase drives to offload since the ones they're on belong to MSM. Would cost 5-7k or so

Confidential    MSM0010549