# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 22 | Date Range: 7/3/2025 |

## Outline of Conversations

**CHAT - CHJO000000001 - 01751 - 2025/07/03** • 22 messages on 7/3/2025 • Gary Broadbent ▪ Joel Cheatwood ▪ Ken Solomon

25-bk-80156
**TBN EXHIBIT**
**353**



353-0001

Confidential

MSM0010550

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - CHJO000000001 - 01751 - 2025/07/03

**GB** — Gary Broadbent — 7/3/2025, 12:00 AM
You guys are right, we can't move the assets out until after the auction (if there is one). It's probably smart to duplicate the backups in case TBN is engaged in more foul play

**JC** — Joel Cheatwood — 7/3/2025, 12:01 AM
Ken we just need to get approval for newco to buy a couple of drives

**KS** — Ken Solomon — 7/3/2025, 2:42 AM
Of course, let's get a quick estimate and we'll get it approved

**KS** — Ken Solomon — 7/3/2025, 2:42 AM
Sorry, just saw the above. On it

**JC** — Joel Cheatwood — 7/3/2025, 2:46 AM
$4600 plus tax

**GB** — Gary Broadbent — 7/3/2025, 2:47 AM
Pat V just forwarded a note on lockout via email

**GB** — Gary Broadbent — 7/3/2025, 2:47 AM
TBN is saying HR directed them to turn off access

**GB** — Gary Broadbent — 7/3/2025, 2:48 AM
Their story doesn't jibe with what happened

**JC** — Joel Cheatwood — 7/3/2025, 2:59 AM
I'm checking with Jeff. Truthfully, however, the practice of turning off access and email quickly after termination has been the policy we've had from the outset. Management was able to alter or make accessions but that has been the policy.

**GB** — Gary Broadbent — 7/3/2025, 3:01 AM
Thanks. Ken wasn't terminated and all his stuff was turned off. Odd

**JC** — Joel Cheatwood — 7/3/2025, 3:01 AM
That is odd. Didn't know that. Mine is still active

**GB** — Gary Broadbent — 7/3/2025, 3:08 AM
Ken - what's the name of the employee whose badge we tested before we left?

**KS** — Ken Solomon — 7/3/2025, 3:09 AM
Was it David Jeong?

**GB** — Gary Broadbent — 7/3/2025, 3:09 AM
Female. Not Purlita

**GB** — Gary Broadbent — 7/3/2025, 3:11 AM
Sitting across from Phil G

**JC** — Joel Cheatwood — 7/3/2025, 3:13 AM
Was it Natalia?

**GB** — Gary Broadbent — 7/3/2025, 3:13 AM

Confidential

| | | |
|---|---|---|
| | Yes! Thanks! | |
| JC | **Joel Cheatwood** | 7/3/2025, 3:13 AM |
| | She was a late add to the msm employee list - originally listed as termed | |
| GB | **Gary Broadbent** | 7/3/2025, 3:14 AM |
| | Liked "She was a late add to the msm employee list - originally listed as termed" | |
| KS | **Ken Solomon** | 7/3/2025, 5:53 AM |
| | Patrick Wilson, OUR HEAD OF DISTRIBUTIONS MSM Email is still locked | |
| JC | **Joel Cheatwood** | 7/3/2025, 10:46 AM |
| | If Patrick needs to get back in we can get that done | |
| JC | **Joel Cheatwood** | 7/3/2025, 1:09 PM |
| | Ken is your email access up or down.  Jeff Miller just checked and said it was working | |

Confidential                                                                                                                                              MSM0010552