## Meeting Summary for Media Co

**From:** Meeting Summary with AI Companion <no-reply@zoom.us>
**To:** perlita.ruiz
**Date:** Fri, 04 Jul 2025 17:43:06 +0000



**Meeting summary for Media Co (07/04/2025)**

### Quick recap

The team discussed progress with Samsung regarding facility changes and signal delivery options, while also exploring network naming possibilities and legal considerations for the transition to Envoy Media. They outlined plans for launching a basic version of the new channel with minimal production capabilities, focusing on Dr. Phil's content and news segments while emphasizing the importance of starting simple and gradually improving. The team addressed immediate needs for launching the channel, including content transfer, staffing requirements, and the development of a temporary app solution, while emphasizing the urgency of getting the network up and running quickly to manage public perception.

### Next steps

- David: Send email to Media Co group to schedule meeting for Monday to establish timeline and approach for minimal network launch
- Joel & Ken: Present drive purchase requirements to Mr. Solomon for approval
- Joel: Discuss with Gary about revoking Steve Harvey's licensing with Merit Street Media
- David & John: Create a comprehensive list of immediate technical needs and equipment required for network launch
- John: Transfer stunt classic Dr. Phil episodes to drive from Burbank and deliver to Irving for loading
- Paul Sutherland & Mark Rothman: Begin content transfer to Media Co once authorized
- Greg Neal's team: Create basic graphics package including bug and interstitial ID
- David: Follow up with Yvonne regarding Media Co's traffic/programming environment setup
- John/David: Work with Media Co to establish content delivery workflows
- Joel: Notify TBN about equipment removal from the Plex
- David: Contact Bally's team about potential interim app solution
- Joel: Contact Red Seat about potential interim app solution and discuss file format requirements for content delivery
- Joel & Jeff: Develop list of core 15 essential personnel needed for launch
- Joel: Address travel approval and payment system for Dr. Phil's team
- John: Prepare content package for potential immediate digital launch
- David: Follow up on domain setup and brand name confirmation for Envoy
- Joel: Reach out to Greg Waugh about technical possibilities
- Team: Establish distribution routes to Samsung and station partners through master control
- Ken: Schedule a meeting with the team and convince the leader to attend
- Ken: Present the proposal for hiring options for current unpaid staff
- Ken: Ensure Jordan is included in the team meeting
- Joel: Follow up on bringing appropriate paid staff onboard to replace current unpaid workers

### Summary

**Samsung Facility Switch Progress**

Ken reports progress in discussions with Samsung regarding the switch to the new facility. Samsung is willing to accommodate the change and can receive signals from Mediaco's Amagi or potentially directly. The team is considering parallel paths for signal delivery. There are ongoing discussions about the network name, with options including keeping Merit TV or changing to something like "Dr. Phil's Envoy TV." Joel mentions that the company has been incorporated as Envoy Media, Inc., allowing them to strike new deals. John raises a concern about potentially being short on episode



Confidential                                                                                                                                                MSM0022087

deliveries for some streaming platforms, but Ken suggests this can be addressed in new agreements.

**Network Agreement and Distribution Strategy**

Ken discusses the plan to amend existing agreements with stations, allowing them to carry the network without obligation and at no charge. This approach aims to maintain relationships and avoid potential legal issues. The plan includes a two-step process: relieving the existing organization of further payment obligations and striking a new deal with a 60 or 90-day option to air content. Ken also mentions the possibility of partial schedule scenarios and revenue sharing in the future. The team is working on setting up new production environments and distribution methods with Mediaco, but they are waiting for approvals and timelines to proceed. There is a sense of urgency to get the new network up and running quickly to manage public perception and minimize negative press coverage.

**Simple Launch for New Channel**

The team discusses plans for launching a new channel with minimal production capabilities. They agree to start with a simple setup, focusing on getting Dr. Phil's content and some news segments on air. John suggests using available equipment and shooting locations, including Dr. Phil's house and a conference room at Estrella. They plan to use Excel for initial programming and scheduling, with the intention to upgrade systems later. The team emphasizes the importance of starting simple and gradually improving, following a "crawl, walk, run" approach.

