Message

| | |
|---|---|
| **From:** | Tony Beshara ▮▮▮▮▮ |
| **on behalf of** | Tony Beshara ▮▮▮▮▮▮ |
| **Sent:** | 7/6/2025 3:59:26 PM |
| **To:** | 'DPM' [ Redacted ] |
| **Subject:** | RE: Merit's turn of events |

Great news..your faith in yourself and what you do is an inspiration to all of us. It's funny how people think that it's so easy to run a business like yours and to stay "on top" for as long as you have. Most folks have no idea the challenges you have to overcome even when you're the "best." So cool...

Thanks for the explanation, I can't wait to share it with the folks in my company... "It's not  how far you fall... It's  how high you bounce." Again, thanks for sharing

---

**From:** DPM [ Redacted ]
**Sent:** Sunday, July 06, 2025 1:58 PM
**To:** Tony Beshara
**Subject:** Re: Merit's turn of events

Hi thanks for making contact. Sorry the clickbait headlines are giving some people such a negative impression.  We are very excited about freeing ourselves from some really bad actors at TBN. We have sued them on multiple counts for failing to deliver and yes we have filed CH. 11 on THAT relationship to free us up from them and their sabotage of our good works.

We had our first hearing Thursday and the Judge just "lit them up." This is not a close call. Every employee, contractor and vendor is going with US as me move to a new chapter with a new new publicly traded company in a joint venture which will launch next week. We will not be dark even one minute. I poured over $50M into the network through my own production company to cover TBN's failed performance so I am the primary creditor. And thats ok because I believe in what we are doing!

Again, thanks for your kindness. Hope to see you soon. Our new home is a 65K sq ft broadcast center not 15 mins from the first one! Go figure.☻

PCM

Sent from my iPad so unchecked for errors

25-bk-80156
**TBN EXHIBIT**
**372**

On Jul 6, 2025, at 1:44 PM, Tony Beshara ▮▮▮▮▮▮▮▮ wrote:

Sorry to hear about last week's turn of events.  You and Robin have always been so kind and giving so many people over the years, it baffles me how sometimes things can turn out the way they do.

Other than prayer, if there's anything I can do to help, please let me know.

Sincerely, Tony

---

**From:** DPM [ Redacted ]
**Sent:** Saturday, February 22, 2025 11:56 PM
**To:** Tony Beshara
**Subject:** Re: book foreward

EXHIBIT 205
WIT: McGraw
DATE: 9-11-25
S. Klinger, RMR-CRR

Tony, please feel free to edit as you see fit. Proud to contribute!
"Let's be real, it is easy to lose momentum when you are between jobs. It can tough to self start. A job search can feel like you're stuck in quicksand, sinking a little more with every rejection. But being stuck is not an option.  You should work at least as hard at finding a

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0004527

372-0001

job as you do when have a job.  Easier said than done.  If you're spinning your wheels and nothing's working, *The Job Seeker's Prayer Book* will change your quest right now!

Tony Beshara has been at this for over 50 years, helping more than 12,000 people find jobs. I have known him personally for many of those years and he is the real deal. His track record speaks for itself.

What he's done *The Job Seeker's Prayer Book* is combine faith and practicality into a guide that'll keep you moving forward, even when the going gets tough.

This book isn't about wishful thinking or magic wands. It's about action, clarity, and keeping your head in the game. And those prayers? They're not just feel-good fluff— they're the emotional armor you need when rejection starts to sting.

Bottom line: If you're spinning your wheels, you *deserve* this book. Tony's wisdom, paired with the power of prayer, will help you get back on track and moving toward your next big win. It's time to work smarter, not harder, and let faith do some of the heavy lifting."

My friend tony wrote this book for you.

Dr. Phil McGraw

Sent from my iPad so unchecked for errors

On Feb 22, 2025, at 8:47 PM, Tony Beshara ████████████ wrote:

> "Alright, folks, let's call it what it is: a job search can feel like you're stuck in quicksand, sinking a little more with every rejection. If you're spinning your wheels and nothing's working, *The Job Seeker's Prayer Book* is exactly what you need, because right now, your approach 'just don't hunt.'
>
> Tony Beshara has been at this for over 50 years, helping more than 12,000 people find jobs. That's a track record you can trust. What he's done here is combine faith and practicality into a guide that'll keep you moving forward, even when the going gets tough.
>
> This book isn't about wishful thinking or magic wands. It's about action, clarity, and keeping your head in the game. And those prayers? They're not just feel-good fluff—they're the emotional armor you need when rejection starts to sting.
>
> Here's the bottom line: If you're tired of spinning your wheels, grab this book. Tony's wisdom, paired with the power of prayer, will help you get back on track and moving toward your next big win. It's time to work smarter, not harder, and let faith do some of the heavy lifting."

 Virus-free.www.avg.com

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division
372-0002

PETESKI0004528