**Message**

**From:** Rosemarie Aquilina
**on behalf of:** Rosemarie Aquilina
**Sent:** 7/4/2025 9:51:30 PM
**To:** DPM [Redacted]
**Subject:** Re: Thank YOU!!!

Dr. Phil:

Wow!!! I feel a lot better. Thank you for your in-depth explanation! Obviously, I won't share with anyone, but I am happy to support you in anyway I can, please keep me updated. Sounds like they've made some stupid mistakes and you have them by the throat. Nonetheless, as you know, lawsuits are always difficult to go through for many reasons. Sounds like you've got a good Judge!

And, proud to be part of your family!

Whenever there's a spot open, please keep me in mind. Would love to a part of your programming.

Sending prayers for continued success and looking forward to seeing your new adventures! :-)) eat dinner now

All best,
Rosemarie Aquilina
Cell: [Redacted]

Nonfiction:
　Speak Up
　Just Watch Me
Fiction:
　All Rise
　Triple Cross Killer
　Feel No Evil

Website: AquilinaWarriors.com
Instagram: [Redacted]
Facebook: [Redacted]
Twitter: [Redacted]

25-bk-80156
**TBN EXHIBIT**
**373**

On Jul 4, 2025, at 6:04 PM, DPM [Redacted] wrote:

Rosemarie, so great to hear from you. Thanks for your thoughts. Fortunately money is not a problem.
I'm sure you have read the click bait headlines about my activities the last 48 hours. Just so you know, as Mark Twain said, the rumors of my death are greatly exaggerated! What really happened:
While I hate litigation I have spent most of my career in the litigation arena through Courtroom Sciences Inc. so I do know my way around.
Not to bore you with details but some info might be interesting.

EXHIBIT 204
WIT: McGraw
DATE: 9-11-25
S. Klinger, RMR-CRR

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0004529

373-0001

I am actually so excited I can't even tell you. I knew I would get a smattering of click bait headlines about the network "failing." It is like the old Paul Newman movie "Absence of Malice" where the message was TRUE BUT NOT ACCURATE. (You're to young, Google it!) I DID shut THE CURRENT configuration down. I shut it down for sole purpose of getting away from TBN to stop them from continually committing what I consider outright fraud and assigning debt to Merit Street without authorization. It will all come out in discovery and we/I will be fine.
I filed suit against TBN early yesterday morning. Only the 2nd time I have ever sued anyone in my very long life!
I also then filed Ch. 11 for MSM to wipe out all the unauthorized transactions Matt Crouch, head of TBN has illegally burdened MSM with. It will all revert back to him because there is fortunately a very clear paper trail.
MSM itself does not have one creditor that it can't and won't pay, not one. The only real creditor it has is me. I have, through my separate production company poured about $50M into the network in the last year. Paying what TBN is contractually committed to pay.
TBN on the other hand fraudulently ran up debt for distribution for example ($30M) which they were 100% responsible to provide and admits as much—IN WRITING. The Distributors know it is a TBN debt not MSM and are cooperating with us in the suit. Great bunch of guys!
Bottom line, we are immediately relaunching on Monday/Tuesday the 7th/8th in a new joint venture with a publicly traded media company—MediaCo in a new 65,000 sq. ft. broadcast center only 15 min. away. Soundstages are almost done, podcast studios, "virtual" state of the art control rooms, offices for our staff. We are adding a radio component and a new interactive app which will cross one million downloads very soon. It has a great Citizen Journalism component . And many other elements we have needed so badly.
We will not go off the air for even one second. There will be a seamless switch over. We will change some distributors and are working to upgrade a few with stronger stations. We intend to make this a jump to hyperspace. As of Monday or soon thereafter we will be available in over 90Mil homes and devices. And NO TBN! We had our first hearing yesterday morning and the Judge just "lit them up!"
We feel good about where we are but always a few hills to climb. A little problem "brand management wise" but not a $50M problem! Wish we didn't have to reset but appreciate the P Diddy judge drowning out our little story with sex, drugs and rock and roll. (HA!) Hope to talk soon.
Sorry to ramble. I do hate CLICK BAIT headlines, so annoying.
Appreciate your friendship always!
See you soon! You are part of our family here.
More to follow!
DP

Sent from my iPad so unchecked for errors


On Jul 4, 2025, at 1:00 PM, Rosemarie Aquilina ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
wrote:


Dr. Phil:

Happy 4th of July to you and your family!

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0004530
373-0002

I read about the bankruptcy.ry sorry you have to go through this, but, seriously, they needed you more than you needed them! You will come out stronger and ahead.

If there is anything I can do to help or support you, please let me know. I wish I had the money to help. While I have no financial backing ability, I am available for anything else you might need...even if it is tweets of support! You remain my hero and I have great respect for you, Robin and your family.

Thank you!

Rosemarie Aquilina
Cell: █████████

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division
373-0003

PETESKI0004531