### Re: DRAFT 5 (Steve added)

**From:** Gary Broadbent <​██████████████████████​>
**To:** Phil McIntyre <​████████████████​>
**Cc:** DPM <​███████████████████████​>; Joel Cheatwood <​████████████████████​>; Ken Solomon <​████████████████████​>; Sharell Jerry J. <​██████████████​>
**Date:** Mon, 14 Jul 2025 01:21:55 +0000

Press release looks great!

On Sun, Jul 13, 2025 at 21:17 Phil McIntyre <​██████████████████████​> wrote:

App is in motion but I don't have a firm date yet. I can have a better update tomorrow. Ken / David had a meeting last week with the developer about doing a temporary solution sooner but I need to get details on that and if that takes away from the full app dev time.

> On Jul 13, 2025, at 9:06 PM, DPM <​████████████████████​> wrote:
>
> 👌
>
> Sent from my iPad so unchecked for errors
>
>> On Jul 13, 2025, at 8:04 PM, Joel Cheatwood <​████████████████​> wrote:
>>
>> Let's hold off on including Red Seat. They definitely want to sign on but we have no deal in place as yet.
>>
>> Get Outlook for iOS
>> _____
>> **From:** DPM <​████████████████​>
>> **Sent:** Sunday, July 13, 2025 8:01:48 PM
>> **To:** Ken Solomon <​████████████████​>
>> **Cc:** J. Sharell Jerry <​██████████████████​>; Joel Cheatwood <​███████████████████████​>; Phil McIntyre <​█████████████████████████​>; gary.broadbent@██████████████ <gary.broadbent@​███████████████████​>
>> **Subject:** Re: DRAFT 5 (Steve added)
>>
>> Ken, what can we say about national distribution from launch with increasing footprint ramping up immediately?
>> Jerry we should announce launch date of 7-21.
>> I think Phil can lockdown app launch date. I think it was 6-8 weeks as of THREE WEEKS AGO. So I'm guessing go online with the by. 8-15. It may phase up but I think we can have a version up by then.
>> Gary of course will sign off on everything or make edits.
>> Sent from my iPad so unchecked for errors
>>
>>> On Jul 13, 2025, at 5:53 PM, Ken Solomon <​███████████████████​> wrote:
>>>
>>> TOPLINE NOTES FOR CONSIDERATION IN CAPS….
>>>
>>> Get Outlook for iOS
>>> _____
>>> **From:** Jerry J. Sharell <​███████████████████​>
>>> **Sent:** Sunday, July 13, 2025 5:09 PM
>>> **To:** DPM <​████████████████​>
>>> **Cc:** Ken Solomon <​████████████████████​>; Joel Cheatwood ████████████████████; Phil McIntyre <​████████████████████████​>; gary.broadbent@██████████████████ <gary.broadbent@​████████████████​>
>>> **Subject:** DRAFT 5 (Steve added)
>>>
>>> **DR. PHIL MCGRAW LAUNCHES ENVOY MEDIA CO., A NEW INTERACTIVE**
>>> **NEWS & ENTERTAINMENT MULTIMEDIA PLATFORM**
>>>
>>> *Mobile App to Feature Citizen Journalism, Live News & Original DR. PHIL AND OTHER Programming from NEW Dallas-based HQ (STUDIOS?)*
>>>
>>> *Legend(ARY MCGRAW PARTNER) Steve Harvey to Produce Original Content & Offer(or CONTRIBUTE) Select Library (SERIES CONTENT?)*
>>>
>>> **DALLAS (July 14, 2025)** — Dr. Phil McGraw today announced the launch of ENVOY Media Co., a new content creation and distribution company aimed at delivering balanced news, original entertainment (PROGRAMMING), and immersive viewer experiences through BOTH TRADITIONAL AND cutting-edge technolog(IES).
>>>
>>> A central feature of the ENVOY platform STRATEGY is a NEW, highly interactive mobile app that (encourages AND ENABLES ACTIVE citizen journalism and SEAMLESSLY CURATED user-generated content, allowing audiences NATIONWIDE to share

Exhibit# Broadbent 87 09/08/2025

25-bk-80156
TBN EXHIBIT
416

Confidential                                    MSM0014013

news and stories from their own communities.

Operations will be based out of a newly built, state-of-the-art, 50,000-square-foot broadcast center on a five-acre campus in the Dallas–Fort Worth metroplex. The facility includes multiple soundstages, production studios and offices, and is fully equipped for live broadcasting across ENVOY'S INTEGRATED SUITE OF DISTRIBUTION platforms.

McGraw's longtime friend AND COLLABORATOR, Steve Harvey, will develop and produce original content for ENVOY, as well as offering library episodes of his daytime talker "Steve," (2017-19).

ENVOY is designed to deliver content across digital, linear and emerging media platforms TO VIEWERS HOWEVER THEY CHOOSE.  In addition to McGraw's APPROX 7,000 episode library OF PROVEN HIT PROGAMMING—including more than 3,600 (3800?) HOURS of his landmark daytime talk show "Dr. Phil"—ENVOY will feature ALWAYS-ON breaking news, commentary, entertainment and live sports, all enhanced by AI-powered technology that personalizes the viewing experience AND HYPER-TARGETS SPONSOR MESSAGING.

Additional original programming, high-profile talent AND DISTRIBUTION partnerships will be announced in the coming WEEKS AND months.

--
Jerry J. Sharell

Confidential                                                                                                                                                                                             MSM0014014