**Message**

| | |
|---|---|
| From: | DPM [Redacted] [DPM Redacted] |
| Sent: | 7/14/2025 7:58:47 AM |
| To: | Jay McGraw [Redacted] |
| Subject: | Re: REAL FINAL - as of 9:17PM PT |

It means as we will use it SPECIAL MESSENGER. It is the network name. If we can we will probably brand the NEWS as MeritTV News BUT the lawyers say we can't use that until we clear it out of the bankruptcy. There is an "auction" Sept 8 and we can probably get the rights to it then. If we do AND decide we want to we could start using it right away.
Sent from my iPad so unchecked for errors

> On Jul 14, 2025, at 1:26 AM, Jay McGraw [Redacted] wrote:
>
> What's the meaning behind Envoy?
> Sent from my iPhone
>
>> On Jul 13, 2025, at 10:12 PM, DPM [Redacted] wrote:
>>
>> Sent from my iPad so unchecked for errors
>>
>> Begin forwarded message:
>>
>> From: "Jerry J. Sharell" <[redacted]>
>> Date: July 13, 2025 at 11:18:26 PM CDT
>> To: DPM [Redacted], Ken Solomon <[redacted]>, Joel Cheatwood <[redacted]>, Phil McIntyre <[redacted]>, gary.broadbent@[redacted]
>> Subject: REAL FINAL - as of 9:17PM PT
>>
>> **FOR IMMEDIATE RELEASE**
>>
>> **DR. PHIL MCGRAW LAUNCHES ENVOY MEDIA CO., A GROUNDBREAKING INTERACTIVE NEWS & ENTERTAINMENT 24/7 MULTIPLATFORM NETWORK**
>>
>> *Interactive App to Feature Live News, Original Programming & Citizen Journalism from Dr. Phil and Others — New Dallas-Based Studio Headquarters Now Operational*
>>
>> *Entertainment Icon Steve Harvey to Produce Original Content*



EXHIBIT 184
WIT: McGraw
DATE: 9-11-25
S. Klinger, RMR-CRR

25-bk-80156
**TBN EXHIBIT**
**424**

CONFIDENTIAL pursuant to [Protect]ive Order entered in
In re: MERIT STREE[T...], Case No. 25-80156 (SWE),
In the United States [Bankruptcy Court for the N]orthern District of Texas Dallas Division

PETESKI0004541

424-0001

**DALLAS (July 14, 2025)** — Dr. Phil McGraw today announced the creation of **ENVOY Media Co.**, a next-generation content production and distribution company focused on delivering live, balanced news, original entertainment programming, and immersive viewer experiences through both traditional and emerging technologies. ENVOY's on-air linear channel will launch nationally later this month.

At the heart of ENVOY's strategy is a powerful, highly interactive app designed to engage the viewers and encourage participation in Envoy's content. Additionally, the free and user-friendly app will provide an opportunity for citizen journalists to share news and stories from their communities while seamlessly integrating curated user-generated content on a national scale.

ENVOY will operate out of a new, state-of-the-art, 50,000-square-foot broadcast center situated on a five-acre campus in the Dallas–Fort Worth metroplex. The facility features multiple soundstages, production studios, and corporate offices, all fully equipped for live broadcasting across ENVOY's integrated distribution platforms..

Dr. McGraw's longtime friend and collaborator, **Steve Harvey**, will develop and produce original content for the platform as well. He will also contribute his popular daytime talk show, *Steve* (2017–2019), as part of ENVOY's growing IP offering. Harvey is the recipient of 7 Emmy Awards, 2 Marconi Awards, and 14 NAACP image awards. The prolific philanthropist and author of four books, additionally hosts one of the most popular daily nationally syndicated radio programs, as well as numerous popular televised programs.

"As always, my commitment and that of the Envoy network team is to focus on real people, facing real challenges, seeking real solutions," said McGraw. "By talking about things that matter to people who care, presenting facts, encouraging people to think critically, they can make up their own minds. Our disruptive technology will engage Envoy viewers at an unprecedented level in real time."

Designed to meet audiences wherever they are, ENVOY will deliver programming across digital, linear, and emerging media platforms. In addition to McGraw's extensive personal library of approximately 7,000 episodes—including over 3,800 hours of his top-rated talk show *Dr. Phil*—the platform

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0004542

424-0002

will feature around-the-clock breaking news, commentary, entertainment, and live sports. All content will be enhanced by AI-driven personalization technology, offering customized viewer experiences and highly targeted sponsor messaging.

Additional original programming, high-profile talent partnerships, and distribution agreements will be announced imminently.

**ABOUT: Dr. Phil McGraw** is one of the most well-known and trusted mental health professionals in the world. For 21 seasons, he hosted the top-rated daytime television show *Dr. Phil*, which became a trailblazing, award-winning platform and the most comprehensive forum on mental health issues in television history.

In 2006, Dr. McGraw received the prestigious Presidential Citation from the American Psychological Association, which noted that his work "has touched more Americans than any other living psychologist."

*Dr. Phil* ranked #1 or #2 in its genre for its entire run, earning 31 Emmy® nominations. Along with two Emmy wins for McGraw as Executive Producer, additional accolades include being inducted into the Broadcasting & Cable Hall of Fame in 2015 and awarded a star on the Hollywood Walk of Fame in 2020.

Before his television career, Dr. McGraw founded Courtroom Sciences, Inc. (CSI), a pioneering trial science firm specializing in forensic psychology. His work at CSI inspired the CBS primetime series *Bull*, which he co-created and executive produced. His additional EP television credits include *So Help Me Todd*, *DailyMailTV*, and *The Doctors*.

Dr. McGraw is also a #1 *New York Times* bestselling author of ten books, published in 39 languages with over 70 million copies in print.

--
Jerry J. Sharell

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0004543

424-0003