## Cash flow

**From:** DPM <​>
**To:** Randy Camp <​>; Phil McIntyre <​>; Ken Solomon <​>; BRIAN LIDJI <​>; Joel Cheatwood <​>
**Date:** Tue, 03 Sep 2024 04:33:10 +0000

We must make absolutely sure that no one at TBN is spending MSM money starting tomorrow. We must have that account set up where nobody signs but us. They are very apt to go in there first thing in the morning and try and write a $3+ million check to PBR. We cannot let that happen. It is a powerful leverage tool that I have by informing them that that payment is being defaulted on because they failed to meet their deadline to fund $25 million on September 1 and now on September 3. They need to figure out what to do.

We aren't paying it because we can't pay it. We have to get our money out of there.

Randi, please impress upon Jim Mittan and Mindy that as per their notification at the end of last week they are not authorized to issue checks on behalf of MSM without sign off by me or Joel. we will not approve that PBR payment. Obviously they have to be paid but I'm playing some 11th hour poker here. TBN needs to pay PBR and prepare to make payroll on the seventh unless they get this funding done.

Sent from my iPad so unchecked for errors

25-bk-80156
**TBN EXHIBIT**
**558**

CONFIDENTIAL

558-0001

MSM0023470