# Short Message Report



| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 5/15/2025 - 5/16/2025 |

## Outline of Conversations

💬 **CHAT - CB0000001 - 06924 - 2025/05/16** • 6 messages between 5/15/2025 - 5/16/2025 • Dr. Phil McGraw < Redacted | Phil McIntyre <¦ Redacted

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

## Messages in chronological order (times are shown in GMT -05:00)

---

💬   **CHAT - CB0000001 - 06924 - 2025/05/16**

DM   **Dr. Phil McGraw** | Redacted |                          5/15/2025, 8:16 PM
I can text but not talk. Whats up?

PM   **Phil McIntyre** | Redacted |                            5/15/2025, 8:19 PM
I had a call with Soo I wanted to walk you through.  Productive discussion,.  Probably better to discuss on phone so call when good for you.  We can catch up in morning.

DM   **Dr. Phil McGraw** | Redacted |                          5/15/2025, 8:59 PM
I spend a lot of time with Jamie he is having a ruff go. Better now. I did get to meet with jay for 3 hours 1 on 1. Covered a lot about Soo. Have a lof of Qs. Jay thinks it can be a good way to go. What did you learn? Anything new?

PM   **Phil McIntyre** | Redacted |                            5/15/2025, 9:44 PM
It will be more helpful to discuss on the phone when we speak. But here are a few notes

Background:

- Soo purchased the existing assets (TV stations, equipment, etc) from HPS (private equity group). As part of the deal HPS retained a certain % of stock but its controlled by Soo, leaving him fully in charge of the company. (Side not, I happen to have a really good relationship with someone senior at HPS).
- The holding company is called MediaCo.  It is a publicly traded company on Nasdaq (symbol MDIA). As discussed, I confirmed with Soo since the company is already public it would not prevent the sale of stock in the same way an IPO would.
-Currently Soo has a handful of stations across the country inside MediaCo.  I believe its around 6-10 markets currently. He mentioned Los Angeles, Dallas, and Chicago as standout markets.
-Soo mentioned that he has built and sold a similar company in the past several years.  He built a company called Media General that assembled 49+ stations and sold to Nextsar for 4.6B.

Deal:

-Soo proposed a crawl, walk, run strategy for a partnership over the next 3 months.
-He said he will need 60-90 days to complete the debt restructuring of the company that will allow him to complete the purchase of additional TV stations for national distribution and bring the growth capital into the business.  He doesn't want to bring the larger capital In till he has the additional TV stations to drive the valuation.  Im not clear on the source of growth capital, but it doesn't sound like that piece is in question in any way.
-Immediately he is willing to contribute facility, production, tech build out (John Perry is speaking with his team tomorrow fyi), as well as the reskinning of the APP that he demonstrated for us.
-Over the next 7 days he thinks he will be able to help us restructure our distribution with the TV stations.  As part of this he would like to evaluate what stations would make sense to roll in or be purchased.
-Soo would like to schedule a call for tomorrow with you and Brian to explore a structure for partnership.  He seems very flexible on what that could look like.  He discussed everything from content sharing, joint venture, Merit and / or McGraw rolling into MediaCo etc.

Other points:
-He is a massive fan of you, what you stand for, and the content you create.  He said that it was incredibly important to him that you talked about wanting to do more interactive / connected content with your audience.  He believes this is the future of content.
-STEVE HARVEY is very appealing to him for everything he is already doing through MediaCO.
-Local news is a major focus for him.
-He is VERY passionate about shaping the culture in the country in all the ways that align with your vision.

DM   **Dr. Phil McGraw** | Redacted |                          5/16/2025, 12:53 AM
Great info. I'll be in at 9:30.

DM   **Dr. Phil McGraw** | Redacted |                          5/16/2025, 11:53 AM
You see Deb McDermott is on his board via Media General. I believe she was your GM/ Station president at KRON.

I would ask him what his strategy is for the exit here in comparison to last time as last time he was starting with more traditional stations that fit into other traditional groups.

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

I would ask how mechanical the process of creating valuation is. By that does $2 of revenue and $1 of profit = $5 of valuation? Is there a multiple that's applied. If so what's the multiple? In the same breath mention that there is always an intangible and that's what you bring in spades.

You always say that in order to score touch downs you first need to locate the end zone. What's the goal here? In terms of a balance sheet and a website homepage if you will. How can you make sure that you contribute to getting everyone on the cal table to the end zone.

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0009210