# Short Message Report

EXHIBIT
**153**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 6/21/2025 |

## Outline of Conversations

💬 **CHAT - CB0000001 - 03108 - 2025/06/21** • 10 messages on 6/21/2025 • ChatGPT <Assistant> • Phil McIntyre < Redacted >

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

## Messages in chronological order (times are shown in GMT -05:00)

---

💬 **CHAT - CB0000001 - 03108 - 2025/06/21**

PM **Phil McIntyre** ⸤Redacted⸥                                      6/21/2025, 1:51 PM

I'm looking for a new company name for It can be a new, made up word, or inspired idea off the following prompts
Inspired words are:

Direct
Media
People's
Home
Spear
Network

CA **ChatGPT <Assistant>**                                           6/21/2025, 1:51 PM

Here are a range of name ideas—some newly coined, others inspired by your prompts ("Direct", "Media", "People's", "Home," "Spear," "Network"). They aim to evoke clarity, strength, and human connection, suitable for a media or communications company:

---

### ◈ **Coined / Made-Up Words**
These are invented but feel familiar, brandable, and evocative:

1. **Sperian** – Combines *Spear* + a Latin-sounding suffix, feels bold and trustworthy.
2. **Hometrik** – Suggests tech-forward comfort and human-centered design.
3. **Mediara** – Feels like a realm or domain of media.
4. **Dirava** – Inspired by *Direct* + *Avalanche* — a cascade of clear information.
5. **Netspire** – *Network* + *Inspire* — a name with uplifting connotation.
6. **Spearia** – The land or force of the spear—strong, decisive, and commanding.
7. **Peeplix** – Modern twist on "people," feels like a platform.
8. **Domexia** – Rooted in *domus* (Latin for home), mixed with digital edge.
9. **Omnispear** – "All-reaching spear," suggests clarity, reach, and strength.
10. **Nuvoca** – Soft, future-sounding, adaptable for any media mission.

---

### ◈ **Inspired by Real Words / Ideas**
These are rooted in your prompt terms but with a clean, modern twist:

1. **The People's Signal** – Powerful, populist, media-forward.
2. **Spearline Media** – Strong, sharp, direct.
3. **Homebase Network** – Feels grounded and accessible.
4. **Direct Thread** – Simple, clear, evokes truth and immediacy.
5. **Civic Home** – Suggests community, truth, and belonging.
6. **Spearpoint** – Sharp, decisive, memorable.
7. **Mediafront** – Like "warfront" or "forefront," places media on the front lines.
8. **Hearthline** – Warm, personal, and powerful; ties home and broadcast.
9. **Directfolk** – Ground-level, people-first storytelling.
10. **Clearpath Media** – Transparent, truthful, and forward-moving.

---

Would you like options with a more **military**, **journalistic**, or **tech** feel? I can also test available domains for these.

PM **Phil McIntyre** ⸤Redacted⸥                                      6/21/2025, 1:51 PM

Yes

CA **ChatGPT <Assistant>**                                           6/21/2025, 1:51 PM

Great — here are **three expanded sets** of name ideas based on **military**, **journalistic**, and **tech** themes, all still inspired by your original prompts (*Direct, Media, People's, Home, Spear, Network*).

---

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

MCINTYRE-PETESKI0007670

## ⚓ MILITARY-INSPIRED NAMES
*Strong, strategic, decisive — conveying precision and force.*

1. **Spearbase** – Like a military forward base, but for information.
2. **Command Signal** – Authority and clarity in communications.
3. **Taskforce Media** – Organized, agile, and mission-driven.
4. **Vectorline** – A nod to directionality and targeting.
5. **Echo Network** – Simple, coded, and broadcast-relevant.
6. **Redoubt** – A fortified stronghold; short, strong, memorable.
7. **OPCOM (Operational Communications)** – Techy and commanding.
8. **StrikePoint** – Where action meets intent; direct and sharp.
9. **Point Zero Media** – Evokes initiation, precision, and ground truth.
10. **SaberNet** – Fast, sharp, and widely connected.

