**EXHIBIT**
**181**

Message

| | |
|---|---|
| **From:** | Phil McIntyre ██████████████ |
| on behalf of | Phil McIntyre ██████████████ |
| **Sent:** | 6/27/2025 3:40:38 PM |
| **To:** | Dr Phil McGraw ⸤ Redacted ⸥ |
| **Subject:** | Fwd: MeritTV – Dallas Operations Overview (In Progress) |

FYI

Begin forwarded message:

> **From:** Albert Rodriguez ███████████████████
> **Date:** June 27, 2025 at 3:32:09 PM CDT
> **To:** Phil McIntyre ██████████████████████, skim█████████████
> **Cc:** Ivan Stoilkovich <████████████████████████>, Debra DeFelice
> ████████████████████████, Rene Santaella ████████████████████,
> Michelle Lee <michelle.lee@mediacoholding.com>, "Chatham, Christopher"
> <CChatham@manatt.com>, John Perry ████████████████████, Ken Solomon
> ████████████████
> **Subject: Re: MeritTV – Dallas Operations Overview (In Progress)**
>
> Phil
>
> Agreed.   We are currently on the LOI and should have a draft by Monday
>
>
> **Albert Rodriguez**
> CEO,  President
> MediaCo



> **From:** Phil McIntyre ████████████████████████████
> **Sent:** Friday, June 27, 2025 2:24 PM
> **To:** skim█████████████████████████>
> **Cc:** Ivan Stoilkovich ██████████████████████; Albert Rodriguez
> ████████████████████████; Debra DeFelice

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006681

██████████████████████; Rene Santaella ████████████████████████████;
Michelle Lee████████████████████████; Chatham, Christopher
<CChatham@manatt.com>; John Perry ████████████████████; Ken Solomon
████████████████████████

**Subject:** Re: MeritTV – Dallas Operations Overview (In Progress)

Some people who received this message don't often get email from
pm@cedarelmconsulting.com. **Learn why this is important**

CAUTION - EXTERNAL EMAIL - Please verify sender before opening attachments or links and never share your
password.

Hi Soo & Team -

I have added a few team members to this email thread. I have compiled our comments / thoughts
to most of the points below.  I have made an attempt to assign ownership based on previous
conversations but would welcome to opportunity to go through this in more detail in case I'm
missing something or have the wrong assumption.

Soo - I will call you to discuss.  It would be helpful to get feedback on the questions you had
outlined below to your team (Distribution, accounting, Sales).

Albert - Per our conversation you are working on an agreement between Newco and
MediaCo.  Chris Chatham and Ken Solomon on copy will be your point of contact on that
agreement.  I hope the below is helpful in constructing the working agreement.  Per our
conversation, MediaCo sales team should be engaged immediately in the sales / monetization
effort.

Thanks,

PM

> On Jun 26, 2025, at 3:57 PM, Soo Kim ████████████████wrote:
>
> Ivan, this is the complete PRODUCTION list, the final wish list for a steady state business.
>
> **Phil, could you look at this and highlight for us what you need in 2 weeks and what we
> are doing on day 1 together?**
>
> Then lets figure out where we need to be in the next 90 days, and what we will be doing
> then?
>
> I feel like a lot of things on this list is for a full production 24 hour TV network that we
> may not have on day 1 much less day 90.
>
> Lets divide this into CRAWL – WALK – RUN or day 0 (two Mondays)/ day 90/ day 360
>
> **Also Phil I think in addition to PRODUCTION above...**
>
> we take over DISTRIBUTION (Ivan/Rene can we put them on our Digital subnets on Day
> 0)?

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006682

And ACCOUNTING on Day 0?  (Debra are we ready?)

And SALES? (Albert/Rene do we have a plan?)

We talked about APP DEVELOPMENT and that is being done by Jon Lin.

---

**From:** Ivan Stoilkovich ███████████
**Sent:** Thursday, June 26, 2025 2:23 AM
**To:** Soo Kim █████████████████████; Albert Rodriguez
███████████████████████████; Rene Santaella
███████████████████████; Debra DeFelice
███████████████████

**Subject:** [EXTERNAL] MeritTV – Dallas Operations Overview (In Progress)

Hi,

The following is a current summary of MeritTV's operational requirements in Dallas. Much of the information to date has been communicated verbally and is changing as plans evolve. Included below is a breakdown of the current understanding of requirements, along with a summary of what we can support today and what will require additional investment.

Will send updates as we get more information, thanks.

