Carl C. Butzer (TX Bar No. 03545900)
Christopher Bankler (TX Bar No. 24066754)
Vienna F. Anaya (TX Bar No. 24091225)
William T. Farmer (TX Bar No. 24127156)
**Jackson Walker LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6047
Email: cbutzer@jw.com
Email: vanaya@jw.com
Email: wfarmer@jw.com

Charles L. Babcock (TX Bar No. 01479500)
Bruce J. Ruzinsky (TX Bar No. 17439425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Emily Meraia (TX Bar No. 24129307)
**Jackson Walker LLP**
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: bruzinsky@jw.com
Email: cbabcock@jw.com
Email: mcavenaugh@jw.com
Email: emeraia@jw.com

*Counsel for Peteski Productions, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE)<br><br>**Re: Docket Nos. 11, 35, 100 & 151** |

**PETESKI PRODUCTION, INC'S SECOND
AMENDED EXHIBIT LIST FOR HEARING SCHEDULED FOR
SEPTEMBER 16, 2025, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

Peteski Production, Inc. ("Peteski") files this Second Amended Exhibit List for the hearing

to be held on **September 16, 2025, at 9:30 a.m. (prevailing Central Time)** (the "Hearing").

**EXHIBITS**

Peteski may introduce the following exhibits at the Hearing:

