| | |
|---|---|
| **From:** | frank tcpropertysolutions.net |
| **on behalf of** | frank tcpropertysolutions.net |
| **Sent:** | 8/4/2024 3:23:56 AM |
| **To:** | Matt Crouch  ; Sessions Bunker  May Colby |
| **Subject:** | FYI - Dr P - confidential |
| **Attachments:** | #1 Stock Confirmation Agreement.pdf |

Brethren you will see below a "stock confirmation " that Dr P sent to me late this evening. Of course, he is attempting to get what he wants without finalizing the rest of what we want first. That is not happening. You will see my reply which I purposed to send back this evening to give him time to dwell on it. I am expecting him to reach back out to me tomorrow.

From our perspective, he already took actions to assert control, including releasing 16 editors yesterday. That was exactly what I hoped he would do.

Matt et al, please do not circulate this within our own staff please. We do not need anyone meddling in any way whatsoever or leaking or discussing this with anyone. Lets please just keep this process between the elders until we conclude, approve and submit it to the lawyers for drafting.

I do call us to prayer as we get this across the finish line this week. I can use the prayers and you can use the practice (lol).

Blessings, itljw

---------------------------------------------------------------------------------------

My reply (from FA to DP)

Good evening sir:

I am confirming that we are committed to holding fast to the good faith understanding of the 70/30 stock swap.

That said, we are not in a position to formalize any written agreement that does not recognize all of the open deal points that are vital to TBN in the restructuring of MSM. I have been consistent and unwavering in this requirement from the onset. I so reaffirmed our understanding as **subject to** this process in my email this past Thursday evening:

"...We are taking this step in good faith **subject to** your acknowledgement that we have a multitude of outstanding deal points to be finalized and that we will continue to proceed in good faith together to complete the entire understanding which will be memorialized in a formal written agreement within an expedient and reasonable time period. This action is taken to enable you to proceed without delay in assuming complete control and responsibility for / of all MSM operations. "

I am collaborating with our board and working to provide you with our list of the major points prior to our getting together again.

Blessings,

Frank

EXHIBIT
PT027

TBN0023587
TBN0023587

-----------------------------------------------------------------------------------

From DP to FA late this evening

On Aug 3, 2024, at 9:28 PM

Frank, as promised I had my attorney, Brian Lidji, prepare the instrument necessary to accomplish our agreed upon stock realignment.
Matt and I can execute this at any time between now and Monday morning, if Matt is in fact the one to sign for TBN and MSM or you and I if you are the signer.
I have ordered funds from Peteski Inc. to MSM Inc. in the designated amount and those funds will be in place early Monday morning if not before.
I look forward to seeing you Monday to get through the additional points included in the proposed amendment as expeditiously as possible.
God Bless,
DP

Sent from my iPad so unchecked for errors