UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF
MERIT STREET MEDIA, INC.

The undersigned, being the sole member of the Board of Directors (the "**Board**") of Merit Street Media, Inc., a Delaware corporation (the "**Corporation**"), acting by written consent without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law, does hereby (i) consent to the adoption of the following resolutions, and (ii) directs that this consent be filed with the minutes of the proceedings of the Board of the Corporation:

<u>Election of Officers</u>

**WHEREAS**, pursuant Sections 4.01 and 4.02 the Corporation's Bylaws, the Board has the power to appoint and remove officers of the Company at any time with or without cause; and

**WHEREAS**, the Board has determined that it is in the best interest of the Corporation and its stockholders to elect, effective immediately, certain persons to serve as officers of the Corporation, as more particularly described below.

**NOW, THEREFORE, BE IT RESOLVED**, that effective immediately, the following persons be, and each hereby is, elected as an officer of the Corporation to serve until his or her successor has been duly elected and qualified, or until his or her earlier death, resignation or removal:

| Name | Title |
|---|---|
| Robin McGraw | Vice President |
| William B. Dawson | Secretary |

<u>Form of Stock Certificate</u>

**NOW, THEREFORE, BE IT RESOLVED**, that the form of stock certificate attached hereto as <u>Exhibit A</u> is approved and adopted as the form of stock certificate to be issued by the Corporation to evidence ownership of shares of Common Stock of the Corporation.

**IN WITNESS WHEREOF**, the undersigned sole director of the Corporation has executed this Unanimous Written Consent effective as of this 8th day of August, 2024.

SOLE DIRECTOR:

_/s/ Dr. Phillip C. McGraw_
Dr. Phillip C. McGraw

EXHIBIT PT033

Confidential

MSM0001776
MSM0001776



THE SECURITIES REPRESENTED BY THIS CERTIFICATE ARE SUBJECT TO CERTAIN RESTRICTIONS ON TRANSFER AND REPURCHASE OPTIONS IN FAVOR OF THE COMPANY OR ITS ASSIGNEE SET FORTH IN AN AGREEMENT BETWEEN THE COMPANY AND THE REGISTERED HOLDER, OR SUCH HOLDER'S PREDECESSOR IN INTEREST, A COPY OF WHICH IS ON FILE AT THE PRINCIPAL OFFICE OF THIS COMPANY.

THE SECURITIES EVIDENCED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND MAY NOT BE SOLD, TRANSFERRED, ASSIGNED OR HYPOTHECATED UNLESS THERE IS AN EFFECTIVE REGISTRATION STATEMENT UNDER SUCH ACT COVERING SUCH SECURITIES, THE SALE IS MADE IN ACCORDANCE WITH RULE 144 UNDER THE ACT, OR THE COMPANY RECEIVES AND OPINION OF COUNSEL FOR THE HOLDER OF THESE SECURITIES REASONABLY SATISFACTORY TO THE COMPANY, STATING THAT SUCH SALE, TRANSFER, ASSIGNMENT OR HYPOTHECATION IS EXEMPT FROM THE REGISTRATION AND PROSPECTUS DELIVERY REQUIREMENTS OF SUCH ACT.

CERTIFICATE FOR SHARES OF THE

ISSUED TO

DATED

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Stock on the books of the within named Corporation, with full power of substitution in the premises.

Dated _____
In presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

A-PLUS CORPORATION SUPPLIES
P.O. BOX 210292
DALLAS, TEXAS 75211

Confidential