| | |
|---|---|
| **Message** | |
| **From:** | Lidji, Brian |
| **Sent:** | 2/22/2025 1:11:16 PM |
| **To:** | John Casoria |
| **CC:** | Frank Amedia ; Colby May ; DPM Redacted ; Matt Crouch |
| **Subject:** | Re: Casoria Request |

Needless to say, you should not be surprised.

Brian M. Lidji
Jackson Walker LLP

Sent from a Mobile Device

On Feb 22, 2025, at 11:58 AM, John Casoria <JCasoria@tbn.tv> wrote:

**Caution:** **External Email.

We are reviewing.
Needless to say, it is a surprise… and a disappointment that this was done without consultation or notice.

<image001.png>

**From:** Lidji, Brian
**Date:** Saturday, February 22, 2025 at 7:51 AM
**To:** John Casoria , Frank Amedia , Colby May
**Cc:** DPM < Redacted >, Matt Crouch
**Subject:** Casoria Request

John,
Attached are the current bylaws of MSM, being the initial APG bylaws and the August 8, 2024 amendment. The attached consent includes both the amendment and the election of Phil as the sole director. Call or write with questions.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct:
Cell

**From:** John Casoria
**Sent:** Friday, February 21, 2025 9:45 PM

EXHIBIT
PT073
PETESKI0009329

**To:** Lidji, Brian &lt;redacted&gt; Frank Amedia &lt;redacted&gt;; Colby May &lt;redacted&gt;
**Cc:** DPM &lt;Redacted&gt;; Matt Crouch &lt;redacted&gt;
**Subject:** Re: MSM Issues and TBN Responses

**Caution: **External Email.**

Thanks…

&lt;image001.png&gt;

---

**From:** Lidji, Brian &lt;redacted&gt;
**Date:** Friday, February 21, 2025 at 5:16 PM
**To:** John Casoria &lt;redacted&gt;, Frank Amedia &lt;redacted&gt; Colby May &lt;redacted&gt;
**Cc:** DPM &lt;Redacted&gt; Matt Crouch &lt;redacted&gt;
**Subject:** Re: MSM Issues and TBN Responses

John,
I'll send you the corporate papers showing the board change and the current bylaws tomorrow when I am back at my computer.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Direct:
Cell
Fax:

---

**From:** John Casoria &lt;redacted&gt;
**Sent:** Friday, February 21, 2025 5:12:15 PM
**To:** Frank Amedia &lt;redacted&gt;; Lidji, Brian &lt;redacted&gt;; Colby May &lt;redacted&gt;
**Cc:** DPM &lt;Redacted&gt; Matt Crouch &lt;redacted&gt;
**Subject:** Re: MSM Issues and TBN Responses

**Caution: **External Email.**

Brian,

There is clearly some confusion that we need to clear up.
There are, and always have been, 3 directors, to my knowledge:

    Phil McGraw
    Matthew Crouch
    Samuel Samdja

    This is evidenced in the drafts of the corporate documents created by Manat (representing Dr. Phil) at the beginning of the relationship.

If there was a change made in the membership of the Board of Directors, board member Matthew Crouch nor I are aware of it.  So we need some clarity on this point.

Given the above, I would also like to review the other corporate documents you are referencing (by-laws, etc.) to make sure they match what I have in our files from Manat.

It continues to be our desire to work cooperatively for the mutual benefit of Peteski & TBN.  Transparency should resolve these relatively minor issues so that we can move this matter forward in a timely manner.

Your continuing courtesy and cooperation is appreciated.

Best Regards,

<image001.png>

---

**From:** Frank Amedia
**Date:** Friday, February 21, 2025 at 8:48 AM
**To:** Lidji, Brian            Colby May
**Cc:** DPM <       Redacted       >, John Casoria            , Matt Crouch
**Subject:** RE: MSM Issues and TBN Responses

Wow Brian. That's a kick in the teeth. What a change from yesterday's communications. I will nevertheless continue to carry the wood as best I can. Our team is convening again in a short while, once Matt is free from being questioned by your litigators.

