| | |
|---|---|
| **From:** | Lidji, Brian [                    ] |
| **Sent:** | 2/22/2025 9:22:05 PM |
| **To:** | John Casoria [              ]; Colby May [                        ]; Frank Amedia [                   ] |
| **CC:** | Dr Phil [                          ]; Flowers, Brandon [                  ] |
| **Subject:** | RE: Merit Street - Joint Written Consent |
| **Attachments:** | Joint Written Consent of Directors and Stockholders of Merit Street Media Inc. (approving conversion to Tx Corp) (Fully Executed).pdf |

John,
Thanks. Attached is a fully executed consent with your name and title added. We will start the filing process first thing Monday morning.

**Brian M. Lidji**
Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
Office Direct:
Cell

---

**From:** John Casoria [                   ]
**Sent:** Saturday, February 22, 2025 1:27 PM
**To:** Lidji, Brian [               ]; Colby May [                       ]; Frank Amedia [                  ]
**Subject:** Merit Street - Joint Written Consent

**Caution:** **External Email.

Signed attached.
The .pdf blocked me from adding my name and title (Assistant Secretary).
IF you would so kindly fill in that information from your side, it would be appreciated.
Likewise, please forward to me a fully executed courtesy copy for my files when received.
Your anticipated courtesy and cooperation will be appreciated.



JOHN B. CASORIA, ESQ.
TRINITY BROADCASTING NETWORK
Special Operations Group
2442 Michelle Drive
Tustin, California 92780

NOTICE: This transmission is covered by the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This transmission, and any documents attached, may contain confidential information belonging to the sender which is protected by the Attorney-Client Privilege, Work Product Doctrine and/or other privileges. The information is intended only for the use of the individuals and/or entities named above. If you are not the intended recipient of this message, you may not read, disclose, forward, print, copy or disseminate this information. If you have received this communication in error, please reply and notify the sender (only) and destroy and/or delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.
METADATA: Any disclosures of metadata contained in documents attached to this email or within this email itself are inadvertent disclosures of such information and you must immediately notify the sender upon your knowledge of the receipt of such information.
IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).
VIRUS NOTIFICATION: Our computer system is equipped with a virus scanner. However, no warranty is made that this material is free from computer virus or other defect. Any loss/damage incurred by using the material is not our responsibility.

EXHIBIT
PT075

**MERIT STREET MEDIA, INC.
JOINT WRITTEN CONSENT OF THE
BOARD OF DIRECTORS AND STOCKHOLDERS
IN LIEU OF A SPECIAL MEETING**

**February 20, 2025**

The undersigned, constituting all of the members of the board of directors (the "*Board*") of Merit Street Media, Inc., a Delaware corporation (the "*Corporation*"), and all the stockholders of the Corporation, do hereby consent in writing, in lieu of a special meeting of the Board and the stockholders of the Corporation, to the taking of the following actions and to the adoption of the following resolutions:

<u>Conversion</u>

**WHEREAS**, the undersigned have determined that is in the best interest of the Corporation to enter into a plan of conversion in the form attached hereto as <u>Exhibit A</u> (the "*Plan of Conversion*") whereby the Corporation will convert (the "*Conversion*") from a Delaware corporation to a Texas corporation to be known as Merit Street Media, Inc. (the "*Converted Entity*") and in connection therewith will make all necessary filings with the Texas Secretary of State and the Delaware Secretary of State and other governmental authorities, including, without limitation, the Plan of Conversion, a Delaware certificate of conversion, a Texas certificate of conversion, any tax filings needed to obtain tax clearance certificates, foreign registrations, and a certificate of formation of the Converted Entity (collectively, the "*Filings*").

