| | |
|---|---|
| **From:** | frank tcpropertysolutions.net |
| **on behalf of** | frank tcpropertysolutions.net |
| **Sent:** | 8/4/2024 2:20:46 PM |
| **To:** | DPM |
| **Subject:** | Re: Stock Agreement |

Good morning Dr..P. Naw, by no means stop your efforts. There are a few items that are significant to TBN that we need to agree upon and the rest are typical of an agreement . Your own words to me were that all you needed for now was an email agreeing to the stock exchanges and that you would take control and commence with your changes and cost savings while we work through the others. We did exactly as you asked, taking the first step in good faith. Control is yours. We are in the next stage, walking into the next place.

I'll get those to you later . Let's not drop the process. If we both stay committed , it will surely come to a speedy resolution.

I pray for us and encourage you to stay the course and witness the Glory of God .

Blessings,

PF


On Aug 4, 2024, at 2:24 AM, DPM wrote:

 Frank, thanks for that explanation, I'm sure the misunderstanding was mine and for that I apologize. My read of your email was that we had crossed the "stock swap" deal point off and would now progress through the other points independently and expeditiously, which I candidly said from day one, minute one, did not have much, if any wiggle room.
What I now understand is that you have expressed a good faith "intention" to do the realignment but "IF" and only "IF" you are ultimately satisfied with other deal points listed in the proposed amendment but NOT if you are not.
I get it, we don't have deal unless your demands, whatever they may be, are met on other points in the proposed amendment.
Therefore, what we have, is a <u>contingency agreement</u>, not an actual agreement.
I will immediately cease all activities I have had underway until we actually have a commitment on ownership that cannot evaporate over other deal points. I cannot and will not proceed without sign off.
Trust me I am not saying any of the above to pressure, prod or hurry you, TBN or the respective Boards in anyway whatsoever. Take your time, do it, don't it, it is of course totally up to you folks.
I am 100% at peace that I have worked as hard as I can to get this done in a critically-timely fashion and that it is a beyond generous proposal. As the old saying goes "all you do, is what you can do."
If you come in Monday as planned I will make myself available. If not no problem, just let me know if and when you do want discuss it further.
Have a great rest of your weekend,
God Bless
DP

EXHIBIT PT106

TBN0024120

Sent from my iPad so unchecked for errors

On Aug 3, 2024, at 9:55 PM, frank tcpropertysolutions.net ▮ wrote:

Good evening sir:

I am confirming that we are committed to holding fast to the good faith understanding of the 70/30 stock swap.

That said, we are not in a position to formalize any written agreement that does not recognize all of the open deal points that are vital to TBN in the restructuring of MSM. I have been consistent and unwavering in this requirement from the onset. I so reaffirmed our understanding as **subject to** this process in my email this past Thursday evening:

"...We are taking this step in good faith **subject to** your acknowledgement that we have a multitude of outstanding deal points to be finalized and that we will continue to proceed in good faith together to complete the entire understanding which will be memorialized in a formal written agreement within an expedient and reasonable time period. This action is taken to enable you to proceed without delay in assuming complete control and responsibility for / of all MSM operations. "

I am collaborating with our board and working to provide you with our list of the major points prior to our getting together again.

Blessings,

Frank

On Aug 3, 2024, at 9:28 PM, DPM ▮ wrote:

Frank, as promised I had my attorney, Brian Lidji, prepare the instrument necessary to accomplish our agreed upon stock realignment.
Matt and I can execute this at any time between now and Monday morning, if Matt is in fact the one to sign for TBN and MSM or you and I if you are the signer.
I have ordered funds from Peteski Inc. to MSM Inc. in the designated amount and those funds will be in place early Monday morning if not before.
I look forward to seeing you Monday to get through the additional points included in the proposed amendment as expeditiously as possible.
God Bless,
DP

Sent from my iPad so unchecked for errors
<#1 Stock Confirmation Agreement.pdf>