# JAMS ARBITRATION

| | |
|---|---|
| PROFESSIONAL BULL RIDERS, LLC | § |
| Claimant, | § § § |
| v. | §  REFERENCE NO. 5310001058 |
| MERIT STREET MEDIA, INC. | § § |
| Respondent. | § § |

## SCHEDULING ORDER

**Parties and Counsel**: The parties are identified in the caption and represented as follows:

Nicholas J. Secco
nsecco@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Phone: 312-757-9192

Alyssa Moscarino
amoscarino@beneschlaw.com
James J. Walsh
jwalsh@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 1400
Cleveland, OH 44114
Phone: 216-363-4500
  Representatives for Claimant

And

Charles L. Babcock
cbabcock@jw.com
Joel R. Glover
jglover@jw.com
Nancy Hamilton
nhamilton@jw.com
Jackson Walker, LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

1

25590208 v2

CONFIDENTIAL

EXHIBIT
PT146

MSM0023471

        Phone: 713-752-4200

        Carl C. Butzer
        cbutzer@jw.com
        Lauren Ceckowski
        lceckowski@jw.com
        Jackson Walker, LLP
        2323 Ross Avenue, Suite 600
        Dallas, TX 75201
        Phone: 214-953-5822
            Representatives for Respondent

**Arbitrator:**   Hon. Glen M. Ashworth
JAMS – The Resolution Experts
5956 Sherry Lane, Suite 1330
Dallas, Texas 75225

**Case Manager:**   Lori Collins
JAMS – The Resolution Experts
5956 Sherry Lane, Suite 1330
Dallas, Texas 75225
Email: lcollins@jamsadr.com
Telephone: 214-891-4525

**Arbitration Hearing:**   Hearing Date(s): December 8–12, 2025.

Location: JAMS, 5956 Sherry Lane, Suite 1330, Dallas, Texas 75225.

**Rules and Law:**   JAMS Comprehensive Arbitration Rules & Procedures with reference to the laws of the State of Texas. This matter is arbitrable.

**Statements:**   Claimant filed its original Statement of Claim on November 2, 2024. Respondent filed its Response and Counterclaims on November 18, 2024. Claimant filed its Amended Statement of Claim on November 26, 2024. Claimant filed its Answer and Affirmative Defenses to Respondent's Counterclaims on

2

25590208 v2

December 2, 2024. Claimant filed its Second Amended Statement of Claim on December 23, 2024. Respondent's statement and response to Claimant's Second Amended Statement of Claim shall be served and filed by March 7, 2025.

**Discovery:** Exchange of initial requests for production of documents, ESI search terms, and custodians shall be completed by March 12, 2025.

Meet and confer regarding initial requests for production of documents, ESI search terms, and custodians shall be completed by March 19, 2025.

Any outstanding disputes concerning initial requests for production of documents, ESI search terms, and custodians shall be submitted to the Arbitrator by March 26, 2025.

Exchange of initial document productions and initial witness lists shall be completed by April 21, 2025.

Additional requests for production of documents shall be completed by May 5, 2025.

Any outstanding disputes concerning additional requests for production of documents shall be submitted to the Arbitrator by May 15, 2025.

Document productions shall be completed by June 6, 2025.

Any disputes regarding document discovery shall be submitted to the Arbitrator by June 13, 2025.

3

CONFIDENTIAL                                                                 MSM0023473

| | |
|---|---|
| **Fact Witness Depositions:** | All depositions of fact witnesses shall be completed by July 21, 2025. |
| **Experts:** | Parties shall designate experts, and such designation includes their name, curriculum vitae, and report of opinions and conclusions.<br><br>Designation of expert witnesses on issues for party bearing the burden of proof shall be served and filed by August 6, 2025.<br><br>Designation of rebuttal experts shall be served and filed by September 5, 2025.<br><br>All experts' depositions shall be completed by October 10, 2025. |
| **Dispositive Motion:** | The Arbitrator may permit any Party to file a Motion for Summary Disposition of a particular claim or issue, either by agreement of all interested Parties or at the request of one Party, provided other interested Parties have reasonable notice to respond to the request. |
| **Pre-Hearing:** | The parties shall exchange final witness lists and exhibit lists by November 14, 2025.<br><br>The parties shall serve and file by November 24, 2025:<br>A)  Pre-marked exhibits, along with any lingering disputes about the propriety of such exhibits;<br>B)  List of issues to be addressed in the arbitration plus proposed findings of fact and conclusions of law in the form of award anticipated by the party. This proposed award may be amended within three days following the close of testimony.<br>C)  Pre-hearing briefs. |
| **Pre-Hearing Conference:** | A pre-hearing conference to address housekeeping issues is scheduled to be conducted by telephone on December 3, 2025 at |

