

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 6, 2025

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MERIT STREET MEDIA, INC.,[1] | § | Case No.: 25-80156-11 (SWE) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER ON DISCOVERY RE: PROFESSIONAL BULL RIDERS LLC, TRINITY BROADCASTING OF TEXAS, INC., AND TCT MINISTRIES, INC.'S <u>EMERGENCY</u> MOTION TO COMPEL PRODUCTION BY THE DEBTOR AND PETESKI PRODUCTIONS, INC. [DKTS. 173, 206] AND JOINT <u>EMERGENCY</u> MOTION OF TRINITY BROADCASTING OF TEXAS, INC. AND TCT MINISTRIES, INC. AND PROFESSIONAL BULL RIDERS LLC TO (I) CONTINUE CERTAIN MATTERS SET FOR HEARING ON AUGUST 19, 2025, (II) ENTER AN ORDER SCHEDULING RELATED DEADLINES, AND (III) GRANT RELATED RELIEF [DKT. 229]**

Pending before the Court are: (1) the *Emergency Motion to Compel Production by the Debtor and Peteski Productions, Inc.* ("**Peteski**") [Docket No. 173] (the "**Motion to Compel**")[2]

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy., Fort Worth, Texas 76177.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the various motions referenced in connection therewith.

filed by Professional Bull Riders LLC ("**PBR**"), which was joined by Trinity Broadcasting of Texas, Inc. dba Trinity Broadcasting Network ("**TBN**") and TCT Ministries, Inc. ("**TCT**" and together with TBN, "**Trinity**") [Docket No. 206], for entry of an order (this "**Order**") compelling the production of documents in response to discovery requests served by PBR and Trinity; and (2) the *Joint Emergency Motion to Continue Certain Matters* [Docket No. 229] (the "**Motion to Continue**" and together with the Motion to Compel, the "**Motions**") filed by Trinity and PBR for entry of an order resetting the previously-scheduled August 19, 2025, hearing and setting certain discovery deadlines. Based on the Motions, the proceedings before the Court on August 14 and 15, 2025, and the entire record before the Court, **THE COURT HEREBY FINDS AND CONCLUDES** as follows:

1. The Motions are GRANTED IN PART FOR THE REASONS STATED ON THE RECORD AND AGREED IN PART, as set forth herein.

2. The Debtor must produce to PBR and Trinity, on or before August 22, 2025, all documents, communications, and electronic information that are responsive to PBR and Trinity's requests, including but not limited to documents, communications, and electronic information from the email accounts and cellular phone text messages used by Phil Mc Graw, Phil Gilligan, Phil McIntyre, Ken Solomon, Joel Cheatwood, Marc Rothman, Noah Northop, Amber Calderon, Natalia Gomez, Perlita Ruiz, Jeff Miller, Jay McGraw, and Jordan McGraw.

3. Peteski must produce to PBR and Trinity, on or before August 22, 2025, all documents, communications, and electronic information that are responsive to PBR and Trinity's requests, including but not limited to documents, communications, and electronic information from the email accounts and cellular phone text messages used by Phil McGraw, Phil Gilligan, Phil McIntyre, Ken Solomon, Joel Cheatwood, Marc Rothman, Noah Northop, Amber Calderon, Natalia Gomez, Perlita Ruiz, Jeff Miller, Jay McGraw, and Jordan McGraw.

2

4. The Debtor's and Peteski's objections to PBR and Trinity's requests on the basis of overbreadth are overruled.

5. The Debtor and Peteski must produce to PBR and Trinity, on or before August 22, 2025, any engagement letters and documents, communications, and electronic information reflecting any conflict waiver reflecting Jackson Walker's representation of: (a) the Debtor; (b) Peteski; (c) Phil McGraw; (d) Envoy Media, and (e) Green Chair Productions.

6. The Debtor and Peteski must produce to PBR and Trinity, on or before August 22, 2025, all documents, communications, and electronic information related to post-petition board meeting minutes of Peteski and Envoy Media.

7. As reflected in the transcript of proceedings before this Court on August 14, 2025, the Debtor and Peteski agreed to, and are hereby ordered to, employ the search terms proposed by PBR attached as Exhibit 12 to Docket 206.

8. The Debtor must designate and make a corporate representative available to testify at a deposition on all topics noticed by Trinity and PBR as announced by the Court.

9. Peteski must provide supplemental responses to interrogatories propounded by Trinity and PBR to the extent that such responses were limited prior to entry of the Protective Order in this matter.

10. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER ###

Submitted by:

/s/ Mark C. Moore
Holland N. O'Neil (TX 14864700)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Mark C. Moore (TX 24074751)
Stephanie L. McPhail (TX 24104104)
Davis G. Mosmeyer III (TX 24106346)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
rslovak@foley.com
slockhart@foley.com
mmoore@foley.com
smcphail@foley.com
dmosmeyer@foley.com

-and-

Rajiv Dharnidharka (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
555 California Steet, Suite 1700
San Francisco, CA 94104
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
Rajiv.dharnidharka@foley.com

-and-

Nora J. McGuffey (TX 24121000)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4366
Facsimile: (312) 832-4700
nora.mcguffey@foley.com

***Attorneys for Trinity Broadcasting of Texas, Inc. dba Trinity Broadcasting Network and TCT Ministries, Inc.***

/s/ Jason M. Rudd
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Email: jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

Jennifer R. Hoover (*pro hac vice* admitted)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com

Abbey Walsh (*pro hac vice* admitted)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas, 26th Floor
New York, New York 10036
Telephone: (646) 777-0053
Email: abbey.walsh@beneschlaw.com

Nicholas J. Secco (*pro hac vice* admitted)
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Email: nsecco@beneschlaw.com

Alyssa A. Moscarino (*pro hac vice* admitted)
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500
Email: amoscarino@beneschlaw.com

***COUNSEL TO PROFESSIONAL BULL RIDERS, LLC***