

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 29, 2025**

_____
**United States Bankruptcy Judge**

_____

**United States Bankruptcy Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| In re: | § § | |
| Merit Street Media, Inc., | § § | Case No. 25-80156-swe-11 |
| Debtor. | § § | |

### *Order Preserving Status Quo*

On July 18, 2025, creditors Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc. filed an *Emergency Motion for an Order: (I) Dismissing Debtor's Chapter 11 Case, (II) Converting the Case to Chapter 7, or (III) Appointing a Chapter 11 Trustee* [the **"Motion"**] [Docket No. 100]. On August 1, 2025, creditor Professional Bull Riders, LLC filed a *Partial Joinder* in Trinity's Motion [the "**Joinder**"] [Docket No. 151]. The Court conducted a multi-day trial on those requests and read its ruling into the record on October 28, 2025, starting at 2:00 p.m. Under the Court's ruling, the Court intends to convert this case to Chapter 7 pursuant to a separate order. This order is not the conversion order.

At the end of the Court's ruling, the Debtor announced its intent to file a motion for stay pending appeal and requested an opportunity to brief the issue before a Chapter 7 trustee is appointed. The Court has not yet entered its order converting the case to Chapter 7. The Court is willing

1

to preserve the status quo, but the status quo must apply to all parties. Therefore, pursuant to 11 U.S.C. § 105(a) and—to the extent it applies prior to entry of a conversion order—Bankruptcy Rule 8007(e), the Court will delay entering the conversion order until the Court hears the motion for stay pending appeal.

In addition, pending further Court order, it is **ORDERED** that—notwithstanding any prior orders entered in this case—the Debtor shall not transfer any estate property to any person for any reason pending further Court order, and any transfers made after 2:00 p.m. on October 28, 2025, shall be returned to the Debtor immediately.

It is further **ORDERED** that the parties shall confer on the logistics of the hearing date and briefing deadlines.

### End of Order ###