SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Stephen Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    shessler@sidley.com
    pventer@sidley.com

SIDLEY AUSTIN LLP
James W. Ducayet (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jducayet@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC., *et al.*,[1]<br><br>Debtor. | **Chapter 11**<br><br>Case No. 25-80156 (SWE) |

**DEBTOR'S STATUS REPORT ON MOTION TO STAY PENDING APPEAL**

On October 28, 2025, the United States Bankruptcy Court for the Northern District of Texas (the "Court") held a hearing where it orally ruled that Merit Street Media, Inc.'s (the "Debtor") chapter 11 petition shall be converted to a chapter 7 case. On October 29, 2025, the Court entered an Order stating that "the Court will delay entering the conversion order until the

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. Merit Street Inc.'s mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

Court hears the motion for stay pending appeal" and directed the Parties to "confer on the logistics of the hearing date and briefing deadlines." (Dkt. 579). On October 30, 2025, the Debtor, Peteski Productions, Inc. ("Peteski"), Trinity Broadcasting of Texas, Inc. ("TBN"), and Professional Bull Riders, LLC ("PBR") conferred by Zoom. During that conference:

1. Debtor and Peteski confirmed that they would file their Motions to Stay Pending Appeal on November 3, 2025.

2. The parties agreed that TBN and PBR would have 7 days, until November 10, 2025, to file their response.

3. The parties agreed that the Court hold a hearing on the Motions to Stay Pending Appeal on November 13, 2025, or as soon thereafter as is convenient for the Court.

Dated: November 3, 2025  
Dallas, Texas

/s/ Jeri Leigh Miller
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  tom.califano@sidley.com
  jeri.miller@sidley.com

*and*

James W. Ducayet (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jducayet@sidley.com

*and*

Stephen Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  shessler@sidley.com
  pventer@sidley.com

*Attorneys for the Debtor*
*and Debtor in Possession*

1

2

**<u>Certificate of Service</u>**

      I certify that on November 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                      */s/ Jeri Leigh Miller*
                      Jeri Leigh Miller