| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | Stephen E. Hessler (admitted *pro hac vice*) |
| Jeri Leigh Miller (24102176) | Patrick Venter (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: shessler@sidley.com |
| jeri.miller@sidley.com | pventer@sidley.com |

*Attorneys for the Debtor
and Debtor in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MERIT STREET MEDIA, INC.,[1] | Case No. 25-80156 (SWE) |
| Debtor. | |

### AMENDED NOTICE OF HEARING FOR NOVEMBER 13, 2025 SETTING

**PLEASE TAKE NOTICE** that the following matter has been adjourned for consideration at the hearing scheduled for **November 13, 2025 at 9:30 a.m. (prevailing Central Time)** before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX 75242:

1. *Debtors' Emergency Motion for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 592]

---

[1] The last four digits of the Debtor's federal tax identification number is 8990.  The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

1

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

LINK:     https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:**         650 479 3207
- **Access Code:**     2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' proposed noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/meritstreetmedia/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: November 10, 2025  
Dallas, Texas

*/s/ Jeri Leigh Miller*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
jeri.miller@sidley.com

*and*

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
pventer@sidley.com

*Attorneys for the Debtor*
*and Debtor in Possession*

3

## **Certificate of Service**

      I certify that on November 10, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                            */s/ Jeri Leigh Miller*
                                            Jeri Leigh Miller

v.