SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
         jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   shessler@sidley.com
         pventer@sidley.com

SIDLEY AUSTIN LLP
James W. Ducayet (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
Andrew F. Rodheim (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:   jducayet@sidley.com
         ssexton@sidley.com
         arodheim@sidley.com

*Attorneys for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |

**AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 13, 2025, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

The above-captioned debtor and debtor in possession (the "Debtor") hereby files this amended agenda for matters set for hearing on November 13, 2025, at 9:30 a.m. (prevailing Central Time), before the Honorable Scott W. Everett at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom #3, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. *Order Setting Precautionary Due Process Hearing* [Docket No. 599]

   **Related Documents:**

   a. *Peteski Productions, Inc's and Phillip C. McGraw, PhD's Brief in Response to November 7, 2025 Order to Address Additional Evidence and Arguments Related to Certain Cause Ground Asserted in Court's October 28, 2025 Ruling* [Docket No. 610]

   b. *Debtor's Response to Precautionary Due-Process Hearing* [Docket No. 617]

   c. *Declaration Under Penalty of Perjury of Gary M. Broadbent* [Docket No. 617-1]

   **Status**: This matter is going forward.

2. *Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 592]

   **Related Documents:**

   a. *Declaration of Gary Broadbent, Chief Restructuring Officer of the Debtor, in Support of the Debtor's Chapter 11 Proceeding* [Docket No. 14]

   b. *Declaration of Coley Brown in Support of the Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 593]

   c. *Response of the Ad Hoc Group of Broadcast Service Providers to the Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 594]

   d. *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Objection to the Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 595]

   e. *Joinder of Professional Bull Riders LLC in Support of Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Objection to the Debtor's Emergency Motion*

   *for Entry of an Order Authorizing Payment of Key Estate Expenses* [Docket No. 601]

  f. *Emergency Notice of Hearing for November 10, 2025 Setting* [Docket No. 600]

  g. *Amended Notice of Hearing for November 13, 2025 Setting* [Docket No. 603]

  h. *Debtor's Witness and Exhibit List for Hearing Scheduled for November 13, 2025, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 618]

**Status**: **This matter is going forward.**

3. *Debtor's Emergency Motion to Stay Pending Appeal* [Docket No. 589]

 **Related Documents:**

  a. *Order Preserving Status Quo* [Docket No. 579]

  b. *Debtor's Status Report on Motion to Stay Pending Appeal* [Docket No. 583]

  c. *Debtor's Memorandum of Points and Authorities in Support of Emergency Motion to Stay Pending Appeal* [Docket No. 590]

  d. *Debtor's Notice of Appeal* [Docket No. 598]

  e. *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Omnibus Response and Objection to: (1) Peteski Productions, Inc's Motion for Stay Pending Appeal, and (2) Debtor's Emergency Motion for Stay Pending Appeal* [Docket No. 608]

  f. *Professional Bull Riders, LLC's Omnibus Brief in Opposition to Debtor's Emergency Motion to Stay Pending Appeal and Peteski Production Inc.'s Motion for Stay Pending Appeal, or Alternatively for a Temporary Administrative Stay, of October 28, 2025 Ruling and Any Order Converting this Proceeding and Appointing a Chapter 7 Trustee* [Docket No. 609]

  g. *Debtor's Witness and Exhibit List for Hearing Scheduled for November 13, 2025, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 618]

**Status**: **This matter is going forward.**

4. *Peteski Productions, Inc.'s Motion for Stay Pending Appeal, or Alternatively for a Temporary Administrative Stay, of October 28, 2025 Ruling and Any Order Converting this Proceeding and Appointing a Chapter 7 Trustee* [Docket No. 585]

 **Related Documents:**

  a. *Order Preserving Status Quo* [Docket No. 579]

3

  b. *Debtor's Status Report on Motion to Stay Pending Appeal* [Docket No. 583]

  c. *Peteski Productions, Inc.'s Brief in Support of the Motion for Stay Pending Appeal, or Alternatively for a Temporary Administrative Stay, of October 28, 2025 Ruling and Any Order Converting this Proceeding and Appointing a Chapter 7 Trustee* [Docket No. 586]

  d. *Appendix in Support of Peteski Productions, Inc.'s Brief in Support of the Motion for Stay Pending Appeal, or Alternatively for a Temporary Administrative Stay, of October 28, 2025 Ruling and Any Order Converting this Proceeding and Appointing a Chapter 7 Trustee* [Docket No. 587]

  e. *Notice of Appeal by Peteski Productions, Inc. and Phillip C. McGraw, PhD* [Docket No. 607]

  f. *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Omnibus Response and Objection to: (1) Peteski Productions, Inc's Motion for Stay Pending Appeal, and (2) Debtor's Emergency Motion for Stay Pending Appeal* [Docket No. 608]

  g. *Professional Bull Riders, LLC's Omnibus Brief in Opposition to Debtor's Emergency Motion to Stay Pending Appeal and Peteski Production Inc.'s Motion for Stay Pending Appeal, or Alternatively for a Temporary Administrative Stay, of October 28, 2025 Ruling and Any Order Converting this Proceeding and Appointing a Chapter 7 Trustee* [Docket No. 609]

  h. *Peteski Productions, Inc's and Phillip C. McGraw, PhD's Brief in Response to November 7, 2025 Order to Address Additional Evidence and Arguments Related to Certain Cause Ground Asserted in Court's October 28, 2025 Ruling* [Docket No. 610]

**Status: This matter is going forward.**

5. *Darcy Lynn Ribman 1997 Trust's Emergency Motion for Entry of an Order (I) Altering or Amending Judgment, and (II) Granting Related Relief* [Docket No. 597]

  **Related Documents:**

  a. *Notice of Hearing Regarding Darcy Lynn Ribman 1997 Trust's Emergency Motion for Entry of an Order (I) Altering or Amending Judgment, and (II) Granting Related Relief* [Docket No. 605]

  b. *Professional Bull Riders, LLC's Opposition to Darcy Lynn Ribman 1997 Trust's Emergency Motion for Entry of an Order (I) Altering or Amending Judgment, and (II) Granting Related Relief* [Docket No. 615]

  c. *Trinity Broadcasting of Texas, Inc. and TCT Ministries, Inc.'s Objection to the Darcy Lynn Ribman 1997 Trust's Emergency Motion for Entry of an Order*

*(I) Altering or Amending Judgment, and (II) Granting Related Relief* [Docket No. 616]

**Status: This matter is going forward.**

[*Remainder of the page intentionally left blank.*]

Dated: November 12, 2025
Dallas, Texas

/s/ Jeri Leigh Miller
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
        jeri.miller@sidley.com

*and*

James W. Ducayet (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
Andrew F. Rodheim (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email:   jducayet@sidley.com
        ssexton@sidley.com
        arodheim@sidley.com

*and*

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
        pventer@sidley.com

*Attorneys for the Debtor
and Debtor in Possession*

**Certificate of Service**

      I certify that on November 12, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

      */s/ Jeri Leigh Miller*
      Jeri Leigh Miller