

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 18, 2025**

_____
**United States Bankruptcy Judge**

_____

**United States Bankruptcy Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| In re: | § § | |
| Merit Street Media, Inc., | § § | Case No. 25-80156-swe-7 |
| Debtor. | § § | |

### *Order Denying Motions for Stay Pending Appeal*

On November 3, 2025, Peteski Productions, Inc. filed a *Motion for Stay Pending Appeal* [Docket No. 585]. The Debtor filed its own *Motion for Stay Pending Appeal* on November 3, 2025 [Docket No. 589] (together, the **"Stay Motions"**). For the reasons stated in the Court's Memorandum Decision entered on this date, the Stay Motions are **DENIED**.

### End of Order ###