# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § <br> MERIT STREET MEDIA, INC. § <br> § <br> § <br> MERIT STREET MEDIA, INC., § <br> § <br> Appellant, § <br> § <br> v. § <br> § <br> TRINITY BROADCASTING OF § <br> TEXAS, INC.; TCT MINISTRIES, INC.; § <br> AND PROFESSIONAL BULL RIDERS § <br> LLC, § <br> § <br> Appellees. § | Civil Action No. **3:25-CV-3186-L** |

## ORDER

Before the court is Appellant Merit Street Media, Inc.'s Motion to Transfer Case to Judge Godbey (Doc. 11), filed November 25, 2025. The Motion is unopposed. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, because of common questions of fact and law, and in the interest of judicial economy, this case is hereby **transferred** to the docket of the Honorable United States District Judge **David C. Godbey** for possible consolidation with Civil Action No. 3:25-CV-3190-N, *Peteski Productions, Inc. et al. v. Trinity Broadcasting of Texas, Inc. et al*. This transferred action shall henceforth carry the suffix letter "N." All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:25-CV-3190-N.

Order – Page 1

**It is so ordered** this 1st day of December, 2025.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge