**Request to Withdraw Claim**
Date: 01/20/2026

**FILED**

JAN 2 9 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Re: MERIT STREET MEDIA, INC., (debtor)
Case Number: 25-80156-swe11
Filed: 7/2/2025

Schedule Number: 80156000820
Claim Number: 10001
Claim Filed: 7/11/25
Creditor: MAD SOUND SERVICES LLC
   Marc A. DeBlasi - Managing Member
   862-220-7854

   221 River Street, 9th Fl
   Hoboken, NJ 07030
   United States of America

  My name is Marc A. DeBlasi, owner and operator of MAD Sound Services LLC, who filed a claim through Epiq Corporate Restructuring, LLC for unpaid debt from Merit Street Media, Inc. I am sending this request to the United States Bankruptcy Court Northern District of Texas to withdraw said claim from the court, due to payment received. I wish to withdraw my claim from the case and court and withdraw any participation in this case, and the subsequent conversion of this case from its original Chapter 11 status to its current Chapter 7 status.

Thank you for your attention to the matter.

Best,

*[signature]*

Marc A. DeBlasi
01/20/2026