## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORTH WORTH DIVISION

IN RE:                                §                              Case 25-80156
                                      §
MERIT STREET MEDIA INC.               §
                                      §                              Chapter 07
                                      §
                                      §
                                      §
                                      §

# WITHDRAWAL OF CLAIM

**TO:  CLERK OF THE COURT**

The Texas Workforce Commission hereby withdraws its priority Proof of Claim No. 3 in the

amount of $1,006.11, dated 08/05/2025 which was filed with the Court on 08/05/2025 for

Texas Workforce Commission Account Number ending in 094-, Merit Street Media Inc.


Respectfully submitted, this 23rd day of February 2026.


By: /s/ Ramon Narvaez-Colon ___
Account Examiner
Texas Workforce Commission

###