Holland N. O'Neil (TX 14864700)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Mark C. Moore (TX 24074751)
Stephanie L. McPhail (TX 24104104)
Davis G. Mosmeyer III (TX 24106346)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
rslovak@foley.com
slockhart@foley.com
mmoore@foley.com
smcphail@foley.com
dmosmeyer@foley.com

Rajiv Dharnidharka
(admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
555 California Steet, Suite 1700
San Francisco, CA 94104
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
rajiv.dharnidharka@foley.com

Nora J. McGuffey (TX 24121000)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4366
Facsimile: (312) 832-4700
nora.mcguffey@foley.com

*Attorneys for Trinity Broadcasting of Texas, Inc.*
*dba Trinity Broadcasting Network and TCT Ministries, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MERIT STREET MEDIA, INC.,[1] | § | Case No.: 25-80156-11 (SWE) |
| | § | |
| Debtor. | § | |

**TRINITY BROADCASTING OF TEXAS, INC.'S AND TCT MINISTRIES, INC.'S
LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THIRD INTERIM
FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2026,
THROUGH AND INCLUDING MARCH 31, 2026**

Trinity Broadcasting of Texas, Inc. dba Trinity Broadcasting Network ("**TBN**") and TCT

Ministries, Inc. ("**TCT**" and together with TBN" "**Trinity**") files this limited objection and

reservation of rights ("**Objection**") in response to the *Third Interim Fee Application of Sidley*

*Austin LLP for Compensation and Reimbursement of Expenses for the Period of January 1, 2026*

*Through and Including March 31, 2026* [Docket No. 721] (the "**Third Application**"). In support,

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy., Fort Worth, Texas 76177.

Trinity respectfully states as follows:

Trinity reiterates that the Debtor is a debtor-out-of-possession, and so, lacks the authority to file and seek (or authorize the filing and seeking of) the relief requested in the Third Application. Moreover, the objection deadline and hearing on the Third Application should be adjourned so long as the District Court's administrative stay order (or any subsequent stay that may be ordered) is in effect. Whether held by the Debtor itself or presently located in an escrow or similar account, no estate funds should be allowed to be disbursed unless and until the duly-appointed Chapter 7 Trustee, Daniel Sherman, has an opportunity to review and respond to any such requests. Further, to the extent that the Court moves forward with the Third Application while the administrative stay (or any stay) is in effect, Trinity hereby reserves all rights to object to the final approval of fees on any basis, including disgorgement of any such fees, and requests that any order approving the Third Application reserves such rights.

*[Remainder of Page Intentionally Left Blank]*

2

DATED: June 2, 2026

Respectfully submitted by:

*/s/ Nora J. McGuffey*
Holland N. O'Neil (TX 14864700)
Robert Slovak (TX 24013523)
Steven C. Lockhart (TX 24036981)
Mark C. Moore (TX 24074751)
Stephanie L. McPhail (TX 24104104)
Davis G. Mosmeyer III (TX 24106346)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
rslovak@foley.com
slockhart@foley.com
mmoore@foley.com
smcphail@foley.com
dmosmeyer@foley.com

-and-

Rajiv Dharnidharka
(admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
555 California Steet, Suite 1700
San Francisco, CA 94104
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
rajiv.dharnidharka@foley.com

-and-

Nora J. McGuffey (TX 24121000)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4366
Facsimile: (312) 832-4700
nora.mcguffey@foley.com

***Attorneys for Trinity Broadcasting of Texas, Inc.
dba Trinity Broadcasting Network and TCT
Ministries, Inc.***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Nora J. McGuffey*
Nora J. McGuffey