**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 25-80156 SWE | Judge: SCOTT W EVERETT | Trustee Name: Daniel J. Sherman, Trustee |
| Case Name: Merit Street Media, Inc. | | Date Filed (f) or Converted (c): 11/18/2025 (c) |
| | | 341(a) Meeting Date: 12/16/2025 |
| For Period Ending: 06/30/2026 | | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 2. UNKNOWN - TBT ASSET CLEARING | 32,938.86 | 32,938.86 | | 0.00 | 32,938.86 |
| 3. WELLS FARGO - CERTIFICATES OF DEPOSIT - 4523 | 250,000.00 | 250,000.00 | | 0.00 | 250,000.00 |
| 4. WELLS FARGO - OPERATING ACCT - 7864 | 4,022,565.77 | 4,022,565.77 | | 0.00 | 4,022,565.77 |
| 5. OPERATING CASH HELD BY TBH IN BOA ACCT - 7381 | 95,432.00 | 95,432.00 | | 0.00 | 95,432.00 |
| 6. PAYABLES CASH HELD BY TBH IN BOA ACCT - 7394 | 30,780.18 | 30,780.18 | | 0.00 | 30,780.18 |
| 7. PAYROLL CASH HELD BY TBH IN BOA ACCT - 7404 | 9,070.09 | 9,070.09 | | 0.00 | 9,070.09 |
| 8. ACCOUNTS RECEIVABLE 90 Days or Less | 141,574.93 | 141,574.93 | | 0.00 | 141,574.93 |
| 9. ACCOUNTS RECEIVABLE over 90 days face amount $988,657.53 | 0.00 | Unknown | | 0.00 | FA |
| 10. LEASEHOLD IMPROVEMENTS AND PRODUCTION SETS | 16,186.87 | 16,186.87 | | 0.00 | 16,186.87 |
| 11. LINCOLN AVIATOR GOLF CART | 46,555.68 | 46,555.68 | | 0.00 | 46,555.68 |
| 12. TRANSMISSION AND DISTRIBUTION EQUIPMENT | 34,560.91 | 34,560.91 | | 0.00 | 34,560.91 |
| 13. LEASE - AD SALES OFFICE SPACE - 777 PARK PLACE NEW YORK, NY | Unknown | Unknown | | 0.00 | FA |
| 14. LEASE - PRODUCTION COMPLEX AND CORPORATE HEADQUATERS - 5501 ALLIANCE GATEWAY FREEWAY, FORT WORTH, TX | Unknown | Unknown | | 0.00 | FA |
| 15. DIGITAL PRODUCTION INVENTORY | 33,889,049.61 | 33,889,049.61 | | 0.00 | 33,889,049.61 |
| 16. NOTES RECEIVABLE | 26,905,425.97 | 26,905,425.97 | | 0.00 | 26,905,425.97 |
| 17. OPERATING LOSS | 30,141,608.00 | 30,141,608.00 | | 0.00 | 30,141,608.00 |
| 18. ADVERSARY COMPLAINT - TRINITY BROADCASTING NETWORK OF TEXAS FAILURE TO PERFORM UNDER THE JOINT VENTURE AGREEMENT/VIOLATION OF JOINT VENTURE AGREEMENT | Unknown | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-80156 | SWE | Judge: | SCOTT W EVERETT | Trustee Name: | Daniel J. Sherman, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Merit Street Media, Inc. | | | | Date Filed (f) or Converted (c): | 11/18/2025 (c) |
| | | | | | 341(a) Meeting Date: | 12/16/2025 |
| For Period Ending: | 06/30/2026 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 19.  COUNTERCLAIM - PROFESSIONAL BULL RIDERS, LLC - CASE 5310001058<br><br>AFFIRMATIVE DEFENSES AND NOTICE OF COUNTERCLAIMS OF MERIT STEEET MEDIA, INC. AGAINST PROFESSIONAL BULL RIDERS, LLC - CASE NUMBER 5310001058<br>VIOLATION OF MEDIA RIGHTS AGREEMENT | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $95,615,748.87 | $95,615,748.87 | | $0.00 | $95,615,748.87 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2026 - CONVERTED TO CHAPTER 7 ON 11/18/2025.  APPEAL FILED AND PENDING.

Initial Projected Date of Final Report (TFR): 03/31/2027        Current Projected Date of Final Report (TFR): 03/31/2027

Trustee Signature:    /s/ Daniel J. Sherman, Trustee        Date: 07/30/2026

Daniel J. Sherman, Trustee
509 North Montclair Avenue
Dallas, TX 75208
(214)942-5502