**Project Launch and Content Logistics**

The team discusses the timeline for launching their project, with John suggesting they could be ready by Monday but noting it would be challenging. They then explore the logistics of getting content to Media Co., with Ken proposing they start sending episodes immediately. John explains that Paul Sutherland needs to be rehired and given access to Merit systems to facilitate content transfer. Joel clarifies that Paul should be hired as an Envoy employee to reclaim Dr. Phil's intellectual property, rather than as a consultant to MSM.

**Content Platform Launch Planning**

The team discusses the immediate needs for launching their new content platform. John plans to gather and transport new episodes of "Dr. Phil" and "The Real Story" to Irving for loading, as part of their initial "crawl" launch. They decide not to include primetime content in this phase. Ken emphasizes the importance of balancing content types and asks about potentially including shows like "Doctors" and Steve Harvey's library, though Joel notes they need to verify contractual issues with Steve Harvey's content. The discussion then shifts to determining the minimum staffing requirements for the launch.

**Channel Launch Planning Discussion**

The team discusses the minimal requirements for launching their channel, which they refer to as a "crawl" stage. They agree on needing a basic graphic package with a name, possibly "Dr. Phil's Envoy TV," and decide to run content as a continuous playlist without scheduled breaks or commercials. Joel suggests using a simple graphic between segments to establish the channel's identity. The group also considers including Steve Harvey content, but notes they need to address potential licensing issues with Merit Street Media first.

**Urgent Network Launch Discussion**

The team discusses the immediate need to launch a basic version of the network, possibly by next Monday. They acknowledge that while long-term solutions are important, the focus should be on getting the network on air as soon as possible. John explains that even for a basic crawl version, they need at least a week to transfer, load, and label content properly. Ken emphasizes the urgency of the situation and the need to prioritize the immediate launch over long-term planning. The group agrees to continue working on both immediate and future plans in parallel.

**Rushed Dr. Phil Channel Launch**

Ken and John discuss potential options for launching Dr. Phil's new channel quickly, possibly on YouTube and social media platforms. They consider using a limited number of old Dr. Phil episodes along with one new "Real Story" segment, potentially branded as "Dr. Phil's Envoy." John emphasizes that they could execute this plan if given the go-ahead, but notes that Media Co. needs multiple days to prepare for a full launch. The team acknowledges that this rushed approach is not

Confidential                                                                                                                                                                                                                       MSM0022088

ideal but could be implemented if there's a pressing need to announce the launch sooner.

**Interim App Solution for Envoy**

The team discusses the need for an interim app solution for Envoy, as they currently have no app and will be starting from zero in terms of user base. Ken emphasizes the importance of having a basic streaming capability for the primary network to retain viewers. Joel suggests exploring options with Red Seed or potentially repurposing the existing Merit Street app technology. David proposes reaching out to both Red Seed and Bally's to see who can provide a quick solution. The group agrees that finding a temporary app solution is crucial to avoid losing their audience during the transition.

**Product Launch Planning and Priorities**

The team discusses the urgent need to launch their product, focusing on a minimal viable version or "crawl" phase. They plan to create a list of essential elements needed for launch, including graphics, content delivery requirements, and technical specifications. Ken emphasizes the importance of having a name for the brand and suggests identifying a core group of 15 essential team members to move the project forward. The group also addresses immediate needs such as equipment, travel approvals, and the necessity of properly compensating current unpaid workers to ensure the project's success.

**Direct Leadership for Team Dynamics**

Ken proposes a strategy to address potential staffing issues and improve team dynamics. He suggests starting with everyone working half-time for a week if necessary, but emphasizes the need for frequent meetings and clear agreement on the project's direction. Ken stresses the importance of having the leader (presumably Tucker Carlson) directly involved in team meetings to build trust and relationships with key personnel. He argues that this approach is crucial for creating a nimble organization and avoiding communication bottlenecks. Ken also recommends including Jordan in these meetings due to his trusted status. Joel and Jeff agree with Ken's proposal, recognizing the importance of the leader's direct involvement in shaping the network's philosophy and strategy from the start.

*AI-generated content may be inaccurate or misleading. Always check for accuracy*

Edit

Please rate the accuracy of this summary.

Best,

Zoom

+1.888.799.9666

©2025 Zoom Communications, Inc.

Visit zoom.com
55 Almaden Blvd
San Jose, CA 95113

Confidential                                              MSM0022089