---

## 📰 JOURNALISTIC-INSPIRED NAMES
*Truth, public service, storytelling — with modern or legacy vibes.*

1. **The People's Wire** – Old-school wire service meets populist voice.
2. **Fieldpost** – Evokes frontline reporting and military mail alike.
3. **Signal Watch** – Implies vigilance and clear transmission.
4. **Clear Dispatch** – Suggests objective, real-time journalism.
5. **Truthline** – A direct pipeline to facts.
6. **Homebeat** – Your neighborhood's story, nationally amplified.
7. **Sourcefront** – Credibility meets action.
8. **The Commons Network** – Inclusive, populist, intelligent.
9. **Eyeline Media** – Where the public is looking.
10. **The Spear Report** – Direct, piercing coverage.

---

## 💻 TECH-INSPIRED NAMES
*Sleek, scalable, innovation-focused — fits digital-first networks.*

1. **Nexova** – "Next" + nova (new star); sleek and futuristic.
2. **Spearnet** – Blunt and brandable.
3. **HomeSync** – Connecting users and content through shared experience.
4. **Dirmesh** – *Direct* + *mesh network*; resilient and modern.
5. **Peepl.ai** – Human-centered with tech flavor.
6. **Civicly** – Evokes responsible, people-first media tech.
7. **Netkind** – Tech that centers humanity.
8. **Omnidata** – All-encompassing, accessible information.
9. **Pulseframe** – Captures the moment; dynamic and digital.
10. **Spearbit** – Fast, precise, data-native.

---

Would you like a shortlist of the **strongest names across categories**, or to test for **domain availability**, trademarks, or resonance in a specific audience?

| PM | **Phil McIntyre** ⟨ Redacted ⟩ | 6/21/2025, 1:53 PM |
|---|---|---|

Play with using envoy

| CA | **ChatGPT <Assistant>** | 6/21/2025, 1:53 PM |
|---|---|---|

Excellent choice — **"Envoy"** is a powerful word. It conveys diplomacy, mission, representation, and communication — making it a great root for a media or network company. Below are brand name ideas that incorporate or are inspired by **Envoy**, organized by style:

---

## ◈ STRONG & SIMPLE
*Clean, brand-ready names built around "Envoy."*

1. **Envoy** – Bold and minimalist. If available, this alone is elite.
2. **The Envoy** – Adds journalistic tone, like *The Intercept*.
3. **Envoy Media** – Direct and professional.

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

4. **Envoy Network** – Broad and scalable.
5. **Envoy Direct** – Precision and clarity.
6. **Envoy Signal** – Great for a communications-forward platform.
7. **Envoyline** – A digital conduit for messages and reporting.
8. **TrueEnvoy** – Signals authenticity and mission.
9. **Civic Envoy** – Grounded in people-first principles.
10. **Envoy Report** – Ideal for investigative or citizen journalism focus.

---

## ◈ MODERN & TECH-LEANING
*Sleek, platform-sounding names with futuristic potential.*

1. **Envoyr** – A modernized spelling (pronounced: "Envoyer").
2. **Envoi** – French spelling; artsy and intellectual.
3. **Envoya** – Evokes motion, femininity, or a unique app.
4. **EnvoyIQ** – Suggests intelligence, analytics, and smart media.
5. **NovaEnvoy** – A rising star messenger.
6. **EnvoyGrid** – Feels like infrastructure, resilient and scalable.
7. **EnvoyX** – Mysterious, next-gen.
8. **EnvoyHub** – A central node for distribution.
9. **EnvoyLink** – Communications and community.
10. **Envoycast** – Implies audio/video media platform.

---

## ◈ MILITARY / DIPLOMATIC EDGE
*Mission-driven, high-trust, and assertive.*

1. **Forward Envoy** – First in, last out. Decisive messaging.
2. **SpearEnvoy** – A blend of sharp force and representation.
3. **Envoy Command** – Leadership and control.
4. **Echo Envoy** – Covert and broadcast-inspired.
5. **The Last Envoy** – High-stakes, legacy messaging.
6. **Envoy Sentinel** – Watchful, active, protective.
7. **Envoy Force** – Aggressive truth and action.
8. **Envoy Unit** – Feels agile and coordinated.
9. **Black Envoy** – Sleek and cinematic.
10. **Envoy Ops** – Great for a mission-focused brand.

---

Would you like me to:
- Prioritize names with **available .com domains**?
- Focus more on **populist/citizen journalism** vs. **elite media tone**?
- Explore **logo concepts or taglines** for your favorites?

Let me know your vibe — minimalist, punchy, populist, or prestige — and I'll tailor the next batch.