## I. Summary of Current MeritTV Operations

### Facilities

- Two studio stages
- Two control rooms
- Shading room
- Satellite coordination room
- Two HIT studios
- Office space for ~100 staff (Dr. Phil + News) – space planning and tenant improvements required
- Edit infrastructure
- On-site parking
- Helicopter pad (assessment required)

### Managed Services

- **Master Control:** Playout, ad delivery, satellite output
  - 1 Main Channel + 1 Digital Channel (some content differentiation)
- **IT & Engineering:** Production and broadcast support

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

- ### Traffic & Production Support

### Dr. Phil Production

- **Current Schedule:** Two shows/week (Mon–Wed), subject to change
- **Monday:** HIT Studios (2 stages); single-camera setup, remote capabilities, 4 audio feeds
- **Tues/Wed:** Full production days; 7-camera setup, 16-person control room, up to 10 guests, and 265 audience members (audience size may vary)

### News Production

- **Broadcast Hours:**
  - Morning: 2.5 hours/day (Mon–Fri)
  - Evening: 2 hours/day (Mon–Fri)
- **Studio Setup:** Four-camera studio with dedicated control room
- **Software:** Octopus (potential migration to iNews TBD)

### Live Sports (Boxing & Fishing)

- **Team Combat League:** Currently ongoing
- **Broadcast Schedule:**
  - Boxing: Fri–Sun
  - Fishing: Sat–Sun

### Live Town Halls

- Frequency: 1–2 times/month (schedule TBD)

---

## II. Capabilities & Areas Requiring Investment

### Facilities

- **Studios:**
  - Existing sound stage and adjacent warehouse could fulfill the two-stage requirement.
  - Warehouse and Existing set needs to be cleared and repurposed; initial strike/relocation cost estimated at $20K–$25K.
  - Conversion to a functional stage will require new power distribution, lighting grid, soundproofing, and connectivity. *Cost TBD.*

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006684

**Media Co will handle these issues / costs.  We would like to confirm air conditioning is functioning in the studio as well?**

- **Control Rooms (significant investment required):**
  o   One partially built control room exists; however, its equipment was moved to Burbank and no longer meets technical requirements.
  o   A second control room must be built from the ground up per new spec sheet (pending from MeritTV).
  o   Short-term solution: Rental of two broadcast trucks (initial bid: $285,000/month, forwarded to MeritTV). Additional vendor quotes are pending.

*Newco will work with Media Co to find temporary solutions for broadcast / playout need starting for "day 0".  Focused on utilizing the KRCA Burbank studio and control room.  MediaCo will handle the streaming requirements to Burbank.  Primary distribution Day 0 will be for FAST and Digital platforms.  90 Day expectation will be additional FAST, .2 channels, App, etc.  Longer term will be additional linear / FAST broadcast channels.*

*MediaCo provide 2 control rooms, cloud based, and the ancillary hardware required on premise.  Cloud solutions to date have not solved for the need for graphics.  Working solution will be to rent a graphics machine (XPRESSION) Aprox 40k.  It is also expected that an EVS system will be required (rental solution should be available while cloud solution sorted). Need production and broadcast systems support and engineering*

- **Shading Room, Satellite Coordination Room, HIT Studios:**
  o   Existing space identified in the current facility; can be outfitted to MeritTV specifications.

**Newco will need a news agency feed, cost of feed will be covered by Newco**

- **Office Space:**
  o   Space to accommodate ~100 staff is available. Space planning and modifications will be required. *Cost TBD.*

*Newco will cover the cost for any modifications / improvements to office.  We just request permission to be able to make changes to customize certain work areas.  Expected staff number is aprox 60 - 80 (to account for future growth)*

CONFIDENTIAL pursuant to the Court's Protective Order entered in                                    PETESKI0006685
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

- **Post Infrastructure / Parking / Helicopter Pad:**
  - o   Infrastructure and parking needs can be met.
  - o   Helicopter pad viability needs to be performed by MeritTV.

*Newco does not need a helicopter pad.  Just approval to land in parking lot.  Newco will handle FAA approvals.*

**Master Control / Channel Setup**

- **Capabilities:**
  - o   Current tech stack can support both Main and Digital channel playout, ad delivery, and satellite uplink.
  - o   May require additional operators.

*Media Co to cover this need*

- **Traffic System (WideOrbit):**
  - o   New property being created; clean history and isolated inventory structure preferred and is in progress.
  - o   Inactive property will be reused via license swap to avoid cost.
- **Streaming Property:**
  - o   Potential reuse of inactive ECNE license (no additional cost).
  - o   Dealmaker limitations identified – MeritTV to explore with Dealmaker.