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Special Advisor to Chairman Services Agreement | 2/10/2022 | PETESKI0006228 | | | | | | |
| 2. | Text string between McIntyre and Crouch | 12/31/2022 | MCINTYRE-PETESKI0009465 | | | | | | |
| 3. | Text string between McIntyre and Crouch | 1/5/2023 | MCINTYRE-PETESKI0009467 | | | | | | |
| 4. | Joint Venture Agreement (Binding Letter of Intent) | 1/10/2023 | PETESKI0001171 | | | | | | |
| 5. | Text string between McIntyre and Crouch | 1/11/2023 | MCINTYRE-PETESKI0009463 | | | | | | |
| 6. | Text string between McIntyre and Crouch | 1/11/2023 | MCINTYRE-PETESKI0009469 | | | | | | |
| 7. | Email from Casoria to Mittan (Dr Phil - LOI - fully executed) | 1/9/2024 | TBN0007713 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Voting Agreement | 3/5/2024 | MSM0001681 | | | | | | |
| 9. | Common Stock Purchase Agreement | 3/5/2024 | MSM0001815 | | | | | | |
| 10. | Common Stock Purchase Agreement | 3/5/2024 | TBN0010337 | | | | | | |
| 11. | Action by Written Consent of the Stockholders of APG Ventures, Inc. | 3/5/2024 | Docket No. 100-3 | | | | | | |
| 12. | Bylaws of APG Ventures, Inc. | 3/5/2024 | PETESKI0004973 | | | | | | |
| 13. | Action of Sole Incorporator of APG Ventures, Inc. | 3/5/2024 | TBN0010328 | | | | | | |
| 14. | APG Ventures, Inc., State of Delaware Certificate of Incorporation | 3/7/2024 | MSM0002537 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Certificate of Amendment to Certificate of Incorporation of APG Ventures, Inc. | 3/7/2024 | TBN0003066 | | | | | | |
| 16. | Restricted Stock Purchase Agreement | 3/8/2024 | TBN0011922 | | | | | | |
| 17. | Email from Casoria to Crouch (FW: Cash update - April 1 2024) | 4/2/2024 | TBN0022876 | | | | | | |
| 18. | Email from Mittan to Crouch (TBN investment into Merit Street - through April 2024) | 6/7/2024 | TBN0011655 | | | | | | |
| 19. | Email from Mittan to Crouch (Merit Street financing - talking points) | 6/11/2024 | TBN0005534 | | | | | | |
| 20. | Email from Mittan to Crouch (Cashflow forecast - summary as of June 14 2024) | 6/14/2024 | TBN0013910 | | | | | | |
| 21. | Email from Mittan to Mittan (Fwd: Exciting times!) | 6/30/2024 | TBN0013132 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Email from Mittan to Crouch (Re: Dr Phil $5m pmt due) | 7/1/2024 | TBN0006148 | | | | | | |
| 23. | Email from May to Crouch (Cash Forecast update) | 7/8/2024 | TBN0023641 | | | | | | |
| 24. | Email from McGraw to Crouch (Re: Summary of meeting 7-1-2024) | 7/8/2024 | TBN0024209 | | | | | | |
| 25. | Email from Amedia to Crouch (FW: MSM) | 8/2/2024 | TBN0015767 | | | | | | |
| 26. | Email from May to Crouch (Re: FYI - Dr P - confidential) | 8/4/2024 | TBN0000194 | | | | | | |
| 27. | Email from Amedia to Crouch (FYI - Dr P - confidential) | 8/4/2024 | TBN0023587 | | | | | | |
| 28. | Email from Amedia to Crouch (FW: MSM -- lets get it done) | 8/5/2024 | TBN0015762 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Email from McGraw to Crouch (Fwd: MSM structure) | 8/6/2024 | TBN0015746 | | | | | | |
| 30. | Email from Amedia to Crouch (Fwd: MSM -- lets get it done - ACT II) | 8/6/2024 | TBN0015749 | | | | | | |
| 31. | Image of Check No. 2826, in the amount of $7,000.02 | 8/8/2024 | PETESKI0009471 | | | | | | |
| 32. | Merit Street Media Stock Confirmation | 8/8/2024 | Docket No. 197-4 | | | | | | |
| 33. | Unanimous Written Consent of the Board of Directors of Merit Street Media, Inc. | 8/8/2024 | MSM0001776 | | | | | | |
| 34. | Email from McGraw to Amedia (Checking In) | 8/8/2024 | PETESKI0001239 | | | | | | |
| 35. | Stock Certificate Issued to Peteski | 8/8/2024 | PETESKI0009472 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Email from Casoria to Mittan (FW: Transfer of Stock) | 8/8/2024 | TBN0006236 | | | | | | |
| 37. | Email from Casoria to Mittan (Re: Stock Transfer Document) | 8/8/2024 | TBN0024112 | | | | | | |
| 38. | Email from Amedia to Crouch (FW: Transfer of Stock) | 8/8/2024 | TBN0024116 | | | | | | |
| 39. | Email from McGraw to Amedia (RE: Checking In) | 8/9/2024 | PETESKI0004367 | | | | | | |
| 40. | Email from Casoria to Crouch (FW: Merit changes) | 8/9/2024 | TBN0024051 | | | | | | |
| 41. | Email from Mittan to Amedia (Merit - Plex information) | 8/9/2024 | TBN0012922 | | | | | | |
| 42. | Email from Hall to Haley (Re: Merit changes) | 8/10/2024 | TBN0006252 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| **43.** | Email from Casoria to Crouch (Fwd: incase you have not seen this.) | 8/11/2024 | TBN0015069 | | | | | | |
| **44.** | Email from Amedia to May (FW: Checking In) | 8/11/2024 | TBN0024029 | | | | | | |
| **45.** | Email from Amedia to Mittan (RE: Merit changes) | 8/19/2024 | TBN0013410 | | | | | | |
| **46.** | Email from Mittan to Pearson (RE: T5G, APG and TBN) | 8/21/2024 | TBN0007305 | | | | | | |