Actually Brian, the way I heard the conclusion of our call, and reviewing my notes that I took, is that you were going to talk with Doc about content (which I discussed with him the night prior) and segregating Petsky from Merit investors matters, in order to procure the investor funding of $75 million, and clarifying that I/we have been clear about distribution since August 9 ( certainly after the infusion of the $25 million) , and get me some feedback?  You asked me to help to expedite other matters to support your litigators, and JB and I put our attentions on this.

What is your purpose for stating this: *"It would have been very reasonable for us to, instead, conclude that TBN is not acting in good faith because we still don't have a concrete proposal addressing the issues that TBN put back on the table when it trashed in December term sheet (in the January Option A and Option B email from counsel)."*

This tends to make me put up guardrails as if we are defending something instead of working together with ease and trust.

There is a lot I could say about this process too, but is that constructive ? Please, let's choose the high road here and not try to construct paper trails. Needless to say, I strongly disagree with your assessment above. Leave it at that.

Blessings, FA

**Frank Amedia**

Chief Business Officer

**Trinity Broadcasting Networks**
13600 Heritage Pkwy Suite 200
Fort Worth, TX 76177

**Email:** [Redacted]
**Phone:** [Redacted]
**Web:** www.tbn.org

---

**From:** Lidji, Brian [Redacted]
**Sent:** Friday, February 21, 2025 11:21 AM
**To:** Frank Amedia [Redacted]; Colby May [Redacted]
**Cc:** DPM [Redacted]; John Casoria [Redacted]; Matt Crouch [Redacted] Lidji, Brian [Redacted]
**Subject:** RE: MSM Issues and TBN Responses
**Importance:** High

Frank, Colby, John & Matt-
cc-Phil

First, John is incorrect. The only current director of MSM is Phil McGraw.

Second, I alerted TBN that we wanted to make this corporate change on Wednesday and sent papers yesterday afternoon. It is a simple corporate matter to review. There has been more than 12 hours to review the papers. This is not speedily. So TBN is not ready to sign and we all will live with the consequences.

Third, I'm sorry to hear that Colby is not available; he is necessary for this process. Yesterday Frank gave me a summary of his new idea to revive the negotiations. It was very general and did not address many of the issues remaining from the December term sheet. Phil and I talked last night and decided that we should hear Frank out and understand what he is proposing to replace the December term sheet. It would have been very reasonable for us to, instead, conclude that TBN is not acting in good faith because we still don't have a concrete proposal addressing the issues that TBN put back on the table when it trashed in December term sheet (in the January Option A and Option B email from counsel).

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct: [Redacted]
Cell [Redacted]

---

**From:** Frank Amedia [Redacted]
**Sent:** Friday, February 21, 2025 9:37 AM
**To:** Lidji, Brian [Redacted] Colby May [Redacted]
**Cc:** DPM [Redacted]; John Casoria [Redacted]; Matt Crouch [Redacted]
**Subject:** RE: MSM Issues-- Delaware/Texas Filing

**Caution:** **External Email.

Brian, we are reacting speedily – please consider that it is appropriate that our counsel have the change to look at it. They are on pacific time, and also preparing for a call with Matt and your litigator. We are doing our part on the team brother.

Colby is involved all day with CPAC and high level meetings. That is why it was handed off to me by him.

Blessings.