**NOW, THEREFORE, BE IT RESOLVED**, that the Conversion and the terms and provisions of the Plan of Conversion be, and hereby are, approved, and the Corporation is authorized to enter into the Plan of Conversion, to perform all of its obligations thereunder and to take all actions contemplated thereby; and further

**RESOLVED**, that the Certificate of Conversion to be filed with the Delaware Secretary of State, in the form attached to the Plan of Conversion (the "*Delaware Certificate of Conversion*"), is hereby approved; and further

**RESOLVED**, that the Certificate of Conversion to be filed with the Texas Secretary of State, in the form attached to the Plan of Conversion (the "*Texas Certificate of Conversion*"), is hereby approved; and further

**RESOLVED**, that the Certificate of Formation of the Converted Entity, in the form attached to the Plan of Conversion (the "*Certificate of Formation*"), is hereby approved and adopted; and further

**RESOLVED**, that the Bylaws of the Converted Entity as described in the Plan of Conversion (the "*Bylaws*"), are hereby approved and adopted; and further

**RESOLVED**, that, the members of the board of directors of the Converted Entity immediately after the Conversion shall be the same persons as the Board of the Corporation immediately prior to the Conversion. The officers of the Converted Entity immediately after the Conversion shall be the same persons as the officers of the Corporation immediately prior to the Conversion; and further

**RESOLVED**, that the Corporation and the Converted Entity are hereby authorized and directed to make all necessary Filings in connection with the Conversion; and further

CONFIDENTIAL                                                                                                          TBN0002879

**RESOLVED**, that the officers of the Corporation (collectively, the "***Authorized Person***") are hereby severally authorized, empowered and directed to execute and deliver, or to cause to be delivered, in the name and on behalf of the Corporation and/or the Converted Entity, the Delaware Certificate of Conversion, the Plan of Conversion, the Texas Certificate of Conversion, the Certificate of Formation, the Bylaws and any other Filings and take such other actions and execute such other documents as are necessary to effectuate the transactions contemplated by the Plan of Conversion with any additions and modifications thereto as such Authorized Person shall approve, such approval to be evidenced conclusively by his execution and delivery thereof; and further

**RESOLVED**, that the Authorized Person is authorized, empowered and directed, in the name and on behalf of the Corporation and/or the Converted Entity, to make all such payments and incur all such expenses in connection with any transactions contemplated by the foregoing resolutions as the Authorized Person making or incurring the same shall, as evidenced by the making or incurring thereof, deem necessary, desirable or appropriate to carry into effect the purposes and intent of the foregoing resolutions, with the making or incurring thereof by the Authorized Person establishing conclusively the Authorized Person's authority therefor and the approval by the undersigned of the actions so taken; and further

**RESOLVED**, that the Authorized Person is authorized, empowered and directed, in the name and on behalf of the Converted Entity, to obtain, or to cause to be obtained, if determined to be necessary, a new employer identification number for the Converted Entity and to take any and all actions necessary or convenient for the Converted Entity to continue to operate its business after the Conversion; and further

**RESOLVED**, that any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, as well as any and all actions, of any nature whatsoever, heretofore taken by any director, officer, employee, agent, stockholder, attorney or other representative of the Corporation incidental to, contemplated by, arising out of or in connection with, or otherwise relating to, in any manner whatsoever, the subject of the foregoing resolutions are hereby approved, ratified and confirmed in all respects as the act and deed of the Corporation; and further

**RESOLVED**, that in the event that any signature is delivered by facsimile transmission, DocuSign or by e-mail delivery of a ".pdf" format data file, such signature shall create a valid and binding obligation of the party executing with the same force and effect as if such facsimile, DocuSign or ".pdf" signature page were an original thereof.

*[Signature Page Follows]*

CONFIDENTIAL TBN0002880

IN WITNESS WHEREOF, the undersigned has executed this written consent to be effective as of the date first written above and whether by original or facsimile shall be effective in all respects as though an original.

### BOARD OF DIRECTORS

_____
Phillip C. McGraw

### STOCKHOLDERS

PETESKI PRODUCTIONS, INC.

By: _____
    Name: Phillip C. McGraw
    Title: Senior Vice President

TRINITY BROADCASTING OF TEXAS, INC.