4

CONFIDENTIAL                                                                                             MSM0023474

|  |  |
|---|---|
|  | 8:30 a.m. Central Time. All parties will need to call in to the conference. Instructions for joining the call will be forwarded. |
| **Continuance Policy:** | The parties may agree to a continuance. In the event of a contested continuance, the lead counsel and their client will participate in any contested continuance hearing, either in person or by phone. Cancellation fees may apply to any continuance. |
| **Certificate of Conference:** | Prior to requesting a hearing on any matter the parties through lead counsel shall confer. If the matter is not resolved any motion shall include (i) a certificate of conference indicating the date of the conference, the identities of the attorneys conferring and why agreement could not be reached. |
| **Cancellation Policy:** | The parties will be requested to deposit fees sufficient to compensate the Arbitrator for the scheduled hearing on or before **September 8, 2025**, (**75** days in advance of the commencement of the hearing). If the hearing is canceled or continued for any reason after **October 9, 2025**, (within **60** days of the commencement of the hearing), the deposit for the canceled day shall be deemed a cancellation fee and shall be immediately payable to the arbitrator. The arbitrator shall refund fees for any hearing day which is rebooked to the extent of fees earned on that day. |

**Filing of Documents:**

All documents filed in this matter shall be submitted electronically through the JAMS electronic filing system, JAMS Access. The electronic file for this matter will be made accessible to JAMS personnel, the Arbitrator and all listed counsel. Counsel may also request other attorneys and/or staff members from their firm be provided access.

5

25590208 v2

CONFIDENTIAL

MSM0023475

All deadlines shall be strictly enforced. This Scheduling Order shall continue in effect unless and until amended by subsequent order of the Arbitrator.

Signed March 5, 2025

Hon. Glen Ashworth, Arbitrator

CONFIDENTIAL                                                                                                    MSM0023476

## TABLE OF DEADLINES

| Date | Task |
|---|---|
| March 7, 2025 | MSM Deadline To Answer PBR's Second Amended Demand |
| March 12, 2025 | Exchange ESI Search Terms, Custodians, and Initial RFP's |
| March 19, 2025 | Deadline to Meet and Confer Concerning Search Terms, Custodians, and Initial RFP's |
| March 26, 2025 | Deadline For Submitting Any Outstanding Disputes Concerning Search Terms, Custodians, and Initial RFP's to the Arbitrator |
| April 21, 2025 | Exchange Initial Productions and Initial Witness Lists |
| May 5, 2025 | Deadline for Additional RFP's |
| May 15, 2025 | Deadline For Submitting Any Disputes Concerning Additional RFP's to the Arbitrator |
| June 6, 2025 | Document Production Deadline |
| June 13, 2025 | Document Discovery Dispute Deadline |
| July 21, 2025 | Fact Deposition Deadline |
| August 6, 2025 | Opening Expert Reports on Issues for Party Bearing the Burden Of Proof |
| September 5, 2025 | Rebuttal Expert Reports |
| October 10, 2025 | Expert Deposition Deadline |
| November 14, 2025 | Party Exchange of Final Witness Lists and Exhibit Lists |
| November 24, 2025 | • Pre-Marked Exhibits Submitted To Arbitrator, Along With Any Lingering Disputes About The Propriety of Such Exhibits<br><br>• Proposed Findings of Fact and Conclusions of Law Submitted to the Arbitrator |

25590208 v2

CONFIDENTIAL                                                                                                                                              MSM0023477

| Date | Task |
|---|---|
|  | • Pre-Hearing Briefs Submitted to Arbitrator |
| December 3, 2025 at 8:30 a.m. Central Time | Pre-Hearing Conference |
| December 8–12, 2025 | Hearing/Trial |

2

25590208 v2

CONFIDENTIAL

MSM0023478