---

PM  **Phil McIntyre** | Redacted |                                    6/21/2025, 1:54 PM
People's envoy

CA  **ChatGPT <Assistant>**                                         6/21/2025, 1:54 PM
**People's Envoy** is a strong and evocative name — it blends **grassroots empowerment** with a sense of **mission and representation**. It suggests a trusted messenger of the people, standing in contrast to institutional or elite media.

Here are some ways you could position or extend **People's Envoy** — along with optional taglines, slight name variants, and branding angles:

---

### ☑️ **Name: People's Envoy**
**Tone:** Citizen-powered. Decisive. Journalistic.
**Positioning Statement:**
*A platform for truth, accountability, and the voices that matter most — the people's.*

**Tagline Options:**
- "The Voice. The Mission. The People."

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

- "Direct from the People. For the People."
- "Truth Delivered. Power Reclaimed."
- "No Filters. Just Facts."
- "Citizen Signal. Global Impact."

**Use Cases:**
- Citizen journalism network
- Decentralized reporting platform
- Populist media brand (video, podcast, or written)
- Public affairs coverage with a human-first lens

---

### 🔁 **Slight Variations & Extensions**
If you want flexibility in tone or domain availability:

1. **The People's Envoy** – A bit more formal, similar to *The Intercept*.
2. **PeoplesEnvoy.com** – Compact for a website, likely more domain-available.
3. **Envoy of the People** – Elevated, with a poetic edge.
4. **Public Envoy** – Government-sounding, high-trust.
5. **Civic Envoy** – Slightly more institutional, civic-minded.
6. **People's Envoy Network** – If you're building a broader platform or OTT/media hub.
7. **Envoy Media by the People** – For a production or branded content angle.

---

Would you like me to:
- Check domain availability for **PeoplesEnvoy.com** and variants?
- Draft a **launch messaging deck** (mission, values, positioning)?
- Brainstorm **show formats** or **content series** under this brand?

Let me know how far you'd like to build this out.

| PM | **Phil McIntyre** [Redacted] | | 6/21/2025, 1:54 PM |
| Yes |

| CA | **ChatGPT <Assistant>** | 6/21/2025, 1:54 PM |

Here's your tailored next step on **People's Envoy** domain availability:

---

## 🌐 Domain Availability Check

I didn't find a definitive result online for **PeoplesEnvoy.com**. This often means you'll need to check directly via a registrar like GoDaddy, Namecheap, or Google Domains ⬚cite⬚turn0search6⬚turn0search10⬚. Here's how you can proceed:

1. Head to your preferred registrar (e.g. GoDaddy).
2. Enter `PeoplesEnvoy.com` (or variants like `PeoplesEnvoy.net`, `.org`, `.co`).
3. The checker will show "Available," "Taken," or "Premium."
   - **If available**, you can register immediately (typical cost: $10–20/year) ⬚cite⬚turn0search0⬚turn0search12⬚.
   - **If taken**, you can:
     - Try alternate TLDs (.net, .io, .media, etc.)
     - Contact the current domain owner (if registered)
     - Set up a backorder to acquire it if it expires ⬚cite⬚turn0search10⬚turn0search12⬚.

---

## 🕐 Suggested Domain Action Plan

| Step | Action |
|--|--|
| 1 | Check **PeoplesEnvoy.com** availability on registrar. |
| 2 | If taken, try variants: **PeoplesEnvoy.net**, **PeoplesEnvoy.org**, **PeoplesEnvoy.media**, **PeoplesEnvoy.co**, **PeoplesEnvoy.io**. |
| 3 | If all taken, consider tweaks: |
|   | - **ThePeoplesEnvoy.com** |
|   | - **Peoples-Envoy.com** |

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

MCINTYRE-PETESKI0007673

- **EnvoyOfThePeople.com** |
| 4 | Secure matching social handles (e.g. @PeoplesEnvoy) to keep brand consistency. |

---

## 🔍 Want Me to Do Any of This?

I can:
- **Run registrar queries** (GoDaddy/Namecheap) to see exact availability and pricing.
- Provide **domain + social handle availability spreadsheets** for your shortlist.
- Help you **plan next brand assets**: logo concepts, taglines, or content series ideas for People's Envoy.

Just say the word, and I'll pull the specific data for you!

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

MCINTYRE-PETESKI0007674