*MediaCo needs to initiate ECNE license*

- **Programming Needs:**
  - o   MeritTV desires more robust programming support.
  - o   We have a WideOrbit programming module license; training setup cost estimated at $10K–$15K.

*Newco to initiate.*

**IT & Engineering**

- **Network Connectivity:**

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006686

- o      Requirement: 2 x 10Gb circuits (via Crown Castle).
  - o   Discussions in progress; 3–4 week install timeline (pending site survey).
  - o   MeritTV to contract directly for circuit and firewall services.

*Newco will cover this cost.  David can proceed with Crown Castle proposal.*

- **Email / Microsoft Tenant:**
  - o      New Microsoft tenant has been created.
  - o   Domain migration planned; no legacy data to transfer.
  - o   Awaiting user list, Groups, Teams, and SharePoint details.

    Need to determine price and bill to MeritTV.

*Newco will need to transfer data from legacy. MediaCo and Newco should work together to solve and Newco will cover cost.*

- **Hardware Procurement:**
  - o      MeritTV requested bids for:
    - ▪      50 x 14" MacBook Pro M4s
    - ▪   50 x 14" HP EliteBooks
  - o      Initial quote received: $189,000. Additional quotes pending.

*Newco will continue to work through best solution and cover these costs.*

**Production Support: Dr. Phil & News**

- Two sound stages and two control rooms required.
  - o      Short-term: Broadcast truck rental at $285,000/month.
  - o   Long-term: Permanent control room buildout. *Cost TBD.*

*Newco "Day 0" need is 3 operational (described below) HIT studios, currently the radio broadcast/control rooms.*

*Newco does not need a broadcast truck.  A workaround solution has been explored with MediaCo utilizing Burbank while cloud solution is built.*

- HIT Studios setup requested with the following specs:

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006687

- Single/dual camera setups, remote capability, LED background displays, 4 video sources, and 4 audio feeds.
  - In-progress: Cost estimate + bid for 10 x Sony FR7 cameras (~$120,000).

*Please add Teleprompter, and return monitor.  Background does not need to be LED, display monitors will work.*

*MediaCo to cover.*

**Live Sports (Boxing & Fishing)**

- Potential to route live sports feeds through KRCA (Burbank) using existing control/audio rooms.
  - Will require clearing and modifying small stage space.

*Good with this solution.*

**Post-Production & Technology**

- **Edit Workstations:**
  - MeritTV needs 15 edit bays.
  - 2 units available for immediate transfer from LA; remainder would cost ~$150K–$200K.

*MediaCo to provide existing edit bay facilities that are wired along with any available equipment to assist in building out the rooms. Need ingest capabilities for file-based and streaming media, and 10gb network (arranged by Newco)*

*Additional Editing equipment (for remote editing) that is needed will be Newco responsibility.*

- **Post Infrastructure:**
  - 100TB AVID Nexis server and 4-channel AVID Airspeed playback/capture available on-site. Merit requires at least 500TB of Nexis storage and 20 channels of ingest / playback.
  - NAS storage can be expanded to 540TB in 1–2 weeks. Estimated cost: $30,000.

*Initially Newco will utilize the 100TB, when capacity is reached Newco will cover the cost of expanding.*

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006688

- **MAM System:**
  - Current system (Curator) needs replacement.
  - MeritTV evaluating Redesign proposal for ~~Iconik~~ **Strawberry** MAM with 20 ingest/playback channels.
  - Estimated cost: $60,000/month.

*Newco will work on a more efficient solution.*

## OTHER:

*NEWS ROOM ENVIRONMENT:*

*Immediate need: Riedel communications between Burbank and Irving, multi-view feed from Burbank to Irving, cable/IPTV of news competitor monitoring*

*Main studio needs:*
*LED walls, Cameras, lights, flooring*
*etc*
*Basics of a studio*
*Anything above and beyond that is Newco responsibility*

*All content moving forward will have an interactive layer.  Anywhere this can be supported will be helpful (touch screen monitor, social media feeds, etc).*

IVAN STOILKOVICH
EVP Programming + Production | Estrella MediaCo



The material in this e-mail may not be reproduced, copied or altered in any way and it may not be forwarded or provided to any other party. This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that you have received this message in error and any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Standard General L.P. or any affiliate thereof. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

CONFIDENTIAL pursuant to the Court's Protective Order entered in
In re: MERIT STREET MEDIA, INC., Chapter 11, Case No. 25-80156 (SWE),
In the United States Bankruptcy Court for the Northern District of Texas Dallas Division

PETESKI0006690