| **47.** | Email from Amedia to Sessions (FW: Following up: TBN & MSM) | 8/22/2024 | TBN0000665 | | | | | | |
| **48.** | Email from McGraw to Amedia (Re: Meeting) | 8/25/2024 | TBN0015713 | | | | | | |
| **49.** | Email from Amedia to Crouch (FW: Next Steps - Merit Street) | 8/26/2024 | TBN0023957 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 50. | MSM Financials (Expanded) as of July 2024 | 8/28/2024 | TBN0007847 | | | | | | |
| 51. | Email from Mittan to Casoria (FW: CrossSeed Convertible Debt - MSM) | 9/6/2024 | TBN0013953 | | | | | | |
| 52. | Unanimous Written Consent of the Board of Directors of Merit Street Media, Inc. | 9/7/2024 | MSM0001779 | | | | | | |
| 53. | Email from Mittan to Amedia (RE: MSM Funding) | 9/7/2024 | TBN0000600 | | | | | | |
| 54. | Email from Amedia to Mittan (RE: MSM Funding) | 9/7/2024 | TBN0023340 | | | | | | |
| 55. | CrossSeed Convertible Promissory Note | 9/9/2024 | MSM0002464 | | | | | | |
| 56. | Email from Amedia to Mittan (RE: MSM OK to Pay) | 9/10/2024 | TBN0000571 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 57. | Email from Morgan to Mittan (FW: Cash Requirements for 09.17.24) | 9/17/2024 | TBN0013824 | | | | | | |
| 58. | Email from McGraw to Amedia (Checklist: Frank so I'm not all of this is dictated using Word recognition software so if anything reads really weird I blame it on that! This is meant for your eyes only. Period.) | 9/20/2024 | PETESKI0001192 | | | | | | |
| 59. | Email from Amedia to McGraw (RE: Merit Street - PBR Agreement) | 9/21/2024 | TBN0023336 | | | | | | |
| 60. | Email from McGraw to Amedia (Response) | 11/18/2024 | PETESKI0001281 | | | | | | |
| 61. | Email from Mittan to Amedia (Merit Street Lease) | 11/20/2024 | TBN0022554 | | | | | | |
| 62. | Email from Amedia to McGraw (TERMS) | 12/1/2024 | PETESKI0001275 | | | | | | |
| 63. | Email from McGraw to Amedia (Document) | 12/3/2024 | PETESKI0001274 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 64. | December 2024 Term Sheet | 12/9/2024 | TBN0010260 | | | | | | |
| 65. | Email from Crouch to Amedia (Re: Merit Street and other entities) | 12/14/2024 | TBN0015652 | | | | | | |
| 66. | Email from May to Casoria (FW: Merit Street Follow-up Call) | 1/22/2025 | TBN0009029 | | | | | | |
| 67. | Email from Mittan to Casoria (FW: MSM Loan Summary and Detail) | 2/21/2025 | TBN0005796 | | | | | | |
| 68. | Email from Amedia to Lidji (RE: MSM Litigation) | 2/20/2025 | TBN0022841 | | | | | | |
| 69. | Email from Amedia to Lidji (RE: MSM Litigation) | 2/21/2025 | PETESKI0009327 | | | | | | |
| 70. | Email from Amedia to Casoria (Fwd: MSM Issues and TBN Responses) | 2/21/2025 | TBN0022869 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Email from Casoria to Lidji (Re: MSM Issues--Delaware/Texas Filing) | 2/21/2025 | PETESKI0009338 | | | | | | |
| 72. | Email from Lidji to Casoria (Casoria Request) | 2/22/2025 | PETESKI0009286 | | | | | | |
| 73. | Email from Lidji to Casoria (Re: Casoria Request) | 2/22/2025 | PETESKI0009329 | | | | | | |
| 74. | Email from Casoria to Lidji (Merit Street - Joint Written Consent) | 2/22/2025 | PETESKI0009308 | | | | | | |
| 75. | Email from Casoria to Lidji (RE: Merit Street - Joint Written Consent) | 2/22/2025 | TBN0002878 | | | | | | |
| 76. | Merit Street Media, Inc. Joint Written Consent of the Board of Directors and Stockholders in Lieu of a Special Meeting | 2/20/2025 | TBN0002879 | | | | | | |
| 77. | Texas Certificate of Formation | 2/24/2025 | N/A | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 78. | Email from Lidji to McGraw (MSM out of Delaware) | 2/24/2025 | PETESKI0009258 | | | | | | |
| 79. | Borrower's Consent to Assignment | 3/5/2025 | PETESKI0004931 | | | | | | |
| 80. | MSM Note Payable as of Dec 2024 | 4/14/2025 | TBN0025925 | | | | | | |
| 81. | Email from Flint to Morgan (RE: CONFIDENTIAL – NOT FOR DISTRIBUTION - RE: 2024 Audit Open questions- mostly related to TBT and entities) | 4/22/2025 | TBN0010556 | | | | | | |
| 82. | Email from Solomon to Crouch (Re: Timely Request Follow-up) | 4/26/2025 | TBN0017223 | | | | | | |
| 83. | Email from Amedia to Crouch (FW: MSM) | 4/27/2025 | TBN0023247 | | | | | | |
| 84. | Email from Flint to Kohout (FW: MSM) | 4/28/2025 | TBN0015095 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 85. | Email from Morgan to Amedia (FW: MSM) | 4/28/2025 | TBN0015133 | | | | | | |
| 86. | Text string between McGraw and Crouch | 5/5/2025 | PETESKI0002006 | | | | | | |
| 87. | Written Consent of the Special Committee of the Board of Directors | 6/30/2025 | MSM0000544 | | | | | | |
| 88. | Hearing Transcript | 7/3/2025 | Docket No. 197-1 | | | | | | |
| 89. | Email from Deason to Crouch (Fwd: Dr, Phil v. TBN Litigation News Summary) | 7/4/2025 | TBN0015378 | | | | | | |
| 90. | Hearing Transcript | 7/22/2025 | N/A | | | | | | |