### Frank Amedia
Chief Business Officer

**Trinity Broadcasting Networks**
13600 Heritage Pkwy Suite 200
Fort Worth, TX 76177

Email: [redacted]
Phone: [redacted]
Web: www.tbn.org

**From:** Lidji, Brian [redacted]
**Sent:** Friday, February 21, 2025 10:32 AM
**To:** Frank Amedia [redacted]; Colby May [redacted]
**Cc:** DPM [Redacted]; John Casoria [redacted]; Matt Crouch [redacted]
**Subject:** RE: MSM Issues-- Delaware/Texas Filing
**Importance:** High

Frank-
First, the current board has 1 member, Phil McGraw. That will not change as a result of the move from Delaware to Texas. Second, if you have questions, **I** suggest we get on the phone with Colby and answer them <u>right now</u>. Third, the later we submit this in Delaware and Texas the less likely it will be done and effective today. It is not about whether I grant more time or not.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct: [redacted]
Cell [redacted]

**From:** Frank Amedia [redacted]
**Sent:** Friday, February 21, 2025 9:25 AM
**To:** Lidji, Brian [redacted]; Colby May [redacted]
**Cc:** DPM [Redacted]; John Casoria [redacted]; Matt Crouch [redacted]
**Subject:** RE: MSM Issues-- Delaware/Texas Filing

**Caution:** **External Email.

PETESKI0009333

Brian, can we have a few hours please ? We do have board approval to concur , but As I read through, I have a few questions, nothing fundamental I believe, but I want to honor protocol as a fiduciary.

On a side note, but related, I have ben inquiring as to what the Board constitution is now. I had suggested that TBN have two members, and Petesky or other three ? We should deal with this also sooner than later as we file with Texas.    Thank you for your consideration.  FA

### Frank Amedia
Chief Business Officer

**Trinity Broadcasting Networks**
13600 Heritage Pkwy Suite 200
Fort Worth, TX 76177

**Email:** ███
**Phone:** ███
**Web:** www.tbn.org

---

**From:** Lidji, Brian ███
**Sent:** Friday, February 21, 2025 10:19 AM
**To:** Frank Amedia ███; Colby May ███
**Cc:** Lidji, Brian ███
**Subject:** RE: MSM Issues-- Delaware/Texas Filing
**Importance:** High

Frank,
Thank is great. We need TBN's signature confirming its consent before we can file. I've reattached that document (identical to what I circulated yesterday) already signed by Phil. Please send me a countersigned version with TBN's signarture (on page 3) of the attached and we will proceed to file the papers in Delaware and Texas.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct: ███
Cell ███

---

**From:** Frank Amedia ███
**Sent:** Friday, February 21, 2025 9:10 AM
**To:** Lidji, Brian ███; Colby May ███
**Subject:** RE: MSM Issues

**Caution:** **External Email.

Brian, I am prepared to sign and authorize.

## Frank Amedia
Chief Business Officer

**Trinity Broadcasting Networks**

13600 Heritage Pkwy Suite 200
Fort Worth, TX 76177

**Email:** ███
**Phone:** ███
**Web:** www.tbn.org

---

**From:** Lidji, Brian ███
**Sent:** Friday, February 21, 2025 9:18 AM
**To:** Colby May ███; Frank Amedia ███
**Cc:** Lidji, Brian ███
**Subject:** MSM Issues
**Importance:** High

Frank & Colby,

The most urgent issue this morning is the move of MSM corporate home from Delaware to Texas. If TBN is not going to agree to that, please let me know. If it is going to agree to that, please send back the signed consent. It take time to make the Delaware and Texas filings and we want it effective today, before our answer is due on Monday in the WRNN suit.   Dragging out the decisions will eliminate the possible of making the filing in time.

Shortly behind that issue is the settlement Frank was describing to me yesterday. Frank described a new way of addressing some of our issues. It didn't get much traction with Phil because it didn't provide for payment of distribution. Phil and I had a long talk last night and he and I think it is best first understand what Frank is proposing on all the major settlement issues before rejecting or responding to it. To that end, I would like for the 3 of us to have a call <u>as early today as practical</u> to talk through what Frank is proposing. What time would work for the two of you. I think it is a mistake to go into the weekend without understanding what Frank is proposing.

Thanks.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct: ███
Cell ███