By: _____*[signature]*_____
    Name: John Casoria
    Title: Assistant Secretary

*[Merit Street Media, Inc. – Signature Page to Written Consent (Conversion)]*

43866007v.1

CONFIDENTIAL

IN WITNESS WHEREOF, the undersigned has executed this written consent to be effective as of the date first written above and whether by original or facsimile shall be effective in all respects as though an original.

**BOARD OF DIRECTORS**

*Phillip C. McGraw* (DocuSigned)
_____
Phillip C. McGraw

**STOCKHOLDERS**

PETESKI PRODUCTIONS, INC.

By: *Phillip C. McGraw* (DocuSigned)
_____
Name: Phillip C. McGraw
Title: Senior Vice President

TRINITY BROADCASTING OF TEXAS, INC.

By: _____
    Name: _____
    Title: _____

*[Merit Street Media, Inc. – Signature Page to Written Consent (Conversion)]*

43866007v.1

## Exhibit A
### Plan of Conversion

[See attached.]

CONFIDENTIAL

TBN0002883

# PLAN OF CONVERSION
## OF
## MERIT STREET MEDIA, INC.
### (a Delaware corporation)
## TO
## MERIT STREET MEDIA, INC.
### (a Texas corporation)

### February 20, 2025

Pursuant to Section 266 of the Delaware General Corporation Law (the "***DGCL***") and Section 10.102 of the Texas Business Organizations Code (the "***TBOC***"), Merit Street Media, Inc., a Delaware corporation, hereby adopts this Plan of Conversion (this "***Plan***"), whereby such Delaware corporation will be converted (the "***Conversion***") into a Texas corporation to be known as Merit Street Media, Inc.

1. <u>Converting Entity</u>. The name of the converting entity is Merit Street Media, Inc., a corporation organized under the laws of the State of Delaware (the "***Converting Entity***"). The Converting Entity was first organized, effective February 3, 2023, in the State of Delaware.

2. <u>Name of Converted Entity</u>. The name of the converted entity is Merit Street Media, Inc., a corporation organized under the laws of the State of Texas (the "***Converted Entity***").

3. <u>Continuation of Existence</u>. The Converting Entity is continuing its existence in the organizational form of the Converted Entity.

4. <u>Statement of Type of Entity</u>. The Converted Entity will be a corporation organized under the laws of the State of Texas.

5. <u>Plan of Conversion and Certificate of Conversion</u>. The Converting Entity shall file a Certificate of Conversion with the Delaware Division of Corporations, in the form attached hereto as **Exhibit A-1,** and a Certificate of Conversion with the office of the Secretary of State of the State of Texas in accordance with Sections 10.154 and 10.155 of the TBOC, in the form attached hereto as **Exhibit A-2**, each of which shall specify that the Conversion shall become effective as of the date of the filing of such Plan of Conversion or Certificate of Conversion, as applicable (the "***Effective Time***").

6. <u>Effect of Conversion</u>. Except as may otherwise be provided in this Plan, as of the Effective Time, the Conversion shall have the effect set forth in Section 266 of the DGCL and Section 10.106 of the TBOC.

7. <u>Certificate of Formation</u>. From and after the Effective Time, the rights and obligations of the shareholders of the Converted Entity shall be determined pursuant to the Certificate of Formation to be filed on behalf of the Converted Entity, in the form attached hereto as **Exhibit B**, and the Bylaws (as defined below).

8. <u>Board of Directors and Officers</u>. The members of the board of directors of the Converted Entity immediately after the Effective Time shall be the same persons as the members of the board of directors of the Converting Entity immediately prior to the Effective Time. The officers of the Converted Entity immediately after the Effective Time shall be the same persons as the officers of the Converting Entity immediately prior to the Effective Time.