| 91. | Affiliation Agreement | 8/1/2025 | PETESKI0006206 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 92. | Debtor's Schedules | 8/5/2025 | Docket No. 162 | | | | | | |
| 93. | Hearing Transcript | 8/8/2025 | N/A | | | | | | |
| 94. | Hearing Transcript | 8/14/2025 | N/A | | | | | | |
| 95. | Hearing Transcript | 8/15/2025 | N/A | | | | | | |
| 96. | Trinity's Responses to Peteski's First Set of Interrogatories | 8/18/2025 | N/A | | | | | | |
| 97. | Notice of Issuance of Subpoena on ELN Investigations to Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) | 8/18/2025 | Docket No. 260 | | | | | | |
| 98. | Hearing Transcript (Two Parts) | 8/19/2025 | N/A | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Hearing Transcript | 8/25/2025 | N/A | | | | | | |
| 100. | Hearing Transcript | 8/28/2025 | N/A | | | | | | |
| 101. | Images of Private Investigator | 8/13/2025 | PETESKI0003130 | | | | | | |
| 102. | IMDB Cover for Dr. Phil Primetime | 8/22/2025 | PubRecord0000001 | | | | | | |
| 103. | IMDB - Dr. Phil Primetime Season 1 | 8/22/2025 | PubRecord0000005 | | | | | | |
| 104. | IMDB - Dr. Phil Primetime Season 2 | 8/22/2025 | PubRecord0000430 | | | | | | |
| 105. | Photos of Hangar and Aircraft N3PC | 8/22/2025 | PETESKI0005999-6001 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Email from Amedia to McGraw (Re: Stock Agreement) | 8/4/2024 | TBN0024120 | | | | | | |
| 107. | Email from Casoria to Lidji (Re: MSM Litigation) | 2/20/2025 | TBN0000811 | | | | | | |
| 108. | Dr. Phil Primetime Summary of Shows | 7/5/2025 | N/A | | | | | | |
| 109. | Signing Video by TBN | 8/14/2025 | PubRecord0000628 | | | | | | |
| 110. | Email from McGraw to Amedia (Re: Lease for investor package) | 9/18/2024 | PETESKI0001203 | | | | | | |
| 111. | Aircraft Purchase Agreement | 2/4/2025 | TBN0021745 | | | | | | |
| 112. | Email from Mittan to McGraw (Employee health benefits summaries - Merit Street) | 9/3/2024 | TBN0002364 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Email from McGraw to Amedia (Re: MSM -- lets get it done) | 8/6/2024 | PETESKI0001184 | | | | | | |
| 114. | Debtor Officer Certificate | 8/11/2025 | Docket No. 200-4 | | | | | | |
| 115. | Voluntary Petition | 7/2/2025 | Docket No. 1 | | | | | | |
| 116. | Email from Jackson Walker to Solomon (Completed: Complete with Docusign: Merit Street Convertible Bridge Loan Note (to Peteski)($14m).pdf, Board…) | 2/28/2025 | MSM0002714 | | | | | | |
| 117. | Merit Street Media, Inc. Joint Written Consent of the Board of Directors and Stockholders in Lieu of a Special Meeting | 6/21/2025 | MSM0001717 | | | | | | |
| 118. | Unanimous Written Consent of the Board of Directors of Merit Street Media, Inc. | 2/28/2025 | MSM0001751 | | | | | | |
| 119. | Trinity's Responses to Peteski's Second Set of Interrogatories | 9/12/2025 | N/A | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Email from Lidji to McGraw (FW: TBN-MSM Outstanding Issues) | 10/7/2024 | MSM0001857 | | | | | | |
| 121. | Video of Private Investigator | 8/13/2025 | PETESKI0003131 | | | | | | |
| 122. | Images of Private Investigator Vehicle | 8/18/2025 | PETESKI0003129 | | | | | | |
| 123. | Text string between McGraw and Amedia | 2/12/2025 | PETESKI0005278 | | | | | | |
| 124. | Text string between McGraw and Amedia | 2/20/2025 | PETESKI0002004 | | | | | | |
| 125. | Text string between McGraw and Crouch | 5/6/2025 | PETESKI0002008 | | | | | | |
| 126. | Email from Slovak to New (RE: Investigation) | 8/16/2025 | ELN0000001 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Emails between Crouch and Amedia (Re: Stock Confirmation) | 8/4/2024 | TBN0023849 | | | | | | |
| 128. | Email from McGraw to Amedia and Crouch | 8/25/2024 | TBN0015718 | | | | | | |
| 129. | Email from Crouch to McGraw | 7/8/2024 | TBN0024219 | | | | | | |
| 130. | Text string between Amedia and C. Crouch (Re: Stock Confirmation) | 8/8/2024 | TBN0010545 | | | | | | |
| 131. | Text string between Casoria, Crouch, Amedia | 7/30/2024 | TBN0010512 | | | | | | |
| 132. | Email from Cheatwood to Solomon (Re: Email to McGraw) | 1/22/2025 | PETESKI0003471 | | | | | | |
| 133. | Email from Cheatwood to McGraw | 1/28/2025 | PETESKI0003468 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Email from Cheatwood to McGraw | 4/11/2025 | PETESKI0001906 | | | | | | |
| 135. | Email from Cheatwood to McGraw | 4/14/2025 | PETESKI0001903 | | | | | | |
| 136. | Email from Cheatwood to McGraw | 4/28/2025 | PETESKI0001894 | | | | | | |
| 137. | Email from Cheatwood to McGraw | 4/28/2025 | PETESKI0001895 | | | | | | |
| 138. | Email from Cheatwood to McGraw | 5/23/2025 | PETESKI0001921 | | | | | | |
| 139. | Email from Cheatwood to McGraw | 6/6/2025 | PETESKI0001850 | | | | | | |
| 140. | Email from McGraw to Cheatwood | 6/9/2025 | PETESKI0001979 | | | | | | |