1

43853910v.1

9. <u>Conversion of Shares</u>. At the Effective Time, as a result of the Conversion and without any further action on the part of the shareholder of the Converting Entity or any other person, each issued and outstanding share of common stock, $0.01 par value, of the Converting Entity shall automatically be converted into one share of common stock, $0.01 par value, of the Converted Entity.

10. <u>Bylaws</u>. From and after the Effective Time, the Bylaws of the Converting Entity shall be the Bylaws of the Converted Entity (the "***Bylaws***"). Any references in the Converting Entity Bylaws: (i) to the laws of the State of Delaware or the DGCL shall be deemed to refer to the corresponding or analogous laws of the State of Texas or the TBOC; (ii) to the state of Delaware shall be deemed to refer to the state of Texas; and (iii) to the Court of Chancery of the state of Delaware shall be deemed to refer to the Texas Business Courts.

11. <u>Franchise Taxes</u>. Pursuant to the Conversion, from and after the Effective Time, the Converted Entity will be liable for all fees and franchise taxes required by Delaware law to be paid by the Converting Entity.

12. <u>Approval</u>. This Plan has been approved by the Converting Entity in accordance with the applicable provisions of the DGCL and the TBOC.

*[Signature Page to Follow]*

2

43853910v.1

CONFIDENTIAL                                                                                                                                                TBN0002885

IN WITNESS WHEREOF, the undersigned has caused this Plan of Conversion to be executed by its duly authorized representative as of the date first stated above.

        **MERIT STREET MEDIA, INC., a Delaware corporation**

        By:_____
        Name: Phillip C. McGraw
        Title: Senior Vice President

CONFIDENTIAL    TBN0002886

# EXHIBIT A-1

## Certificate of Conversion (DE)

[See attached document]

43853910v.1

CONFIDENTIAL
TBN0002887

# STATE OF DELAWARE
# CERTIFICATE OF CONVERSION
# FROM A DELAWARE CORPORATION
# TO A NON-DELAWARE ENTITY
# PURSUANT TO SECTION 266 OF
# THE DELAWARE GENERAL CORPORATION LAW

1. The name of the Delaware corporation is __Merit Street Media, Inc.__.
   (If changed, the name under which it's Certificate of Incorporation was originally filed: __APG Ventures, Inc.__)

2. The date of filing of its original Certificate of Incorporation with the Delaware Secretary of State is __02/03/2023__.

3. The jurisdiction to which the corporation shall convert is *(list jurisdiction)* __Texas__ and the name under which the entity shall be known is __Merit Street Media, Inc.__.

4. The conversion has been approved in accordance with Section 266 of the Delaware General Corporation Law.

5. The corporation agrees that it may be served with process in the State of Delaware in any action, suit or proceeding for enforcement of any obligation of the corporation arising while it was a corporation of the State of Delaware, as well as for enforcement of any obligation of such other entity arising from the conversion, including any suit or other proceeding to enforce the right of any stockholders as determined in appraisal proceedings pursuant to Section 262 of Title 8, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in any such action, suit or proceeding.

6. The address to which a copy of the process shall be mailed by the Secretary of State is __1501 S. MoPac Expressway, Suite 220, Austin, Texas 78746__.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the __20__ day of __February__, A.D. __2025__.

By: _____
Authorized Officer

Name: __Phillip C. McGraw, Senior Vice President__
Print or Type

CONFIDENTIAL                                                                                    TBN0002888

# EXHIBIT A-2

## Certificate of Conversion (TX)

[See attached document]

43853910v.1

CONFIDENTIAL
TBN0002889

| Form 647<br>(Revised 12/23)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512-463-5555<br>FAX: 512-463-5709<br><br>**Filing Fee: See instructions** | <br><br>**Certificate of Conversion<br>of a<br>Foreign Entity<br>Converting to a<br>Texas Filing Entity** | This space reserved for office use. |
|---|---|---|

### Converting Entity Information

The name of the converting entity is: Merit Street Media, Inc.

The jurisdiction of formation of the converting entity is: Delaware

The converting entity is a: (Select the appropriate entity type from the list shown below.)