| # | DESCRIPTION | DATE | BATES/DOCKET | MARK | OFFER | OBJECT | ADMIT | W/D | DISPO. AFTER HEARING |
|---|---|---|---|---|---|---|---|---|---|
| 141. | Email from Cheatwood to McGraw | 6/22/2025 | PETESKI0001822 | | | | | | |
| 142. | APG Ventures Written Consent | 3/5/2024 | TBN0026724 | | | | | | |
| 143. | Convertible Promissory Note | 6/1/2025 | PETESKI0000413 | | | | | | |
| 144. | Written Consent of the Stockholders of Merit Street Media, Inc. | 8/8/2024 | PETESKI0009307 | | | | | | |
| 145. | Proof of Claim No. 0000010045 filed by Trinity Broadcasting Network, Inc. | 9/12/2025 | N/A | | | | | | |
| 146. | Scheduling Order filed in JAMS Arbitration Reference No, 5310001058 | 3/5/2025 | MSM0023471 | | | | | | |
| 147. | Correspondence to Hon. Glen M. Ashworth re Professional Bull Riders, LLC v. Merit Street Media, Inc.; JAMS Case No. 5310001058; Merit Street Media, Inc.'s Position Statement on Additional Outstanding Discovery Issues | 6/13/2025 | MSM 0023479 | | | | | | |

## RESERVATION OF RIGHTS

Peteski reserves the right to introduce one or more, or none, of the exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: September 29, 2025
Dallas, Texas

/s/ *Christopher Bankler*

**JACKSON WALKER LLP**
Charles L. Babcock (TX Bar No. 01479500)
Bruce J. Ruzinsky (TX Bar No. 17439425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email: cbabcock@jw.com
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: emeraia@jw.com


Carl C. Butzer (TX Bar No. 03545900)
Christopher Bankler (TX Bar No. 24066754)
Vienna F. Anaya (TX Bar No. 24091225)
William T. Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6047
Email: cbutzer@jw.com
Email: vanaya@jw.com
Email: wfarmer@jw.com

*Counsel for Peteski Productions, Inc.*

## **Certificate of Service**

I certify that, on September 29, 2025 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Christopher Bankler*
Christopher Bankler