[✓] For-Profit Corporation          [ ] Limited Liability Company
[ ] Nonprofit Corporation           [ ] Professional Limited Liability Company
[ ] Professional Corporation        [ ] Limited Partnership
[ ] Professional Association        [ ] Cooperative Association
[ ] Other: _____         [ ] General Partnership
    *Specify type of entity.*

The date of formation of the converting entity is: 02/03/2023

The file number, if any, issued to the converting entity is: 7276661

### Converted Entity Information

The foreign entity named above is converting to a filing entity formed under the Texas Business Organizations Code. The name of the converted entity is:
Merit Street Media, Inc.
*(Name of entity after the conversion must include an organizational identifier for the entity type selected below.)*

The converted entity will be formed under the laws of Texas.

The converted entity is a: (Select the appropriate entity type from the list shown below.)

[✓] For-Profit Corporation          [ ] Limited Liability Company
[ ] Nonprofit Corporation           [ ] Professional Limited Liability Company
[ ] Professional Corporation        [ ] Limited Partnership
[ ] Professional Association        [ ] Cooperative Association

Form 647                            Page 1 of 3

CONFIDENTIAL                                                                TBN0002890

| Plan of Conversion *or* Alternative Statements |
|---|

☐ The plan of conversion is attached.

*If the plan of conversion is not attached, the following statements must be completed.*

☑ In lieu of attaching the plan of conversion, the converting entity certifies to the following statements by providing an address in Items 1 and 2.

1. A signed plan of conversion is on file at the principal place of business of the converting entity. The address of the principal place of business of the converting entity is:

| 5501 Alliance Gateway Freeway | Fort Worth | Texas | US | 76177 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

2. A signed plan of conversion will be on file after the conversion at the principal place of business of the converted entity. The address of the principal place of business of the converted entity is:

| 5501 Alliance Gateway Freeway | Fort Worth | Texas | US | 79177 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

A copy of the plan of conversion will be furnished on written request without cost by the converting entity before the conversion or by the converted entity after the conversion to any owner or member of the converting entity or converted entity.

| Supplemental Provisions/Information |
|---|

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

| Certificate of Formation for the Converted Entity |
|---|

☑ The certificate of formation for the converted Texas filing entity is attached to this certificate of conversion as an attachment or exhibit to either (i) the plan of conversion or (ii) this certificate if the plan has not been attached to the certificate of conversion. The certificate of formation includes a statement that the converted entity is formed under a plan of conversion and the name, address, date of formation, prior form of organization, and jurisdiction of formation of the converting entity.

| Approval of the Plan of Conversion |
|---|

The plan of conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

## Effectiveness of Filing (Select either A, B, or C.)

A. [✔] This document becomes effective when the document is accepted and filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Tax Certification

[ ] Attached hereto is a certificate from the Texas Comptroller of Public Accounts that certifies the converting entity is in good standing for purposes of conversion.

OR

[✔] In lieu of providing the tax certificate, the converted entity is liable for the payment of any required franchise taxes.

## Execution

The undersigned signs the document subject to the penalties imposed by law for submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Texas Business Organizations Code, or other law applicable to and governing the converting entity, to execute the filing instrument.

Date: 2/20/2025

By: Merit Street Media, Inc.
Name of converting entity (see instructions)

_____
Signature and title of authorized person (see instructions)

Phillip C. McGraw, Senior Vice President
Printed or typed name of authorized person

[Print] [Reset]

**EXHIBIT B**

<u>Certificate of Formation</u>

[See attached document]

43853910v.1

CONFIDENTIAL

TBN0002893

| Form 201<br>(Revised 12/21)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>**Filing Fee: $300** | <br><br>**Certificate of Formation**<br>**For-Profit Corporation** | This space reserved for office use. |
|---|---|---|

## Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

Merit Street Media, Inc.
<sub>The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.</sub>

## Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

[✓] A. The initial registered agent is an organization (cannot be entity named above) by the name of:

Capitol Corporate Services, Inc.

**OR**

[ ] B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| | | | |

C. The business address of the registered agent and the registered office address is:

| 1501 S. MoPac Expressway, Suite 220 | Austin | TX | 78746 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

## Article 3 – Directors
(A minimum of 1 director is required.)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

| Director 1 | | | | | |
|---|---|---|---|---|---|
| Phillip | C | McGraw | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 5501 Alliance Gateway Freeway | Fort Worth | TX | 76177 | | US |
| Street or Mailing Address | City | State | Zip Code | | Country |

CONFIDENTIAL                                                                                         TBN0002894

| Director 2 | | | | |
|---|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | | *Suffix* |
| *Street or Mailing Address* | *City* | *State* | *Zip Code* | *Country* |

| Director 3 | | | | |
|---|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | | *Suffix* |
| *Street or Mailing Address* | *City* | *State* | *Zip Code* | *Country* |

## Article 4 – Authorized Shares
(Provide the number of shares in the space below, then select option A or option B, do not select both.)

The total number of shares the corporation is authorized to issue is:    1,000,000

[✔] A. The par value of each of the authorized shares is:    $0.01
**OR**
[ ] B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

## Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

## Initial Mailing Address
(Provide the mailing address to which state franchise tax correspondence should be sent.)

| 5501 Alliance Gateway Freeway | Fort Worth | TX | 76177 | US |
|---|---|---|---|---|
| *Mailing Address* | *City* | *State* | *Zip Code* | *Country* |

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Article 1 - The filing entity being formed is a for-profit corporation and is being formed pursuant to a domestication and plan of conversion in accordance with Section 10.102 of the TBOC. The filing entity was originally formed as a corporation named Main Street Media, Inc. in the State of Delaware on February 3, 2023 with the filing number 727661.

Article 6, Article 7 - See attached addendum.

Form 201                                       2

CONFIDENTIAL                                                                                                                              TBN0002895

## Organizer

The name and address of the organizer:

Phillip C. McGraw
_Name_

| 5501 Alliance Gateway Freeway | Fort Worth | TX | 76177 |
|---|---|---|---|
| _Street or Mailing Address_ | _City_ | _State_ | _Zip Code_ |

## Effectiveness of Filing (Select either A, B, or C.)

A. [✔] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:  2/20/2025

Signature of organizer

Phillip C. McGraw
Printed or typed name of organizer

[Print]  [Reset]

CONFIDENTIAL                                                                                           TBN0002896

# SUPPLEMENTAL PROVISIONS
# TO
# CERTIFICATE OF FORMATION
# OF
# MERIT STREET MEDIA, INC.

## ARTICLE 6
## WRITTEN CONSENT OF SHAREHOLDERS

Any action required by the TBOC to be taken at any annual or special meeting of shareholders, or any action which may be taken at any annual or special meeting of shareholders, may be taken without a meeting, without prior notice, and without a vote, if one or more written consents setting forth the action so taken shall be signed by the holder or holders of shares having not less than the minimum number of votes that would be necessary to take such action at a meeting at which the holders of all shares entitled to vote on the action were present and voted.

## ARTICLE 7
## VOTING

In accordance with Sections 21.363 and 21.365 of the TBOC, the affirmative vote of a majority of the outstanding shares entitled to vote on a matter shall be sufficient to approve any matter that requires the vote of the shareholders including, without limitation, any matter for which the affirmative vote of a higher specified portion of shares entitled to vote is required by the provisions of the TBOC, as it now exists or as it may be amended from time to time. Notwithstanding the foregoing, nothing in this Article shall require the affirmative vote of a higher portion of shares entitled to vote on a matter than is required by the provisions of the TBOC, as it now exists or as it may be amended from time to time.

*Addendum to Certificate of Formation of Merit Street Media, Inc. – Page 1*

43860718v.1

CONFIDENTIAL                                                                                                                         TBN0002897